No. 24-6697

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

COURTHOUSE NEWS SERVICE,

*Plaintiff-Appellee*,

v.

SARA OMUNDSON,

*Defendant-Appellant*.

Appeal from the United States District Court for the District of Idaho,
Case No. 1:21-CV-00305-DCN, the Honorable David C. Nye, Presiding

**EXCERPTS OF RECORD, INDEX VOLUME**

Keely E. Duke
Molly E. Mitchell
Duke Evett, PLLC
1087 West River Street, Suite 300,
Boise, ID 83702
Telephone (208) 342-3310
Email: ked@dukeevett.com; mem@dukeevett.com

*Attorneys for Appellant Sara Omundson*

CNS vs. Omundson

## INDEX

| DOCUMENT | FILED DATE | USDC DKT NO. | ER NO. |
|---|---|---|---|
| **VOLUME 1** | | | |
| <u>Judgment</u>. **United States District Court, for the District of Idaho – David C. Nye** | 09/30/24 | [87] | 2 |
| <u>Memorandum Decision and Order</u>. **United States District Court, for the District of Idaho – David C. Nye** | 09/30/24 | [86] | 3-37 |
| <u>Memorandum Decision and Order</u>. **United States District Court, for the District of Idaho – David C. Nye** | 04/14/22 | [40] | 38-66 |
| **VOLUME 2** | | | |
| <u>Transcript of Motion Hearing Proceedings</u>. **United States District Court, for the District of Idaho** | 07/10/23 | [84] | 68-140 |
| <u>Plaintiff Courthouse News Service's Reply in Support of Motion for Summary Judgment</u>. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 02/15/23 | [80] | 141-164 |
| <u>Reply Memorandum in Support of Sara Omundson's Motion of Summary Judgment</u>. **Sara Omundson/Duke Evett, PLLC** | 02/15/23 | [79] | 165-187 |
| <u>Declaration of Sara Omundson in Support of Motion for Summary Judgment</u>. **Sara Omundson/Duke Evett, PLLC** | 02/10/23 | [78] | 188-200 |
| <u>Declaration of Sara Omundson in Support of Motion for Summary Judgment</u>. **Sara Omundson/Duke Evett, PLLC** | 02/10/23 | [78-1] | 202-214 |
| <u>Declaration of Jennifer Dvorak</u>. **Sara Omundson/Duke Evett, PLLC** | 02/10/23 | [78-2] | 215-221 |
| <u>Response of Plaintiff Courthouse News Service to Statement of Undisputed Facts is Support of Sara Omundson's Motion for Summary Judgment</u>. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 01/25/23 | [76] | 222-246 |
| <u>Memorandum in Opposition to Courthouse News Service's Motion for Summary Judgment</u>. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75] | 247-279 |
| <u>Declaration of Lindsey Bratcher</u>. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-1] | 280-282 |
| <u>Supplemental Declaration of Emily Carroll</u>. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-2] | 284-289 |
| <u>Declaration of Angie Cooke</u>. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-3] | 290-295 |
| <u>Declaration of Michelle Crist-Aguiar</u>. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-4] | 296-299 |
| <u>Supplemental Declaration of Roland Gammill</u>. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-5] | 300-302 |

| DOCUMENT | FILED DATE | USDC DKT NO. | ER NO. |
|---|---|---|---|
| Supplemental Declaration of Kerry Hong. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-6] | 303-308 |
| Declaration of Charlene Krames. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-7] | 309-315 |
| Declaration of Mary Prisco. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-8] | 316-320 |
| Declaration of Shelly Tilton. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-9] | 321-324 |
| Declaration of Keely E. Duke in Opposition to Courthouse News Service's Motion for Summary Judgment. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-10] | 325-326 |
| Exhibit A to the Declaration of Keely E. Duke – August 4, 2022, letter to The Honorable John G. Roberts, Jr. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-11] | 327-328 |
| Exhibit B to the Declaration of Keely E. Duke – CNS Big Sky Reports, November 16, 2022-January 6, 2023. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-12] | 329-362 |
| **VOLUME 3** | | | |
| Exhibit C to the Declaration of Keely E. Duke – Complaints Filed in the AA Fee Category Between January 1, 2021, and July 31, 2022. **Sara Omundson/Duke Evett, PLLC** | 01/25/23 | [75-13] | 364-523 |
| Plaintiff Courthouse News Service's Opposition to Defendant's Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 01/25/23 | [74] | 524-558 |
| Declaration of Katherine Keating in Support of Plaintiff Courthouse News Service's Opposition to Defendant's Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 01/25/23 | [74-1] | 559-579 |
| Declaration of Adam Angione in Support of Plaintiff Courthouse News Service's Opposition to Defendant's Motion of Summary for Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 01/25/23 | [74-2] | 580-589 |
| Appendix – Evidentiary Objections. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 01/25/23 | [74-3] | 590-647 |
| **VOLUME 4** | | | |
| Notice of Errata Regarding Declaration of Jonathan G. Fetterly in Support of Plaintiff Courthouse News Service's Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/19/22 | [67] | 649-650 |
| Declaration of Jonathan G. Fetterly in Support of Plaintiff Courthouse News Service's Motion for Summary Judgment with exhibits 1-11. | 12/15/22 | [66] | 651-816 |

| DOCUMENT | FILED DATE | USDC DKT NO. | ER NO. |
|---|---|---|---|
| **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | | | |
| MSJ Courthouse New's Service's Fetterly Exhibit 12. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [66-1] | 817-889 |
| **VOLUME 5** | | | |
| Courthouse New's Service's Fetterly Exhibits 13-20. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [66-2] | 891-988 |
| Declaration of William Girdner in Support of Plaintiff Courthouse News Service's Motion for Summary Judgment with exhibits 16-30. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [65] | 989-1122 |
| **VOLUME 6** | | | |
| Declaration of William Girdner in Support of Plaintiff Courthouse News Service's Motion for Summary Judgment with exhibits 1-15. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [64] | 1124-1272 |
| Declaration of Amber Dina in Support of Plaintiff Courthouse News Service's Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [63] | 1273-1277 |
| Declaration of Catherine Valentini in Support of Plaintiff Courthouse News Service's Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [62] | 1278-1331 |
| Plaintiff Courthouse News Service's Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [61] | 1332-1333 |
| Memorandum of Law in Support of Plaintiff Courthouse News Service's Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [61-1] | 1334-1367 |
| Plaintiff Courthouse News Service's Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [61-2] | 1368-1384 |
| **VOLUME 7** | | | |
| Declaration of Jimmy Shimabukuro in Support of Plaintiff Courthouse News Service's Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [61-3] | 1386-1426 |
| Declaration of Adam Angione in Support of Plaintiff Courthouse News Service's Motion for Summary Judgment. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 12/15/22 | [61-4] | 1427-1500 |

| DOCUMENT | FILED DATE | USDC DKT NO. | ER NO. |
|---|---|---|---|
| Sara Omundson's Motion for Summary Judgment. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60] | 1501-1504 |
| Statement of Undisputed Facts in Support of Sara Omundson's Motion for Summary Judgment. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-1] | 1505-1531 |
| Memorandum in Support of Sara Omundson's Motion for Summary Judgment. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-2] | 1532-1561 |
| Declaration of Keely E. Duke in Support of Defendant Sara Omundson's Motion for Summary Judgment. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-3] | 1562-1564 |
| Exhibit A to the Declaration of Keely E. Duke – CNS Big Sky Reports, October 08, 2022-October 11, 2022-. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-4] | 1565-1572 |
| Exhibit B to the Declaration of Keely E. Duke, Plaintiff's Amended Responses to Defendant's Second Set of Interrogatories First set of Requests for Admissions. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-5] | 1573-1619 |
| Exhibit C to the Declaration of Keely E. Duke, Deposition of Sara Omundson. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-6] | 1620-1678 |
| **VOLUME 8** | | | |
| Exhibit D to the Declaration of Keely E. Duke, Transcript of Remote Videotaped Deposition of William L. Girdner. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-7] | 1680-1797 |
| Exhibit E to the Declaration of Keely E. Duke, Transcript of Remote Videotaped Deposition of Catherine Valenti. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-8] | 1798-1876 |
| Exhibit H to the Declaration of Keely E. Duke, Information on Odyssey Portal Data Harvesting 05/03/22. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-11] | 1877-1881 |
| Exhibit I to the Declaration of Keely E. Duke, News Report 05/06/22. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-12] | 1882-1886 |
| Exhibit J to the Declaration of Keely E. Duke, Deposition of Jennifer Dvorak. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-13] | 1887-1950 |
| Exhibit K to the Declaration of Keely E. Duke, CNS Daily Reports Style Manual. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-14] | 1951-1975 |
| **VOLUME 9** | | | |
| Exhibit L to the Declaration of Keely E. Duke, Civil Cases Report. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-15] | 1977-2050 |
| Exhibit M to the Declaration of Keely E. Duke, Idaho Courts Operations Manual. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-16] | 2051-2081 |

| DOCUMENT | FILED DATE | USDC DKT NO. | ER NO. |
|---|---|---|---|
| Exhibit N to the Declaration of Keely E. Duke, Deposition of Carley Nelson. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-17] | 2082-2121 |
| Declaration of Emily Carroll. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-18] | 2122-2127 |
| **VOLUME 10** | | | |
| Exhibit A to the Declaration of Emily Carroll, Detailed list of court cases 09/10/21-07/28/22. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-19] | 2129-2411 |
| **VOLUME 11** | | | |
| Exhibit B to the Declaration of Emily Carroll, Idaho E Filing Review 01/04/21-11/18/22. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-20] | 2413-2414 |
| Exhibit C to the Declaration of Emily Carroll, Idaho E Filing Review 11/21/22. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-21] | 2415-2416 |
| Exhibit D to the Declaration of Emily Carroll, Idaho E Filing Review 11/21/22. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-22] | 2417-2418 |
| Exhibit E to the Declaration of Emily Carrol, Idaho E Filing Review 11/21/22. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-23] | 2419-2420 |
| Exhibit F to the Declaration of Emily Carroll, Idaho E Filing Review 11/21/22. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-24] | 2421-2422 |
| Exhibit G to the Declaration of Emily Carroll, Idaho E filing Review 11/21/22. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-25] | 2423-2424 |
| Declaration of the Honorable Mitchell W. Brown. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-26] | 2425-2431 |
| Declaration of the Honorable Eric Wildman. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-27] | 2432-2437 |
| Declaration of the Honorable Cynthia Meyer. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-28] | 2438-2443 |
| Declaration of the Honorable Davis Vandervelde. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-29] | 2444-2448 |
| Declaration of the Honorable Dane Watkins. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-30] | 2449-2455 |
| Declaration of the Honorable Rick Carnaroli. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-31] | 2456-2462 |
| Declaration of the Honorable Jay Gaskill. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-32] | 2463-2467 |
| Declaration of Sharee Sprague. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-33] | 2468-2473 |
| Declaration of Roland Gammill. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-34] | 2474-2479 |
| Declaration of Sandra Barrios. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-35] | 2480-2487 |

| DOCUMENT | FILED DATE | USDC DKT NO. | ER NO. |
|---|---|---|---|
| Declaration of Karlene Behringer. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-36] | 2488-2493 |
| Declaration of Kerry Hong. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-37] | 2494-2501 |
| Declaration of Jamie Robb. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-38] | 2502-2507 |
| Declaration of Shelli Tubbs. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-39] | 2508-2513 |
| Declaration of Tammie Whyte. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-40] | 2514-2520 |
| Declaration of Angie Wood. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [60-41] | 2521-2524 |
| Declaration of Terry Derrick. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [59-2] | 2425-2529 |
| Exhibit F, Deposition of Terry Derrick Vol 2. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [59-5] | 2530-2578 |
| Exhibit G, Deposition of Terry Derrick Vol 1. **Sara Omundson/Duke Evett, PLLC** | 12/15/22 | [59-6] | 2579-2583 |
| Answer to Complaint and Demand for Jury Trial. **Sara Omundson/Duke Evett, PLLC** | 06/07/22 | [45] | 2584-2595 |
| US District Judge Minute Entry. **United States District Court, for the District of Idaho** | 02/18/22 | [34] | 2596-2669 |
| Transcription of Motion Hearing Proceedings. **United States District Court, for the District of Idaho** | 02/18/22 | [34] | 2670 |
| Courthouse News Services Second Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss and in Support of Courthouse News Service's Motion for Preliminary Injunction. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 02/15/22 | [32] | 2671-2672 |
| Response to Notice of Supplemental Authority Regarding Defendant Sara Omundson's Motion to Dismiss. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 02/11/22 | [30] | 2673-2675 |
| Notice of Supplemental Support Regarding Defendant Sara Omundson's Motion to Dismissal. **Sara Omundson/Duke Evett, PLLC** | 02/10/22 | [28] | 2676-2679 |
| **VOLUME 12** | | | |
| Brief of Amicus Curiae Conference of Chief Justices in Support of Appellees. **United States Court of Appeals for the First Circuit** | 02/04/22 | [28-1] | 2681-2717 |
| Notice of Errata RE: Materials Submitted in Support of Defendant Sara Omundson's Opposition to Motion for Preliminary Injunction. **Sara Omundson/Duke Evett, PLLC** | 01/13/22 | [23] | 2718-2720 |

| DOCUMENT | FILED DATE | USDC DKT NO. | ER NO. |
|---|---|---|---|
| Declaration of Marissa Garza in Support of Response in Opposition to Motion for Preliminary Injunction. **Sara Omundson/Duke Evett, PLLC** | 01/13/22 | [23-1] | 2721-2725 |
| Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss. **Courthouse News Service/Bryan Cave Leighton Paisner, LLP** | 12/29/21 | [21] | 2726-2728 |
| Reply in Support of Defendant Sara Omundson's Motion to Dismiss Pursuant to FRCP 12(b)(6). **Sara Omundson/Duke Evett, PLLC** | 10/22/21 | [12] | 2729-2738 |
| Opposition of Plaintiff Courthouse News Service to Defendant Sara Omundson's Motion to Dismiss Pursuant to FRCP 12(b)(6). **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 10/08/21 | [11] | 2739-2760 |
| Defendant Sara Omundson's Motion to Dismiss Pursuant to FRCP 12(b)(6). **Sara Omundson/Duke Evett, PLLC** | 09/10/21 | [7] | 2761-2762 |
| Memorandum in Support of Defendant Sara Omundson's Motion to Dismiss Pursuant to FRCP 12(b)(6). **Sara Omundson/Duke Evett, PLLC** | 09/10/21 | [7-1] | 2763-2771 |
| Complaint. **Courthouse News Service/Givens Pursley, LLP; Bryan Cave Leighton Paisner, LLP** | 07/23/21 | [1] | 2772-2831 |
| Notice of Appeal. **Sara Omundson/Duke Evett, PLLC** | 10/29/24 | [90] | 2832-2834 |
| Docket Sheet | 07/23/21-09/30/24 | | 2835-2846 |