No. 24-6697

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

COURTHOUSE NEWS SERVICE,

*Plaintiff-Appellee,*

v.

SARA OMUNDSON,

*Defendant-Appellant.*

---

Appeal from the United States District Court for the District of Idaho,

Case No. 1:21-CV-00305-DCN, the Honorable David C. Nye, Presiding

---

## EXCERPTS OF RECORD, VOL. 9

---

Keely E. Duke
Molly E. Mitchell
Duke Evett, PLLC
1087 West River Street, Suite 300,
Boise, ID 83702
Telephone (208) 342-3310
Email: ked@dukeevett.com; mem@dukeevett.com

*Attorneys for Appellant Sara Omundson*

# Exhibit L

ER-1977

# Civil Cases Report

## U.S. District Court -- District of Idaho (LIVE) NextGen 1.6
## Filed Report Period: 1/1/2021 - 11/18/2022

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:13-cv-00441-JZ **Rice II v. City of Boise City et al** | *Case filed:* 10/10/2013 *Case closed:* 04/30/2018 *Case reopened:* 03/08/2021 | 631 | *Cause:* 42:1983 Civil Rights Act *NOS:* 440 Civil Rights: Other *Office:* Boise - Southern *Jurisdiction:* Federal Question *Presider:* Jack Zouhary *Jury demand:* Both *Case flags:* PROSE,REOPEN |
| 1:16-cv-00189-BLW **Sivak v. Blades** | *Case filed:* 05/05/2016 *Case closed:* 08/12/2019 *Case reopened:* 02/03/2022 | 299 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State) *NOS:* 530 Habeas Corpus (General) *Office:* Boise - Southern *Jurisdiction:* Federal Question *Presider:* B Lynn Winmill *Jury demand:* None *Case flags:* IRDONE,LC8,PROSE |
| 1:16-cv-00494-CWD **Scroggins v. Blades** | *Case filed:* 11/14/2016 *Case closed:* 05/11/2017 *Case reopened:* 10/19/2022 | 41 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State) *NOS:* 530 Habeas Corpus (General) *Office:* Boise - Southern *Jurisdiction:* Federal Question *Presider:* Candy W. Dale *Jury demand:* None *Case flags:* IRDONE,LC8,LEAD,PROSE |
| 1:16-cv-00534-DCN **Hayes v. Nettles et al** | *Case filed:* 12/13/2016 *Case closed:* 10/27/2020 *Case reopened:* 08/23/2022 | 98 | *Cause:* 42:1983 Prisoner Civil Rights *NOS:* 550 Prisoner: Civil Rights *Office:* Boise - Southern *Jurisdiction:* Federal Question *Presider:* David C. Nye *Jury demand:* Plaintiff *Case flags:* IRDONE,LC18,PROSE |
| 1:18-cv-00294-BLW **Self Storage Advisors, LLC v. SE Boise Boat & RV Storage LLC** | *Case filed:* 07/03/2018 *Case closed:* 05/11/2021 *Case reopened:* 09/04/2021 *Case closed:* 09/13/2021 *Case reopened:* 11/17/2022 | 12 | *Cause:* 28:1332 Diversity-Breach of Contract *NOS:* 190 Contract: Other *Office:* Boise - Southern *Jurisdiction:* Diversity *Presider:* B Lynn Winmill *Settlement:* Mikel H. Williams *Jury demand:* Plaintiff *Case flags:* APPEAL,LC16,RFSETL |
| 1:18-cv-00344-DCN **Passons v. Christensen** | *Case filed:* 08/09/2018 *Case closed:* 01/08/2020 *Case reopened:* 06/30/2021 | 517 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State) *NOS:* 530 Habeas Corpus (General) *Office:* Boise - Southern *Jurisdiction:* Federal Question |

**ER-1978**

| | | | *Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* IRDONE,LC6,PROSE |
|---|---|---|---|
| 1:18-cv-00550-CWD<br>**Hilliard v. Twin Falls County Sheriff's Office et al** | *Case filed:* 12/11/2018<br>*Case closed:* 11/23/2021<br>*Case reopened:* 09/30/2022 | 60 | *Cause:* 42:12101 Americans with Disabilities Act<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,LC14,LC22,MEDIATION,REOPEN |
| 1:19-cv-00406-BLW<br>**McNeil v. Tewalt** | *Case filed:* 10/17/2019<br>*Case closed:* 01/23/2020<br>*Case reopened:* 06/19/2020<br>*Case closed:* 03/29/2021<br>*Case reopened:* 09/14/2021 | 441 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* IRDONE,LC8,PROSE,REOPEN |
| 1:20-cv-00396-BLW<br>**Olson v. Idaho Department of Corrections, et al.** | *Case filed:* 08/12/2020<br>*Case closed:* 06/07/2021<br>*Case reopened:* 09/16/2022 | 74 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC8,LEAD,PROSE,REOPEN |
| 1:20-cv-00475-CWD<br>**Davis v. Davis** | *Case filed:* 10/07/2020<br>*Case closed:* 05/17/2021<br>*Case reopened:* 08/29/2022 | 92 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,EFILE,LC8,PROSE,REOPEN |
| 1:21-cv-00007-BLW<br>**Sileoni v. Husk et al** | *Case filed:* 01/05/2021 | 693 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,IRDONE,LC6,LEAD,PROSE |
| 1:21-cv-00009-BLW<br>**Sileoni v. Cooper et al** | *Case filed:* 01/05/2021 | 693 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,LC6,PROSE |
| 1:21-cv-00018- | *Case filed:* 01/07/2021 | 691 | *Cause:* 28:1332 Diversity-Insurance Contract |

**ER-1979**

| | | | |
|---|---|---|---|
| DCN<br>**Barnett v. Minnesota Life Insurance Company et al** | | | *NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Defendant<br>*Case flags:* JURY,LC12 |
| 1:21-cv-00022-CWD<br>**Zufelt v. Canyon County Ambulance District** | *Case filed:* 01/11/2021 | 687 | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,JURY,LC14 |
| 1:21-cv-00031-BLW<br>**Cleaver v. Transnation Title & Escrow, Inc.** | *Case filed:* 01/19/2021 | 679 | *Cause:* 42:1983 Civil Rights (Employment Discrimination)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* JURY,LC11,PROTO |
| 1:21-cv-00032-BLW<br>**Reeder v. LG Chem Ltd. et al** | *Case filed:* 01/19/2021 | 679 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365 Personal Inj. Prod. Liability<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Defendant<br>*Case flags:* LC11,STAYED |
| 1:21-cv-00037-BLW<br>**Hunter v. USA** | *Case filed:* 01/25/2021 | 673 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC10,M2255,PROSE |
| 1:21-cv-00047-BLW<br>**Purbeck v. Wilkinson et al** | *Case filed:* 01/31/2021 | 667 | *Cause:* 28:1983 Civil Rights<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC11,PROSE |
| 1:21-cv-00066-BLW<br>**Olson v. Idaho Department of Corrections** | *Case filed:* 02/09/2021<br>*Case closed:* 06/07/2021<br>*Case reopened:* 09/16/2022 | 74 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC8,LEAD,PROSE,REOPEN |

| | | | |
|---|---|---|---|
| **1:21-cv-00070-DKG**<br>**Owyhee County, State of Idaho et al v. United States of America** | *Case filed:* 02/09/2021 | 658 | *Cause:* 28:2201 Declaratory Judgment<br>*NOS:* 290 Real Property: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,LC22 |
| **1:21-cv-00077-BLW**<br>**Meza-Sayas v. Corizon, et al.** | *Case filed:* 02/18/2021 | 649 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* IRDONE,LC8,PROSE |
| **1:21-cv-00094-BLW**<br>**Coleman v. Medical Provider Rogers, et al.** | *Case filed:* 03/01/2021 | 638 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* IRDONE,LC6,PROSE |
| **1:21-cv-00097-BLW**<br>**Petersen v. United States Postal Service, et al.** | *Case filed:* 03/03/2021 | 636 | *Cause:* 28:1331 Fed. Question: Tort Action<br>*NOS:* 350 Motor Vehicle<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC10,NDPCWD |
| **1:21-cv-00106-BLW**<br>**Schroder v. Johnson, et al.** | *Case filed:* 03/08/2021 | 631 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* IRDONE,LC8,PROSE |
| **1:21-cv-00118-SAB**<br>**Bosse v. Hansen, et al.** | *Case filed:* 03/15/2021<br>*Case closed:* 03/15/2022<br>*Case reopened:* 03/24/2022 | 250 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Stanley A. Bastian<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,PROSE,REOPEN |
| **1:21-cv-00122-DKG**<br>**United States of America v. Ortiz Bonilla et al** | *Case filed:* 03/16/2021 | 623 | *Cause:* 28:3001 Federal Debt Collection Procedures Act<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22 |
| **1:21-cv-00123-** | *Case filed:* 03/16/2021 | 623 | *Cause:* 42:402 Social Security Benefits |

| | | | |
|---|---|---|---|
| BLW-REP<br>**O'Leary v. Saul** | | | *NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:*<br>LC11,LCDG,PROSE,RFPTRL,RFS/S,S/S |
| 1:21-cv-00124-BLW<br>**Mintun v. Corizon Health Inc, et al.** | *Case filed:* 03/16/2021 | 623 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* IRDONE,LC6,PROSE |
| 1:21-cv-00131-DKG<br>**Venti v. Xerox Corporation** | *Case filed:* 03/19/2021 | 620 | *Cause:* 28:1332 Diversity-Other Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:*<br>CONMAG,LC22,MEDIATION,PROTO |
| 1:21-cv-00155-BLW<br>**Noot v. Noot** | *Case filed:* 04/05/2021 | 603 | *Cause:* 28:1330 Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* JURY,LC17,MEDIATION |
| 1:21-cv-00159-DKG<br>**Willard v. Officer Ransom, et al.** | *Case filed:* 04/07/2021 | 601 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* CONMAG,IRDONE,LC6,PROSE |
| 1:21-cv-00162-DKG<br>**Garcia v. Commissioner of Social Security** | *Case filed:* 04/08/2021 | 600 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,IFP,LC22,S/S |
| 1:21-cv-00176-CWD<br>**Bosse v. Dolan** | *Case filed:* 04/23/2021 | 585 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,LC6,PROSE |

| | | | |
|---|---|---|---|
| 1:21-cv-00181-BLW<br>**Langley v. Little et al** | *Case filed:* 04/26/2021 | 582 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC6,PROSE |
| 1:21-cv-00197-CRK<br>**Harper v. Department of Interior et al** | *Case filed:* 05/04/2021 | 574 | *Cause:* 28:1331 Fed. Question: Bivens Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Claire R Kelly<br>*Jury demand:* Plaintiff<br>*Case flags:* APPEAL |
| 1:21-cv-00199-BLW<br>**Van Hook v. State of Idaho et al** | *Case filed:* 05/11/2021 | 567 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* APPEAL,LC6,PROSE |
| 1:21-cv-00200-SEH<br>**Boise Mobile Equipment, Inc. v. Mazak Optonics Corporation** | *Case filed:* 05/06/2021 | 572 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Sam Ellis Haddon<br>*Jury demand:* Both<br>*Case flags:* LC20,PROTO |
| 1:21-cv-00208-BLW<br>**Walsh v. House of Hounds, LLC et al** | *Case filed:* 05/13/2021 | 565 | *Cause:* 29:651 Occupational Safety/Health<br>*NOS:* 790 Labor: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* B Lynn Winmill<br>*Settlement:* Candy W Dale<br>*Jury demand:* Defendant<br>*Case flags:* LC11,RFSETL |
| 1:21-cv-00218-BLW<br>**Davis, et al. v. Blast Properties Inc., et al.** | *Case filed:* 05/20/2021 | 558 | *Cause:* 28:1332 Diversity-Contract Dispute<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Settlement:* Candy W. Dale<br>*Jury demand:* Both<br>*Case flags:* LC16,RFSETL |
| 1:21-cv-00226-BLW<br>**Wolf v. Tewalt, et al.** | *Case filed:* 05/25/2021 | 553 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |

| | | | |
|---|---|---|---|
| **1:21-cv-00231-DCN**<br>**Baldwin v. DePuy Orthopaedic, Inc. et al** | *Case filed:* 05/27/2021 | 551 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365 Personal Inj. Prod. Liability<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC19 |
| **1:21-cv-00235-MCE**<br>**Guion v. The United States** | *Case filed:* 06/01/2021 | 546 | *Cause:* 28:2671 Federal Tort Claims Act<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Morrison C England, Jr.<br>*Jury demand:* None<br>*Case flags:* LC11,PROSE |
| **1:21-cv-00239-BLW**<br>**Ozzie's Inc. v. IM Services Group, LLC** | *Case filed:* 06/02/2021 | 545 | *Cause:* 28:1332 Diversity-(Citizenship)<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC17,STAYBK |
| **1:21-cv-00243-REP**<br>**Dauber v. Warden Ramirez** | *Case filed:* 06/07/2021 | 540 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,IFP,LC6,PROSE,STAYED |
| **1:21-cv-00251-DCN**<br>**Perez v. City of Boise et al** | *Case filed:* 06/11/2021 | 536 | *Cause:* 42:1983 Civil Rights (Employment Discrimination)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Settlement:* Candy W. Dale<br>*Jury demand:* Both<br>*Case flags:* LC19,RFSETL |
| **1:21-cv-00256-BLW**<br>**Bosse v. Warden Ramirez, et al.** | *Case filed:* 06/14/2021 | 533 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* EFILE,IRDONE,LC6,PROSE |
| **1:21-cv-00264-BLW**<br>**Chavez v. United States of America, et al.** | *Case filed:* 06/18/2021 | 529 | *Cause:* 28:1402 Medical Malpractice<br>*NOS:* 362 Personal Inj. Med. Malpractice<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill |

| | | | |
|---|---|---|---|
| | | | *Jury demand:* Plaintiff<br>*Case flags:* LC17,MEDIATION |
| 1:21-cv-00267-DCN<br>**Pizzuto v. Tewalt et al** | *Case filed:* 06/24/2021 | 523 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Settlement:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* LC18,RFSETL |
| 1:21-cv-00293-CWD<br>**Calvillo v. Attorney General of Idaho** | *Case filed:* 07/13/2021 | 504 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,IFP,LC6,PROSE |
| 1:21-cv-00298-BLW<br>**Wilfong v. City of Boise et al** | *Case filed:* 07/16/2021 | 501 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC4 |
| 1:21-cv-00305-DCN<br>**Courthouse News Service v. Omundson** | *Case filed:* 07/23/2021 | 494 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Defendant<br>*Case flags:* LC19,MEDIATION,PROTO |
| 1:21-cv-00306-DCN<br>**Doe 14 v. Mountain West Council, Inc. Boy Scouts of America** | *Case filed:* 07/23/2021 | 494 | *Cause:* 28:1331 Fed. Question: Tort Action<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC12,STAYBK |
| 1:21-cv-00327-DKG<br>**Worley v. Old Dominion Freight Line, Inc. et al** | *Case filed:* 08/16/2021 | 470 | *Cause:* 28:1441 Petition for Removal- Tort/Motor Vehicle (P.I.)<br>*NOS:* 350 Motor Vehicle<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC23 |
| 1:21-cv-00329-WBS<br>**Panicacci, et al. v.** | *Case filed:* 08/16/2021 | 470 | *Cause:* 20:1401 Education: Handicapped Child Act<br>*NOS:* 448 Civil Rights: Education<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question |

| | | | |
|---|---|---|---|
| **West Ada School District No. 2** | | | *Presider:* William B. Shubb <br> *Jury demand:* Both <br> *Case flags:* LC13,LC17,PROTO |
| [1:21-cv-00330-BLW](#) <br> **Blessing v. City of Nampa, Idaho et al** | *Case filed:* 08/23/2021 | 463 | *Cause:* 42:1981 Civil Rights <br> *NOS:* 360 P.I.: Other <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* Both <br> *Case flags:* LC10 |
| [1:21-cv-00337-BLW](#) <br> **Custodio v. Dowell, et al.** | *Case filed:* 08/30/2021 | 456 | *Cause:* 42:1983 Prisoner Civil Rights <br> *NOS:* 550 Prisoner: Civil Rights <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* Plaintiff <br> *Case flags:* CONSOL,LC6,PROSE |
| [1:21-cv-00340-BLW](#) <br> **Jones v. Rogers, et al.** | *Case filed:* 09/03/2021 | 452 | *Cause:* 42:1983 Prisoner Civil Rights <br> *NOS:* 550 Prisoner: Civil Rights <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* Both <br> *Case flags:* EFILE,IRDONE,LC8,PROSE |
| [1:21-cv-00351-DCN](#) <br> **Custodio v. Dowell, et al.** | *Case filed:* 08/30/2021 | 456 | *Cause:* 42:1983 Prisoner Civil Rights <br> *NOS:* 550 Prisoner: Civil Rights <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* David C. Nye <br> *Jury demand:* Plaintiff <br> *Case flags:* EFILE,IRDONE,LC6,LEAD,PROSE |
| [1:21-cv-00354-DCN](#) <br> **Vera Castrejon v. Twin Falls County, et al.** | *Case filed:* 09/02/2021 | 453 | *Cause:* 42:1983 Civil Rights Act <br> *NOS:* 440 Civil Rights: Other <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* David C. Nye <br> *Jury demand:* Both <br> *Case flags:* LC18,MEDIATION |
| [1:21-cv-00359-DCN](#) <br> **Pizzuto v. Tewalt, et al.** | *Case filed:* 09/09/2021 | 446 | *Cause:* 42:1983 Prisoner Civil Rights <br> *NOS:* 550 Prisoner: Civil Rights <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* David C. Nye <br> *Jury demand:* None <br> *Case flags:* LC18 |
| [1:21-cv-00362-BLW](#) <br> **Hayes v. Corizon et al** | *Case filed:* 09/09/2021 | 446 | *Cause:* 42:1983 Prisoner Civil Rights <br> *NOS:* 550 Prisoner: Civil Rights <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill |

**ER-1986**

| | | | |
|---|---|---|---|
| | | | *Jury demand:* None<br>*Case flags:* IRDONE,LC8,PROSE |
| **1:21-cv-00365-BLW**<br>**Barclay v. Hollinshead, et al.** | *Case filed:* 09/10/2021 | 445 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC4,MEDIATION |
| **1:21-cv-00367-DCN**<br>**Citizens Allied for Integrity and Accountability, Inc. et al v. Miller et al** | *Case filed:* 09/13/2021 | 442 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC12 |
| **1:21-cv-00372-CWD**<br>**Pehringer v. Corizon Health Care et al** | *Case filed:* 09/15/2021 | 440 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* Both<br>*Case flags:* EFILE,IRDONE,LC6,PROSE |
| **1:21-cv-00376-BLW**<br>**Safety National Casualty Corporation, et al. v. Kinshofer USA, Inc., et al.** | *Case filed:* 09/17/2021 | 438 | *Cause:* 28:1332 Diversity-Product Liability<br>*NOS:* 365 Personal Inj. Prod. Liability<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC16,MEDIATION |
| **1:21-cv-00384-DCN**<br>**Idaho Waste Services, Inc. v. Project Delivery Group LLC, et al.** | *Case filed:* 09/22/2021 | 433 | *Cause:* 28:1332 Diversity-Non-Motor Vehicle<br>*NOS:* 380 Personal Property: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC18 |
| **1:21-cv-00393-BLW**<br>**Belcher v. Tewalt, et al.** | *Case filed:* 09/29/2021 | 426 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* IRDONE,LC6,PROSE |
| **1:21-cv-00396-REP**<br>**Moore v. Ramirez** | *Case filed:* 10/04/2021 | 421 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None |

| | | | *Case flags:* CONMAG,IRDONE,LC8,PROSE,STAYED |
|---|---|---|---|
| [1:21-cv-00397-BLW-CWD](#)<br>**Wilson v. Kijakazi** | *Case filed:* 10/04/2021 | 421 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* LC13,LC4,RFPTRL,RFS/S,S/S |
| [1:21-cv-00403-CWD](#)<br>**O'Brien v. Kijakazi** | *Case filed:* 10/13/2021 | 412 | *Cause:* 42:402 Social Security Benefits<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC13,PROSE,S/S |
| [1:21-cv-00409-BLW](#)<br>**Carr et al v. Tewalt et al** | *Case filed:* 10/18/2021 | 407 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* APPEAL,EFILE,IFP,IRDONE,LC6,PROSE |
| [1:21-cv-00410-BLW](#)<br>**Hernandez et al v. JP Development, Inc., d/b/a "Acctcorp International" et al** | *Case filed:* 10/19/2021 | 406 | *Cause:* 15:1692 Fair Debt Collection Act<br>*NOS:* 480 Consumer Credit<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC4 |
| [1:21-cv-00413-MCE](#)<br>**Best View Construction & Development, LLC v. Perry et al** | *Case filed:* 10/20/2021 | 405 | *Cause:* 28:158 Notice of Appeal re Bankruptcy Matter (BAP)<br>*NOS:* 422 Bankruptcy Appeal (801)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Morrison C England, Jr.<br>*Jury demand:* None<br>*Case flags:* BKAPPEAL,LC20 |
| [1:21-cv-00423-REP](#)<br>**Sanders v. Davis** | *Case filed:* 10/29/2021 | 396 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,IRDONE,LC8,PROSE,STAYED |
| [1:21-cv-00434-](#) | *Case filed:* 11/09/2021 | 385 | *Cause:* 15:1681 Fair Credit Reporting Act |

**ER-1988**

| Case | Filed | NOS | Details |
|------|-------|-----|---------|
| DCN<br>**Henderson v. Experian Information Solutions, Inc., et al.** | | | *NOS:* 480 Consumer Credit<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC9,MEDIATION,PROTO |
| 1:21-cv-00439-BLW<br>**Manley v. Winsupply Inc. et al** | *Case filed:* 11/12/2021 | 382 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC11,PROTO |
| 1:21-cv-00444-BLW<br>**McKinstry v. Wheaton Group, Inc., et al.** | *Case filed:* 11/13/2021 | 381 | *Cause:* 15:1 Antitrust Litigation<br>*NOS:* 410 Anti-Trust<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC17,MEDIATION |
| 1:21-cv-00445-DCN<br>**Wall v. Davis** | *Case filed:* 11/12/2021 | 382 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* IRDONE,LC6,PROSE |
| 1:21-cv-00446-DCN<br>**Mendez v. City of Boise, et al.** | *Case filed:* 11/15/2021 | 379 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC19,PROSE |
| 1:21-cv-00448-DCN<br>**Mendez v. Community Health Clinic Inc. et al.** | *Case filed:* 11/15/2021 | 379 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC19,PROSE |
| 1:21-cv-00454-DCN<br>**McCormick v. Reinkey, et al.** | *Case filed:* 11/22/2021 | 372 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC8,PROSE |
| 1:21-cv-00463-DKG | *Case filed:* 12/01/2021 | 363 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights |

ER-1989

| | | | |
|---|---|---|---|
| **Pehringer v. Richardson et al** | | | *Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC6,PROSE |
| 1:21-cv-00465-BLW<br>**Bailey v. Experian Information Solutions, Inc.** | *Case filed:* 12/01/2021 | 363 | *Cause:* 15:1681 Fair Credit Reporting Act<br>*NOS:* 480 Consumer Credit<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Settlement:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* LC16,MEDIATION,PROTO,RFSETL |
| 1:21-cv-00473-CWD<br>**Ortiz v. Prosource Produce, LLC** | *Case filed:* 12/03/2021 | 361 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Candy W. Dale<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC13,MEDIATION,PROTO |
| 1:21-cv-00476-CWD<br>**Luhm v. Prosource Produce, LLC** | *Case filed:* 12/03/2021 | 361 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Candy W. Dale<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC13,MEDIATION,PROTO |
| 1:21-cv-00479-CWD<br>**Center for Biological Diversity et al v. Little et al** | *Case filed:* 12/06/2021 | 358 | *Cause:* 16:1538 Endangered Species Act<br>*NOS:* 893 Environmental Matters<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC13 |
| 1:21-cv-00482-REP<br>**Belcher v. Tewalt et al** | *Case filed:* 12/03/2021 | 361 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC6,PROSE |
| 1:21-cv-00487-BLW<br>**Goodrick v. Tewalt et al** | *Case filed:* 12/08/2021 | 356 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC6,PROSE |
| 1:21-cv-00489- | *Case filed:* 12/09/2021 | 355 | *Cause:* 28:1332 Diversity-Breach of Contract |

ER-1990

| | | | |
|---|---|---|---|
| **BLW**<br>**Arce v. Ozone Community Corporation, et al.** | | | *NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC11,PROSE |
| [1:21-cv-00490-CWD](#)<br>**Minnesota Life Insurance Company v. Pleasants et. al** | *Case filed:* 12/09/2021 | 355 | *Cause:* 28:1335 Interpleader Action<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC14,STAYED |
| [1:21-cv-00497-DCN](#)<br>**Onibokun v. USA** | *Case filed:* 12/16/2021 | 348 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC20,M2255,PROSE |
| [1:21-cv-00498-BLW](#)<br>**Vega et al v. Geico Choice Insurance Company et al** | *Case filed:* 12/17/2021 | 347 | *Cause:* 23:134 P.I.- Auto Negligence<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC10,PROTO |
| [1:21-cv-00499-BLW](#)<br>**Sileoni v. Stapinksy et al** | *Case filed:* 12/17/2021 | 347 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* CONSOL,LC6,PROSE |
| [1:21-cv-00505-BLW-DKG](#)<br>**Davis v. Commissioner of Social Security** | *Case filed:* 12/20/2021 | 344 | *Cause:* 42:405 Review of HHS Decision (DIWW)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC23,LC4,RFPTRL,RFS/S,S/S |
| [1:21-cv-00506-BLW](#)<br>**Intermountain Fair Housing Council, Inc. v. Tomlinson & Associates, Inc., et al.** | *Case filed:* 12/20/2021 | 344 | *Cause:* 42:3601 Fair Housing Act<br>*NOS:* 443 Civil Rights: Accommodations<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC17,MEDIATION,RFSETL |

| | | | |
|---|---|---|---|
| **1:21-cv-00508-BLW-CWD** <br> **Shroll v. Kijakazi** | *Case filed:* 12/21/2021 | 343 | *Cause:* 42:416 Denial of Social Security Benefits <br> *NOS:* 863 Social Security: DIWC/DIWW <br> *Office:* Boise - Southern <br> *Jurisdiction:* U.S. Government Defendant <br> *Presider:* B Lynn Winmill <br> *Referral:* Candy W. Dale <br> *Jury demand:* None <br> *Case flags:* LC14,LC17,RFPTRL,RFS/S,S/S |
| **1:21-cv-00518-BLW** <br> **Gomez v. Canyon County Prosecuting Attorney** | *Case filed:* 12/30/2021 | 334 | *Cause:* 42:1983 Prisoner Civil Rights <br> *NOS:* 550 Prisoner: Civil Rights <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* None <br> *Case flags:* LC6,PROSE |
| **1:22-cv-00006-REP** <br> **Caporaso v. Family Medicine Health Center, et al.** | *Case filed:* 01/07/2022 | 326 | *Cause:* 28:2671 Federal Tort Claims Act <br> *NOS:* 362 Personal Inj. Med. Malpractice <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* Raymond Edward Patricco, Jr. <br> *Jury demand:* None <br> *Case flags:* CONMAG,LC21,MEDIATION |
| **1:22-cv-00007-BLW** <br> **Nicholson v. United States of America** | *Case filed:* 01/07/2022 | 326 | *Cause:* 28:1402 Medical Malpractice <br> *NOS:* 362 Personal Inj. Med. Malpractice <br> *Office:* Boise - Southern <br> *Jurisdiction:* U.S. Government Defendant <br> *Presider:* B Lynn Winmill <br> *Jury demand:* Plaintiff <br> *Case flags:* LC10 |
| **1:22-cv-00008-DCN** <br> **Maximiliano v. Timmermans, et al.** | *Case filed:* 01/07/2022 | 326 | *Cause:* 42:1983 Prisoner Civil Rights <br> *NOS:* 550 Prisoner: Civil Rights <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* David C. Nye <br> *Jury demand:* None <br> *Case flags:* IFP,LC6,PROSE |
| **1:22-cv-00013-DKG** <br> **Wayment v. Kijakazi** | *Case filed:* 01/11/2022 | 322 | *Cause:* 42:405 Review of HHS Decision (SSID) <br> *NOS:* 864 Social Security: SSID Tit. XVI <br> *Office:* Boise - Southern <br> *Jurisdiction:* U.S. Government Defendant <br> *Presider:* Debora K Grasham <br> *Jury demand:* None <br> *Case flags:* CONMAG,LC23,S/S |
| **1:22-cv-00034-DCN** <br> **PreCise MRM LLC v. Marshall, et al.** | *Case filed:* 01/25/2022 | 308 | *Cause:* 28:1332 Diversity-Breach of Contract <br> *NOS:* 190 Contract: Other <br> *Office:* Boise - Southern <br> *Jurisdiction:* Diversity <br> *Presider:* David C. Nye <br> *Jury demand:* Defendant <br> *Case flags:* LC18,MEDIATION |
| **1:22-cv-00036-** | *Case filed:* 01/26/2022 | 307 | *Cause:* 28:2241 Petition for Writ of Habeas Corpus |

| | | | |
|---|---|---|---|
| REP<br>**Conaty v. Warden Christiansen** | | | *NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,IRDONE,LC8,PROSE |
| 1:22-cv-00037-DKG<br>**Allen v. Ramirez et al** | *Case filed:* 01/27/2022<br>*Case reopened:* 02/01/2022 | 306 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,IFP,IRDONE,LC6,PROSE |
| 1:22-cv-00040-JZ<br>**Wolves of the Rockies, Inc v. Stone et al** | *Case filed:* 01/31/2022 | 302 | *Cause:* 15:1125 Trademark Infringement (Lanham Act)<br>*NOS:* 840 Trademark<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Jack Zouhary<br>*Jury demand:* None<br>*Case flags:* PAT/TRD/COPY |
| 1:22-cv-00041-MCE<br>**Nakota Trucking, LLC v. HUB International Mountain States Limited et al** | *Case filed:* 01/31/2022 | 302 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Morrison C England, Jr.<br>*Jury demand:* Both |
| 1:22-cv-00045-DCN<br>**Asbell v. West, et al.** | *Case filed:* 02/01/2022 | 301 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |
| 1:22-cv-00046-JCG<br>**First-Citizens Bank & Trust Company v. Summit Cancer Center - Boise, LLC, et al.** | *Case filed:* 02/02/2022 | 300 | *Cause:* 28:1332 Diversity-Other Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Jennifer Choe Groves<br>*Jury demand:* Defendant<br>*Case flags:* MEDIATION |
| 1:22-cv-00052-DCN<br>**Williams v. Paralegal Lifang et al** | *Case filed:* 02/07/2022 | 295 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* APPEAL,IFP,LC6,PROSE |
| 1:22-cv-00056- | *Case filed:* 02/10/2022 | 292 | *Cause:* 42:1983 Prisoner Civil Rights |

| | | | |
|---|---|---|---|
| DCN<br>**Sanford v. State of Idaho, et al.** | | | *NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IRDONE,LC6,PROSE |
| 1:22-cv-00059-DKG<br>**Brown v. Future Motion Inc.** | *Case filed:* 02/11/2022 | 291 | *Cause:* 28:1441 Petition for Removal<br>*NOS:* 365 Personal Inj. Prod. Liability<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* CONMAG,JURY,LC23,PROTO |
| 1:22-cv-00061-DKG<br>**Johnston et al v. Spray-On Solutions, Inc.** | *Case filed:* 02/14/2022 | 288 | *Cause:* 28:1332 Diversity-Auto Negligence<br>*NOS:* 350 Motor Vehicle<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* CONMAG,JURY,LC23,MEDIATION |
| 1:22-cv-00062-DCN<br>**Sonne v. San Joaquin Valley College, Inc.** | *Case filed:* 02/16/2022 | 286 | *Cause:* 28:451 Employment Discrimination<br>*NOS:* 790 Labor: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC20 |
| 1:22-cv-00064-DCN<br>**Hanigan v. OpSec Security, Inc., et al.** | *Case filed:* 02/16/2022 | 286 | *Cause:* 29:201 Denial of Overtime Compensation<br>*NOS:* 710 Labor: Fair Standards<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC18 |
| 1:22-cv-00070-DCN<br>**Schnuerle v. San Joaquin Valley College, Inc.** | *Case filed:* 02/18/2022 | 284 | *Cause:* 28:1332 Diversity-Employment Discrimination<br>*NOS:* 790 Labor: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC20 |
| 1:22-cv-00079-BLW<br>**Sileoni v. Jpay** | *Case filed:* 02/22/2022 | 280 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC6,PROSE |
| 1:22-cv-00080-DCN | *Case filed:* 02/23/2022 | 279 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights |

**ER-1994**

| | | | |
|---|---|---|---|
| **Savage v. Dowell** | | | *Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* 3STRIKE,LC6,PROSE |
| [1:22-cv-00082-REP](#)<br>**Bolinske v. Stinker Stores, Inc.** | *Case filed:* 02/24/2022 | 278 | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 790 Labor: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21 |
| [1:22-cv-00083-BLW](#)<br>**Hernandez v. Sgt. Laing et al** | *Case filed:* 02/24/2022 | 278 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC6,PROSE |
| [1:22-cv-00087-JZ](#)<br>**Leu v. Montalbano et al** | *Case filed:* 02/25/2022 | 277 | *Cause:* 28:1332 Diversity-Other Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Jack Zouhary<br>*Jury demand:* Plaintiff |
| [1:22-cv-00092-DCN](#)<br>**Terrazas v. Agropur, Inc** | *Case filed:* 02/28/2022 | 274 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC18,MEDIATION |
| [1:22-cv-00095-BLW](#)<br>**Sileoni v. Dr. Epperson, et al.** | *Case filed:* 03/03/2022 | 271 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC6,PROSE |
| [1:22-cv-00098-BLW](#)<br>**Wilson v. Custer County, Idaho, et al.** | *Case filed:* 03/01/2022 | 273 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC8,PROSE |
| [1:22-cv-00101-BLW](#)<br>**Harmony Organic Dairy, LLC v.** | *Case filed:* 03/04/2022 | 270 | *Cause:* 28:1332 Diversity-Contract Dispute<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity |

| | | | |
|---|---|---|---|
| **Western Grain Trading Inc.** | | | *Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC17,PROTO |
| [1:22-cv-00102-BLW](#)<br>**Dodge v. Hartford Life and Accident Insurance Company** | *Case filed:* 03/04/2022 | 270 | *Cause:* 29:791 Job Discrimination (Rehabilitation Act)<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC16 |
| [1:22-cv-00103-WBS](#)<br>**Palmer et al v. Carranza et al** | *Case filed:* 03/04/2022 | 270 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* William B. Shubb<br>*Jury demand:* Plaintiff<br>*Case flags:* LC19 |
| [1:22-cv-00104-REP](#)<br>**Wilkinson v. Corizon Medical Services, et al.** | *Case filed:* 03/07/2022 | 267 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Both<br>*Case flags:* IRDONE,LC6,PROSE |
| [1:22-cv-00105-DCN](#)<br>**Mattson v. Streibel, et al.** | *Case filed:* 03/04/2022 | 270 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC19,MEDIATION |
| [1:22-cv-00107-CWD](#)<br>**Keefe v. Commissioner of Social Security** | *Case filed:* 03/08/2022 | 266 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC13,S/S |
| [1:22-cv-00109-DKG](#)<br>**Blasch v. Hewlett Packard Enterprise Company** | *Case filed:* 03/08/2022 | 266 | *Cause:* 29:203 Equal Pay Act<br>*NOS:* 790 Labor: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,LC23 |
| [1:22-cv-00110-JZ](#)<br>**Tackett et al v. Murphy et al** | *Case filed:* 03/09/2022 | 265 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question |

| | | | |
|---|---|---|---|
| | | | *Presider:* Jack Zouhary<br>*Jury demand:* Both |
| [1:22-cv-00112-REP](#)<br>**Roles v. Valley** | *Case filed:* 03/10/2022 | 264 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patrico, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,IFP,IRDONE,LC6,PROSE |
| [1:22-cv-00115-REP](#)<br>**Craig v. Silver Sage Ranch, LLC, et al.** | *Case filed:* 03/14/2022 | 260 | *Cause:* 28:1332 Diversity-Other Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Raymond Edward Patrico, Jr.<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,LCDG,MEDIATION |
| [1:22-cv-00116-DCN](#)<br>**Caine v. Home Depot U.S.A., Inc., et al.** | *Case filed:* 03/14/2022 | 260 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* JURY,LC12,MEDIATION,PROTO |
| [1:22-cv-00118-DCN](#)<br>**Morozko v. Director of State of Idaho Department of Corrections** | *Case filed:* 03/15/2022 | 259 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,IRDONE,LC6,PROSE |
| [1:22-cv-00122-BLW](#)<br>**Paradise Ridge Defense Coalition v. United States Army Corps of Engineers et al** | *Case filed:* 03/22/2022 | 252 | *Cause:* 05:551 Administrative Procedure Act<br>*NOS:* 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC10 |
| [1:22-cv-00124-SAB](#)<br>**Di Angelo Publications v. T Force Freight, et al.** | *Case filed:* 03/23/2022 | 251 | *Cause:* Civil Miscellaneous Case<br>*NOS:* 385 Prop. Damage Prod. Liability<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Stanley A. Bastian<br>*Jury demand:* None<br>*Case flags:* LC10 |
| [1:22-cv-00125-CWD](#)<br>**Wilson v. Valley** | *Case filed:* 03/24/2022 | 250 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General) |

| | | | |
|---|---|---|---|
| | | | *Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,IRDONE,LC8,PROSE |
| [1:22-cv-00126-DCN](#)<br>**Hart v. Centurion Medical, et al.** | *Case filed:* 03/24/2022 | 250 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* IRDONE,LC8,PROSE |
| [1:22-cv-00130-DCN](#)<br>**Sileoni v. Hammon et al** | *Case filed:* 03/25/2022 | 249 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* IFP,LC6,PROSE |
| [1:22-cv-00131-BLW](#)<br>**Case v. USA** | *Case filed:* 03/28/2022 | 246 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC4,M2255,PROSE |
| [1:22-cv-00132-BLW](#)<br>**Bowman v. City of Boise City, et al.** | *Case filed:* 03/28/2022 | 246 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC4 |
| [1:22-cv-00133-DCN](#)<br>**Rojas v. USA** | *Case filed:* 03/28/2022 | 246 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC12,M2255,PROSE,REPCONFLICT |
| [1:22-cv-00136-DCN](#)<br>**Lietz v. Drug Enforcement Administration** | *Case filed:* 03/30/2022 | 244 | *Cause:* 05:552 Freedom of Information Act<br>*NOS:* 895 Freedom of Information Act<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC18,PROSE |
| [1:22-cv-00139-DCN](#) | *Case filed:* 03/30/2022 | 244 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights |

| | | | |
|---|---|---|---|
| **Sileoni v. Richerson et al** | | | *Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* IFP,IRDONE,LC6,PROSE |
| [1:22-cv-00141-BLW](#)<br>**Sileoni v. Little** | *Case filed:* 03/30/2022 | 244 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* EFILE,IFP,LC6,PROSE |
| [1:22-cv-00143-DCN](#)<br>**Mills v. Union Pacific Railroad Co.** | *Case filed:* 03/31/2022 | 243 | *Cause:* 42:12101 Americans with Disabilities Act<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Defendant<br>*Case flags:* LC19 |
| [1:22-cv-00144-REP](#)<br>**Nord v. Kijakazi** | *Case filed:* 03/31/2022 | 243 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21,S/S |
| [1:22-cv-00146-BLW](#)<br>**Beyersdorf v. Transamerica Life Insurance Company** | *Case filed:* 04/04/2022 | 239 | *Cause:* 28:1332 Diversity-Petition for Removal<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC17,MEDIATION |
| [1:22-cv-00149-BLW](#)<br>**Malagon v. USA** | *Case filed:* 04/06/2022 | 237 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC4,M2255,PROSE |
| [1:22-cv-00150-CWD](#)<br>**Sileoni v. Warden Richardson et al** | *Case filed:* 04/05/2022 | 238 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,EFILE,IRDONE,LC14,LC6,PROSE |
| [1:22-cv-00153-](#) | *Case filed:* 04/07/2022 | 236 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus |

| | | | |
|---|---|---|---|
| **BLW**<br>**Rodgers v. Valley** | | | (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* IRDONE,LC6,PROSE |
| 1:22-cv-00154-<br>BLW<br>**Swanson v. Trinity**<br>**Trailer MFG.,**<br>**INC.** | *Case filed:* 04/07/2022 | 236 | *Cause:* 42:12101 Americans with Disabilities Act<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC17,MEDIATION |
| 1:22-cv-00158-<br>CWD<br>**Marlow v. State of**<br>**Idaho** | *Case filed:* 04/08/2022 | 235 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,IRDONE,LC8,PROSE |
| 1:22-cv-00159-<br>DKG<br>**Burress v.**<br>**Rutland et al** | *Case filed:* 04/11/2022 | 232 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* IFP,IRDONE,LC6,PROSE |
| 1:22-cv-00160-<br>DCN<br>**Fletcher v. Eaton,**<br>**et al.** | *Case filed:* 04/11/2022 | 232 | *Cause:* 28:1983 Civil Rights<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,IRDONE,LC20,PROSE |
| 1:22-cv-00162-<br>DCN<br>**Fitzpatrick, et al.**<br>**v. Little, et al.** | *Case filed:* 04/12/2022 | 231 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC18 |
| 1:22-cv-00163-<br>CWD<br>**Giltner Logistics,**<br>**Inc. v. Tramat,**<br>**LLC** | *Case filed:* 04/12/2022 | 231 | *Cause:* 28:1331 Fed. Question: Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Candy W Dale<br>*Jury demand:* Defendant<br>*Case flags:* CONMAG,LC13,MEDIATION |

**ER-2000**

| | | | |
|---|---|---|---|
| 1:22-cv-00164-JCG<br>**Henderson, et al. v. Anthem Insurance Companies, Inc., et al.** | *Case filed:* 04/13/2022 | 230 | *Cause:* 29:1132 E.R.I.S.A.-Employee Benefits<br>*NOS:* 791 Labor: E.R.I.S.A.<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Jennifer Choe Groves<br>*Jury demand:* None<br>*Case flags:* LC11 |
| 1:22-cv-00171-DCN<br>**Hernandez v. McKinley, et al.** | *Case filed:* 04/15/2022 | 228 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,LC6,PROSE |
| 1:22-cv-00172-BLW<br>**Sileoni v. Tewalt, et al.** | *Case filed:* 04/19/2022 | 224 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* 3STRIKE,EFILE,IFP,LC6,PROSE |
| 1:22-cv-00173-REP<br>**Golden v. Larsen et al** | *Case filed:* 04/19/2022 | 224 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LCDG |
| 1:22-cv-00174-DCN<br>**Sileoni v. Little, et al.** | *Case filed:* 04/19/2022 | 224 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* 3STRIKE,IFP,LC6,PROSE |
| 1:22-cv-00176-DCN<br>**Chavez, et al. v. Allianz Global Risks US Insurance Company** | *Case filed:* 04/21/2022 | 222 | *Cause:* 28:1332 Diversity-Insurance Contract<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC12 |
| 1:22-cv-00179-BLW<br>**Boals v. Canyon County Sheriff's Office et al** | *Case filed:* 04/22/2022 | 221 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC16 |
| 1:22-cv-00181-DCN | *Case filed:* 04/25/2022 | 218 | *Cause:* 29:201 Fair Labor Standards Act<br>*NOS:* 710 Labor: Fair Standards |

**ER-2001**

| | | | |
|---|---|---|---|
| **Chaffer v. Front Line EMS LLC** | | | *Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC19 |
| [1:22-cv-00184-REP](#)<br>**Hayes v. I.D.O.C., et al.** | *Case filed:* 04/25/2022 | 218 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Both<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |
| [1:22-cv-00189-BLW](#)<br>**Nunez v. Genesis Healthcare, et al.** | *Case filed:* 04/27/2022 | 216 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC4,STAYED |
| [1:22-cv-00190-DCN](#)<br>**Larrea v. The State of Idaho, et al.** | *Case filed:* 04/27/2022 | 216 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC6,PROSE |
| [1:22-cv-00191-BLW](#)<br>**Perez, et al. v. Darling Ingredients, Inc., et al.** | *Case filed:* 04/27/2022 | 216 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC11,PROTO |
| [1:22-cv-00192-DCN](#)<br>**Bell Semiconductor, LLC v. Micron Technology, Inc.** | *Case filed:* 04/27/2022 | 216 | *Cause:* 35:271 Patent Infringement<br>*NOS:* 830 Patent<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC12,PAT/TRD/COPY |
| [1:22-cv-00196-REP](#)<br>**Wucinich v. FedEx Freight, Inc., et al.** | *Case filed:* 05/02/2022 | 211 | *Cause:* 28:1446 Petition for Removal- Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21,MEDIATION |
| [1:22-cv-00198-BLW](#)<br>**Warren v. Ada** | *Case filed:* 05/04/2022 | 209 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern |

**ER-2002**

| | | | |
|---|---|---|---|
| **County Prosecutors, et al.** | | | *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* Plaintiff <br> *Case flags:* LC16,PROSE |
| 1:22-cv-00200-DCN <br> **Carr v. Tewalt, et al.** | *Case filed:* 05/05/2022 | 208 | *Cause:* 42:1983 Prisoner Civil Rights <br> *NOS:* 550 Prisoner: Civil Rights <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* David C. Nye <br> *Jury demand:* Plaintiff <br> *Case flags:* EFILE,LC6,PROSE |
| 1:22-cv-00207-DCN <br> **Rowlison v. Liquid Agency, Inc.** | *Case filed:* 05/10/2022 | 203 | *Cause:* 28:1332 Diversity-Breach of Contract <br> *NOS:* 150 Contract: Recovery/Enforcement <br> *Office:* Boise - Southern <br> *Jurisdiction:* Diversity <br> *Presider:* David C. Nye <br> *Jury demand:* Plaintiff <br> *Case flags:* LC12 |
| 1:22-cv-00209-BLW <br> **Lietz, et al. v. Drug Enforcement Administration, et al.** | *Case filed:* 05/12/2022 | 201 | *Cause:* 42:1983 Civil Rights Act <br> *NOS:* 440 Civil Rights: Other <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* None <br> *Case flags:* LC16,PROSE |
| 1:22-cv-00213-BLW-REP <br> **Sallee v. Commissioner of Social Security** | *Case filed:* 05/13/2022 | 200 | *Cause:* 42:1383 Review of HHS Decision <br> *NOS:* 863 Social Security: DIWC/DIWW <br> *Office:* Boise - Southern <br> *Jurisdiction:* U.S. Government Defendant <br> *Presider:* B Lynn Winmill <br> *Referral:* Raymond Edward Patricco, Jr. <br> *Jury demand:* None <br> *Case flags:* LC4,LCDG,RFPTRL,RFS/S,S/S |
| 1:22-cv-00214-CWD <br> **Crutcher v. State of Idaho, et al.** | *Case filed:* 05/13/2022 | 200 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State) <br> *NOS:* 530 Habeas Corpus (General) <br> *Office:* Boise - Southern <br> *Jurisdiction:* Federal Question <br> *Presider:* Candy W Dale <br> *Jury demand:* None <br> *Case flags:* CONMAG,IRDONE,LC8,PROSE |
| 1:22-cv-00217-BLW <br> **Horsley v. Wardwell** | *Case filed:* 05/18/2022 | 195 | *Cause:* 28:1332 Diversity-Breach of Fiduciary Duty <br> *NOS:* 380 Personal Property: Other <br> *Office:* Boise - Southern <br> *Jurisdiction:* Diversity <br> *Presider:* B Lynn Winmill <br> *Jury demand:* Plaintiff <br> *Case flags:* LC16 |
| 1:22-cv-00222-DCN | *Case filed:* 05/25/2022 | 188 | *Cause:* 28:1983 Civil Rights <br> *NOS:* 440 Civil Rights: Other |

| | | | |
|---|---|---|---|
| **Walker v. Wolf, et al.** | | | *Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC18 |
| [1:22-cv-00223-CWD](#)<br>**Crutcher v. State of Idaho, et al.** | *Case filed:* 05/25/2022 | 188 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,IRDONE,LC8,PROSE |
| [1:22-cv-00224-DCN](#)<br>**Collinson v. Rose et al** | *Case filed:* 05/20/2022 | 193 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC8,PROSE |
| [1:22-cv-00225-BLW](#)<br>**Idaho Conservation League, et al. v. Forest Service, US** | *Case filed:* 05/26/2022 | 187 | *Cause:* 30:1201 Environment: Review of Agency Action<br>*NOS:* 893 Environmental Matters<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC11 |
| [1:22-cv-00227-BLW](#)<br>**Scott v. Eliason** | *Case filed:* 05/27/2022 | 186 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |
| [1:22-cv-00228-DCN](#)<br>**Woodington v. The Bank of Missouri, et al.** | *Case filed:* 05/31/2022 | 182 | *Cause:* 15:1681 Fair Credit Reporting Act<br>*NOS:* 480 Consumer Credit<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC12 |
| [1:22-cv-00231-DCN](#)<br>**Hernandez v. Thornton** | *Case filed:* 06/01/2022 | 181 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IFP,LC6,PROSE |
| [1:22-cv-00233-DCN-DKG](#) | *Case filed:* 06/02/2022 | 180 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW |

| | | | |
|---|---|---|---|
| **Freeman v. Commissioner of Social Security** | | | *Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC20,LC23,RFPTRL,RFS/S,S/S |
| [1:22-cv-00236-DCN](#)<br>**United States of America v. State of Idaho, et al.** | *Case filed:* 06/02/2022 | 180 | *Cause:* 28:2201 Constitutionality of State Statute(s)<br>*NOS:* 950 Constitutional - State Statute<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC18 |
| [1:22-cv-00237-BLW](#)<br>**Sage Growth Capital Fund I, LLC v. CPR Construction Cleaning, LLC et al** | *Case filed:* 06/03/2022 | 179 | *Cause:* 28:1332 Diversity-Other Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Defendant<br>*Case flags:* LC10 |
| [1:22-cv-00238-DCN](#)<br>**Shunn v. IDOC, et al.** | *Case filed:* 06/06/2022 | 176 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |
| [1:22-cv-00240-DCN](#)<br>**McDaniel v. Davis, et al.** | *Case filed:* 06/06/2022 | 176 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |
| [1:22-cv-00245-BLW](#)<br>**Prall v. Holm, et al.** | *Case filed:* 06/08/2022 | 174 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |
| [1:22-cv-00246-BLW](#)<br>**Allstate Insurance Company v. Weidner, et al.** | *Case filed:* 06/09/2022 | 173 | *Cause:* 28:1332 Diversity-Insurance Contract<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC17 |
| [1:22-cv-00247-CWD](#) | *Case filed:* 06/10/2022 | 172 | *Cause:* 15:1988 Fraud-Motor Vehicle (Odometer)<br>*NOS:* 130 Miller Act |

| | | | |
|---|---|---|---|
| **Burns v. Koudelka Transport LLC, et al.** | | | *Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC13 |
| [1:22-cv-00248-DCN](#)<br>**Loredo v. USA** | *Case filed:* 06/13/2022 | 169 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC12,M2255,PROSE |
| [1:22-cv-00251-CWD](#)<br>**Gerdon v. French** | *Case filed:* 06/17/2022 | 165 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC13,PROSE |
| [1:22-cv-00256-CWD](#)<br>**Belcher v. Grace, et al.** | *Case filed:* 06/22/2022 | 160 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IRDONE,LC14,PROSE |
| [1:22-cv-00257-BLW](#)<br>**Hernandez v. IDOC move coordinator et al** | *Case filed:* 06/22/2022 | 160 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,LC6,PROSE |
| [1:22-cv-00258-REP](#)<br>**Shunn v. Davis, et al.** | *Case filed:* 06/22/2022 | 160 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |
| [1:22-cv-00260-BLW-DKG](#)<br>**Everett v. Commissioner of Social Security** | *Case filed:* 06/23/2022 | 159 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC11,LC22,RFPTRL,RFS/S,S/S |
| [1:22-cv-00265-](#) | *Case filed:* 06/27/2022 | 155 | *Cause:* 42:405 Review of HHS Decision (DIWC) |

| | | | |
|---|---|---|---|
| **DCN-DKG**<br>**Winter v.**<br>**Commissioner of**<br>**Social Security** | | | *NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:*<br>LC19,LC23,REFER,RFPTRL,RFS/S,S/S |
| **1:22-cv-00267-<br>BLW**<br>**McCoy v. Tewalt** | *Case filed:* 06/27/2022 | 155 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* IFP,IRDONE,LC8,PROSE |
| **1:22-cv-00272-<br>BLW**<br>**Brown v. Unum<br>Life Insurance<br>Company of<br>America, et al.** | *Case filed:* 07/05/2022 | 147 | *Cause:* 29:1001 E.R.I.S.A.: Employee Retirement<br>*NOS:* 791 Labor: E.R.I.S.A.<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC16 |
| **1:22-cv-00273-<br>DCN**<br>**Micron<br>Technology, Inc.,<br>et al. v. Longhorn<br>IP, LLC** | *Case filed:* 07/05/2022 | 147 | *Cause:* 28:1446 Petition for Removal<br>*NOS:* 830 Patent<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC12 |
| **1:22-cv-00275-<br>DCN**<br>**Shunn v. IDOC, et<br>al.** | *Case filed:* 07/11/2022 | 141 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |
| **1:22-cv-00277-<br>BLW**<br>**Hall, et al. v.<br>Gooding County<br>Sheriff<br>Department, et al.** | *Case filed:* 07/06/2022 | 146 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC16 |
| **1:22-cv-00278-<br>DCN**<br>**Hoffman v. Rule** | *Case filed:* 07/07/2022 | 145 | *Cause:* 28:2241 Petition for Writ of Habeas Corpus<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* PROSE |

ER-2007

| 1:22-cv-00279-BLW<br>Shunn v. Kootenai County et al | *Case filed:* 07/11/2022<br>*Case closed:* 09/06/2022<br>*Case reopened:* 09/28/2022 | 62 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IRDONE,LC8,PROSE |
| 1:22-cv-00281-DCN<br>Riley v. Nisen | *Case filed:* 07/08/2022 | 144 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC19 |
| 1:22-cv-00282-DCN<br>Katana Silicon Technologies LLC v. Micron Technology, Inc., et al. | *Case filed:* 07/08/2022 | 144 | *Cause:* 35:271 Patent Infringement<br>*NOS:* 830 Patent<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC12 |
| 1:22-cv-00284-CWD<br>Lonny Hytrek CPA, P.C. v. Stevens | *Case filed:* 07/13/2022 | 139 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC14 |
| 1:22-cv-00286-BLW<br>Dillard v. Judge Bastin, et al. | *Case filed:* 07/14/2022 | 138 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,LC10,PROSE |
| 1:22-cv-00288-REP<br>Venable v. Kijakazi | *Case filed:* 07/14/2022 | 138 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21,S/S |
| 1:22-cv-00289-DCN<br>Alesi v. Corizon Health Inc., et al. | *Case filed:* 07/01/2022 | 151 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IFP,LC6,PROSE |
| 1:22-cv-00291-DCN | *Case filed:* 07/15/2022 | 137 | *Cause:* 05:551 Administrative Procedure Act<br>*NOS:* 899 Other Statutes: Administrative |

| Vera Chairez v. Mayorkas | | | Procedures Act/Review or Appeal of Agency Decision<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC19 |
|---|---|---|---|
| [1:22-cv-00293-BLW](#)<br>**Alvarado v. Blackhawk, et al.** | *Case filed:* 07/18/2022<br>*Case closed:* 10/17/2022<br>*Case reopened:* 10/20/2022 | 40 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC8,PROSE,REOPEN |
| [1:22-cv-00298-REP](#)<br>**Harrison v. Commissioner of Social Security** | *Case filed:* 07/19/2022 | 133 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 865 Social Security: RSI Tax Suits<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21,S/S |
| [1:22-cv-00299-REP](#)<br>**Taylor v. Commissioner of Social Security** | *Case filed:* 07/20/2022 | 132 | *Cause:* 42:405 Review of HHS Decision (DIWW)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LCDG,S/S |
| [1:22-cv-00300-CWD](#)<br>**Garza v. Commissioner of Social Security** | *Case filed:* 07/20/2022 | 132 | *Cause:* 42:405 Review of HHS Decision (DIWW)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC14,S/S |
| [1:22-cv-00304-DKG](#)<br>**Byrne v. Kijakazi** | *Case filed:* 07/21/2022 | 131 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,S/S |
| [1:22-cv-00305-BLW](#)<br>**Hayes v. The Entity (IDOC), et al.** | *Case filed:* 07/20/2022 | 132 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,LC8,PROSE |
| [1:22-cv-00306-REP](#) | *Case filed:* 07/21/2022 | 131 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI |

**ER-2009**

| | | | |
|---|---|---|---|
| **Wilson v. Kijakazi** | | | *Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patrico, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21,S/S |
| 1:22-cv-00308-DCN<br>**Huskic v. Boise Police Department, et al.** | *Case filed:* 07/22/2022 | 130 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC12,PROSE |
| 1:22-cv-00309-CWD<br>**Apple v. Officer Chris Young et al** | *Case filed:* 07/22/2022 | 130 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* IFP,IRDONE,LC6,PROSE |
| 1:22-cv-00311-REP<br>**Snyder v. Ramirez** | *Case filed:* 07/22/2022 | 130 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patrico, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,IFP,IRDONE,LC8,PROSE |
| 1:22-cv-00312-DKG<br>**Corrie v. Commissioner of Social Security** | *Case filed:* 07/22/2022 | 130 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 865 Social Security: RSI Tax Suits<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,S/S |
| 1:22-cv-00314-DCN<br>**Evans v. Nationstar Mortgage LLC, et al.** | *Case filed:* 07/25/2022 | 127 | *Cause:* 15:1681 Fair Credit Reporting Act<br>*NOS:* 480 Consumer Credit<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC18 |
| 1:22-cv-00318-BLW<br>**Morgan v. Ada County Sheriff, et al.** | *Case filed:* 07/26/2022 | 126 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 320 Assault Libel & Slander<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* JURY,LC4 |
| 1:22-cv-00319-REP | *Case filed:* 07/26/2022 | 126 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State) |

**ER-2010**

(36 of 152), Page 36 of 152    Case: 24-6697, 03/06/2025, DktEntry: 10.10, Page 36 of 152

11/29/22, 7:52 PM    Case 1:21-cv-00305-DCN    Document 60-15    Filed 12/15/22    Page 35 of 74    CM/ECF - Idaho District Version ... Report

| | | | |
|---|---|---|---|
| **Smith v. The Unsaid Arresting Officer, et al.** | | | *NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* IFP,IRDONE,LC6,PROSE |
| [1:22-cv-00323-CWD](#)<br><br>**Gerard and Heather Ann Hart Living Trust, et al. v. Legends Development Company, et al.** | *Case filed:* 07/29/2022 | 123 | *Cause:* 28:1441 Petition for Removal- Other Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Candy W Dale<br>*Jury demand:* Both<br>*Case flags:* CONMAG,JURY,LC13 |
| [1:22-cv-00324-REP](#)<br><br>**Hayes v. The Standard Fire Insurance Company** | *Case filed:* 07/29/2022 | 123 | *Cause:* 28:1441 Petition for Removal- Insurance Contract<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC21,MEDIATION |
| [1:22-cv-00325-DCN](#)<br><br>**Jackson v. Ivy Medical, et al.** | *Case filed:* 07/29/2022 | 123 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC6,PROSE |
| [1:22-cv-00327-CWD](#)<br><br>**Lietz v. Department of Veterans Affairs, et al.** | *Case filed:* 08/01/2022 | 120 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* LC13,PROSE |
| [1:22-cv-00328-DKG](#)<br><br>**Damon v. Kijakazi** | *Case filed:* 08/01/2022 | 120 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,S/S |
| [1:22-cv-00329-BLW](#)<br><br>**The United States v. State of Idaho** | *Case filed:* 08/02/2022 | 119 | *Cause:* 28:2201 Constitutionality of State Statute(s)<br>*NOS:* 950 Constitutional - State Statute<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC17,LC4 |

| | | | |
|---|---|---|---|
| **1:22-cv-00330-CWD**<br>**State Farm Mutual Automobile Insurance Company v. Garrett Shawn, et al.** | *Case filed:* 08/02/2022 | 119 | *Cause:* 28:2671 Federal Tort Claims Act<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* LC14 |
| **1:22-cv-00331-BLW**<br>**Certain Underwriters at Lloyd's, London v. Anderson** | *Case filed:* 08/03/2022 | 118 | *Cause:* 28:1332 Diversity-Declaratory Judgement<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC16 |
| **1:22-cv-00332-JCC**<br>**Carr v. Nye, et al.** | *Case filed:* 08/02/2022 | 119 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* John C. Coughenour<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,PROSE |
| **1:22-cv-00333-DCN**<br>**Brollier v. Conn, et al.** | *Case filed:* 08/03/2022 | 118 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IFP,LC6,PROSE |
| **1:22-cv-00334-REP**<br>**Sievers v. Commissioner of Social Security** | *Case filed:* 08/04/2022 | 117 | *Cause:* 42:1383 Review of HHS Decision<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21,S/S |
| **1:22-cv-00335-REP**<br>**The Masters Gallery, LLC v. Travelers Commercial Insurance Company** | *Case filed:* 08/08/2022 | 113 | *Cause:* 28:1441 Petition for Removal- Insurance Contract<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LCDG,MEDIATION |
| **1:22-cv-00336-BLW**<br>**Whitaker Construction Co., Inc. v. The Cincinnati** | *Case filed:* 08/08/2022 | 113 | *Cause:* 28:1332 Diversity-Insurance Contract<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC10 |

| | | | |
|---|---|---|---|
| **Insurance Company** | | | |
| 1:22-cv-00337-DCN<br>**Pecchenino, et al. v. Britt, et al,** | *Case filed:* 08/08/2022 | 113 | *Cause:* 28:1332 Diversity-(Citizenship)<br>*NOS:* 350 Motor Vehicle<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC12 |
| 1:22-cv-00338-BLW<br>**Watkins v. Kootenai County Sheriff's Office, et al.** | *Case filed:* 08/09/2022 | 112 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC8,PROSE |
| 1:22-cv-00339-CRK<br>**Federal Insurance Company, et al. v. TDS Metrocom, LLC** | *Case filed:* 08/09/2022 | 112 | *Cause:* 28:2201 Declaratory Judgment<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Claire R Kelly<br>*Jury demand:* None |
| 1:22-cv-00340-BLW<br>**Watkins v. Eckstrom, et al.** | *Case filed:* 08/09/2022 | 112 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC8,PROSE |
| 1:22-cv-00342-BLW<br>**Reynolds v. Garland et al** | *Case filed:* 08/10/2022 | 111 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* IRDONE,LC6,PROSE |
| 1:22-cv-00343-BLW-DKG<br>**Arce et al v. First Rate Property Management INC. et al** | *Case filed:* 08/10/2022 | 111 | *Cause:* 23:1441 Contract Real Estate<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Referral:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* LC17,LC23,PROSE,RFPTRL |
| 1:22-cv-00346-BLW<br>**Williams v. Atencio, et al.** | *Case filed:* 08/12/2022 | 109 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill |

| | | | *Jury demand:* Plaintiff<br>*Case flags:* LC6,PROSE |
|---|---|---|---|
| [1:22-cv-00347-JCC](#)<br>**Van Hook v. Winmill, et al.** | *Case filed:* 08/12/2022 | 109 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* John C. Coughenour<br>*Jury demand:* Plaintiff<br>*Case flags:* LCDG,PROSE |
| [1:22-cv-00350-DCN](#)<br>**Synder, et al. v. Boise County, et al.** | *Case filed:* 08/15/2022 | 106 | *Cause:* 47:153 Telecommunications Act of 1966<br>*NOS:* 890 Other Statutory Actions<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC9 |
| [1:22-cv-00351-DKG](#)<br>**Fernstedt, et al. v. St Alphonsus Medical Center Nampa, Inc. et al** | *Case filed:* 08/15/2022 | 106 | *Cause:* 28:1332 Diversity-Medical Malpractice<br>*NOS:* 362 Personal Inj. Med. Malpractice<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC23 |
| [1:22-cv-00354-DKG](#)<br>**Christensen v. Commissioner of Social Security** | *Case filed:* 08/15/2022 | 106 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 865 Social Security: RSI Tax Suits<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,S/S |
| [1:22-cv-00358-REP](#)<br>**Bryan v. Commissioner of Social Security** | *Case filed:* 08/17/2022 | 104 | *Cause:* 42:405 Review of HHS Decision (DIWW)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21,S/S |
| [1:22-cv-00359-DCN](#)<br>**Zink, et al. v. St. Luke's Health System, LTD, et al.** | *Case filed:* 08/17/2022 | 104 | *Cause:* 28:1331 Fed. Question: Insurance Contract<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC20 |
| [1:22-cv-00361-DCN](#)<br>**Sivak v. State of Idaho, et al.** | *Case filed:* 08/17/2022 | 104 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC8,PROSE |

**ER-2014**

| | | | |
|---|---|---|---|
| 1:22-cv-00362-DCN<br>**St. Michael's Parish Inc. v. Church Insurance Companies** | *Case filed:* 08/18/2022 | 103 | *Cause:* 28:1441 Petition for Removal- Insurance Contract<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC18 |
| 1:22-cv-00363-BLW<br>**Blood v. Kok, et al.** | *Case filed:* 08/19/2022 | 102 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC17 |
| 1:22-cv-00365-REP<br>**Van Gorder v. Kijakazi** | *Case filed:* 08/22/2022 | 99 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:*<br>*Case flags:* CONMAG,LCDG,S/S |
| 1:22-cv-00368-DCN<br>**Dicke v. Canyon County, et al.** | *Case filed:* 08/24/2022 | 97 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC12,PROSE |
| 1:22-cv-00369-BLW<br>**Carswell v. Anderson, et al.** | *Case filed:* 08/24/2022 | 97 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 950 Constitutional - State Statute<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,LC16,PROSE |
| 1:22-cv-00370-BLW<br>**Pehringer v. Lehtinen** | *Case filed:* 08/22/2022 | 99 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,LC6,PROSE |
| 1:22-cv-00372-DCN<br>**Allen v. Hummer, et al.** | *Case filed:* 08/24/2022 | 97 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,LC6,PROSE |
| 1:22-cv-00373- | *Case filed:* 08/25/2022 | 96 | *Cause:* 28:1332 Diversity-Insurance Contract |

| | | | |
|---|---|---|---|
| **BLW**<br>**Hartford Underwriters Insurance Company v. Wilson, et al.** | | | *NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC10 |
| 1:22-cv-00374-DCN<br>**Atencio, et al. v. City of Nampa, et al.** | *Case filed:* 08/25/2022 | 96 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC18 |
| 1:22-cv-00375-DCN<br>**Bell Semiconductor, LLC v. Micron Technology, Inc.** | *Case filed:* 08/26/2022 | 95 | *Cause:* 35:271 Patent Infringement<br>*NOS:* 830 Patent<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC12,PAT/TRD/COPY |
| 1:22-cv-00378-BLW<br>**Lee v. Warden Davis** | *Case filed:* 08/25/2022 | 96 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* IFP,LC6,PROSE |
| 1:22-cv-00379-BLW<br>**United States of America v. Leeds** | *Case filed:* 08/30/2022 | 91 | *Cause:* Civil Miscellaneous Case<br>*NOS:* 690 Forfeit/Penalty: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC17 |
| 1:22-cv-00380-BLW<br>**Evans v. Walgreens Boots Alliance, Inc. et al** | *Case filed:* 09/02/2022 | 88 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC10 |
| 1:22-cv-00383-DKG<br>**Quick v. Kijakazi** | *Case filed:* 09/08/2022 | 82 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC23,S/S |

| | | | |
|---|---|---|---|
| **1:22-cv-00387-DKG**<br>**Stanger v. State of Idaho** | *Case filed:* 09/12/2022 | 78 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* IFP,LC23,PROSE |
| **1:22-cv-00390-DCN**<br>**Hartford Fire Insurance Company et al v. Hecla Limited et al** | *Case filed:* 09/13/2022 | 77 | *Cause:* 28:1332 Diversity-Declaratory Judgement<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC20 |
| **1:22-cv-00391-DCN**<br>**Rush v. Idaho Department of Corrections** | *Case filed:* 09/12/2022 | 78 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,LC6,PROSE |
| **1:22-cv-00392-BLW**<br>**Floyd v. Idaho Department of Corrections et al** | *Case filed:* 09/14/2022 | 76 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* DSCREB,IFP,LC8,PROSE |
| **1:22-cv-00393-DCN-REP**<br>**Heath v. Commissioner of Social Security** | *Case filed:* 09/14/2022 | 76 | *Cause:* 42:405 Review of HHS Decision (DIWW)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* LC20,LCDG,RFPTRL,RFS/S,S/S |
| **1:22-cv-00394-CWD**<br>**Scroggins v. The State of Idaho et al** | *Case filed:* 09/12/2022 | 78 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* IFP,LC8,PROSE |
| **1:22-cv-00395-BLW**<br>**Fordemwalt v. Hydropoint Data Systems, Inc., et al.** | *Case filed:* 09/14/2022 | 76 | *Cause:* 28:1332 Diversity-Stockholders Suits<br>*NOS:* 160 Stockholders Suits<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC17 |

ER-2017

| | | | |
|---|---|---|---|
| 1:22-cv-00396-DCN<br>**Carr v. Christensen, et al.** | *Case filed:* 09/09/2022 | 81 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IFP,LC6,PROSE |
| 1:22-cv-00400-CWD<br>**Tait & Associates, Inc. v. Zimmerman et al** | *Case filed:* 09/21/2022 | 69 | *Cause:* 28:1332 Diversity-Property Damage<br>*NOS:* 380 Personal Property: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Candy W Dale<br>*Jury demand:* Both<br>*Case flags:* JURY,LC14 |
| 1:22-cv-00401-DCN<br>**Allen v. Valley et al** | *Case filed:* 09/21/2022 | 69 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IFP,LC6,PROSE |
| 1:22-cv-00402-BLW-REP<br>**Sanchez v. Commissioner of Social Security** | *Case filed:* 09/23/2022 | 67 | *Cause:* 42:405 Review of HHS Decision (DIWW)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* IFP,LC11,LC21,RFPTRL,RFS/S,S/S |
| 1:22-cv-00404-BLW<br>**Armfield v. Internal Revenue Service** | *Case filed:* 09/26/2022 | 64 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,LC6,PROSE |
| 1:22-cv-00408-DKG<br>**J.R. Simplot Company v. Del Toro** | *Case filed:* 09/27/2022 | 63 | *Cause:* 18:1836(b) Civil Action to Protect Trade Secrets<br>*NOS:* 880 Defend Trade Secrets Act (of 2016)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* LC22 |
| 1:22-cv-00409-REP<br>**M.H., et al. v. Jeppesen, et al.** | *Case filed:* 09/29/2022 | 61 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* LCDG |

| | | | |
|---|---|---|---|
| 1:22-cv-00410-REP<br>**Vold v. Kijakazi** | *Case filed:* 09/29/2022 | 61 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21,S/S |
| 1:22-cv-00411-REP<br>**The Satanic Temple v. Little et al** | *Case filed:* 09/30/2022 | 60 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* LCDG |
| 1:22-cv-00413-BLW<br>**Brink v. Parhiz** | *Case filed:* 09/30/2022 | 60 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* EFILE,IFP,LC6,PROSE |
| 1:22-cv-00414-DKG<br>**Woodbridge Pacific Group, LLC v. Red Butte, LLC** | *Case filed:* 09/30/2022 | 60 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* LC22 |
| 1:22-cv-00415-DCN<br>**Stonecipher v. Tewalt et al** | *Case filed:* 09/30/2022 | 60 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IFP,LC6,PROSE |
| 1:22-cv-00416-DCN<br>**Royal Plaza Master Owners Association, et al. v. The Travelers Indemnity Company, et al.** | *Case filed:* 10/04/2022 | 56 | *Cause:* 28:1332 Diversity-Insurance Contract<br>*NOS:* 110 Insurance<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC18,MEDIATION |
| 1:22-cv-00417-DCN<br>**Bell Semiconductor, LLC v. Micron Technology, Inc.** | *Case filed:* 10/05/2022 | 55 | *Cause:* 35:271 Patent Infringement<br>*NOS:* 830 Patent<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC12,PAT/TRD/COPY |
| 1:22-cv-00419- | *Case filed:* 10/06/2022 | 54 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus |

**ER-2019**

(45 of 152), Page 45 of 152 Case: 24-6697, 03/06/2025, DktEntry: 10.10, Page 45 of 152

11/29/22, 7:52 PM    Case 1:21-cv-00305-DCN    Document 60-15    CM/ECF LIVE - U.S. District Court:idd Filed 12/15/22    Page 44 of 74

| | | | |
|---|---|---|---|
| DCN<br>**Sullivan v. Kootenai County** | | | (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* IFP,LC8,PROSE |
| 1:22-cv-00420-DKG<br>**Figlietti v. Kijakazi** | *Case filed:* 10/06/2022 | 54 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,S/S |
| 1:22-cv-00422-DCN<br>**Madrid v. State of Idaho (Public Employees Retirement Systems of Idaho)** | *Case filed:* 10/07/2022 | 53 | *Cause:* 28:1983 Civil Rights<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC18,PROSE |
| 1:22-cv-00423-REP<br>**Thomas v. Wood River Drilling and Pump, Inc., et al.** | *Case filed:* 10/07/2022 | 53 | *Cause:* 29:201 Fair Labor Standards Act<br>*NOS:* 710 Labor: Fair Standards<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* LCDG |
| 1:22-cv-00424-CWD<br>**Flores v. Target Corporation, et al.** | *Case filed:* 10/11/2022 | 49 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Candy W Dale<br>*Jury demand:* Both<br>*Case flags:* JURY,LC14 |
| 1:22-cv-00425-DCN<br>**Ponce-Ulloa v. USA** | *Case filed:* 10/11/2022 | 49 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* INTERPRETER,LC9,M2255,PROSE |
| 1:22-cv-00427-BLW-REP<br>**Andersen v. Kijakazi** | *Case filed:* 10/11/2022 | 49 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* LC16,LCDG,RFPTRL,RFS/S,S/S |

**ER-2020**

| 1:22-cv-00428-BLW<br>**Andoe v. U.S. Secretary of State, et al.** | *Case filed:* 10/12/2022 | 48 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* IFP,LC6,LC8,PROSE |
| 1:22-cv-00429-BLW<br>**Maley et al v. Marlar** | *Case filed:* 10/12/2022 | 48 | *Cause:* 28:1332 Diversity-Auto Negligence<br>*NOS:* 350 Motor Vehicle<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC4 |
| 1:22-cv-00430-DCN<br>**BIGRENTZ, INC. v. KGM Enterprises, LLC** | *Case filed:* 10/13/2022 | 47 | *Cause:* 18:1836(b) Civil Action to Protect Trade Secrets<br>*NOS:* 880 Defend Trade Secrets Act (of 2016)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC9 |
| 1:22-cv-00432-BLW<br>**Gonzalez v. Neely** | *Case filed:* 10/18/2022 | 42 | *Cause:* 28:2241 Petition for Writ of Habeas Corpus<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC8,PROSE |
| 1:22-cv-00433-CWD<br>**Belcher v. Little, et al.** | *Case filed:* 10/14/2022 | 46 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* IFP,LC6,PROSE |
| 1:22-cv-00434-BLW<br>**Parlor v. USA** | *Case filed:* 10/07/2022 | 53 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC16 |
| 1:22-cv-00435-BLW<br>**Hayes v. IDOC, et al.** | *Case filed:* 10/21/2022 | 39 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill |

| | | | Jury demand: None |
| | | | Case flags: ARBITRATION,EFILE,LC8,PROSE |
| 1:22-cv-00438-DCN<br>**Bell Semiconductor, LLC v. Micron Technology, Inc.** | Case filed: 10/18/2022 | 42 | Cause: 35:271 Patent Infringement<br>NOS: 830 Patent<br>Office: Boise - Southern<br>Jurisdiction: Federal Question<br>Presider: David C. Nye<br>Jury demand: Plaintiff<br>Case flags: LC12,PAT,TRD/COPY |
| 1:22-cv-00442-BLW-DKG<br>**Heffernan v. Commissioner of Social Security** | Case filed: 10/21/2022 | 39 | Cause: 42:405 Review of HHS Decision (SSID)<br>NOS: 865 Social Security: RSI Tax Suits<br>Office: Boise - Southern<br>Jurisdiction: U.S. Government Defendant<br>Presider: B Lynn Winmill<br>Referral: Debora K Grasham<br>Jury demand: None<br>Case flags: LC17,LC22,RFPTRL,RFS/S,S/S |
| 1:22-cv-00443-BLW-DKG<br>**Godfrey v. Commissioner of Social Security** | Case filed: 10/24/2022 | 36 | Cause: 42:405 Review of HHS Decision (DIWW)<br>NOS: 863 Social Security: DIWC/DIWW<br>Office: Boise - Southern<br>Jurisdiction: U.S. Government Defendant<br>Presider: B Lynn Winmill<br>Referral: Debora K Grasham<br>Jury demand: None<br>Case flags: IFP,LC23,LC4,RFPTRL,RFS/S,S/S |
| 1:22-cv-00447-DCN<br>**Clyne v. Deputy Warden McKay et al** | Case filed: 10/24/2022 | 36 | Cause: 42:1983 Prisoner Civil Rights<br>NOS: 550 Prisoner: Civil Rights<br>Office: Boise - Southern<br>Jurisdiction: Federal Question<br>Presider: David C. Nye<br>Jury demand: Plaintiff<br>Case flags: EFILE,IFP,LC8,PROSE |
| 1:22-cv-00448-BLW<br>**Clyne v. Valley, et al.** | Case filed: 10/24/2022 | 36 | Cause: 42:1983 Prisoner Civil Rights<br>NOS: 550 Prisoner: Civil Rights<br>Office: Boise - Southern<br>Jurisdiction: Federal Question<br>Presider: B Lynn Winmill<br>Jury demand: Plaintiff<br>Case flags: IFP,LC8,PROSE |
| 1:22-cv-00449-DKG<br>**Florer v. Ford Motor Service Company Inc., et al.** | Case filed: 10/26/2022 | 34 | Cause: 28:1332 Diversity-Other Contract<br>NOS: 190 Contract: Other<br>Office: Boise - Southern<br>Jurisdiction: Diversity<br>Presider: Debora K Grasham<br>Jury demand: None<br>Case flags: LC23,PROSE |
| 1:22-cv-00451-DCN<br>**Stinson v. Young, et al.** | Case filed: 10/27/2022 | 33 | Cause: 28:2254 Petition for Writ of Habeas Corpus (State)<br>NOS: 530 Habeas Corpus (General)<br>Office: Boise - Southern<br>Jurisdiction: Federal Question |

**ER-2022**

| | | | |
|---|---|---|---|
| | | | *Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* EFILE,IFP,LC8,PROSE |
| 1:22-cv-00452-BLW<br>**Pizzuto v. Richardson** | *Case filed:* 10/28/2022 | 32 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 535 Death Penalty - Habeas Corpus<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* EFILE,LC8,PROSE |
| 1:22-cv-00453-REP<br>**Snow v. Kijakazi** | *Case filed:* 10/31/2022 | 29 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LCDG,S/S |
| 1:22-cv-00455-DCN<br>**Clyne v. Warden Valley** | *Case filed:* 11/01/2022 | 28 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* EFILE,IFP,LC8,PROSE |
| 1:22-cv-00456-BLW<br>**Storm v. Department of Corrections, et al.** | *Case filed:* 11/02/2022 | 27 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC8,PROSE |
| 1:22-cv-00459-DKG<br>**Crookedarm v. Tribal Courts** | *Case filed:* 11/07/2022 | 22 | *Cause:* 28:2241 Petition for Writ of Habeas Corpus<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* PROSE |
| 1:22-cv-00461-CWD<br>**Reines v. Kijakazi** | *Case filed:* 11/08/2022 | 21 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC13,S/S |
| 1:22-cv-00462-REP<br>**Miller v. Rio** | *Case filed:* 11/09/2022 | 20 | *Cause:* 28:1332 Diversity-Auto Negligence<br>*NOS:* 350 Motor Vehicle<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity |

| | | | |
|---|---|---|---|
| Rancho 2000, LLC, et al. | | | *Presider:* Raymond Edward Patrico, Jr.<br>*Jury demand:* Both<br>*Case flags:* LC21 |
| [1:22-cv-00465-DCN](#)<br>**Jensen, et al. v. J & S Transportation, et al.** | *Case filed:* 11/11/2022 | 18 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 350 Motor Vehicle<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC19 |
| [1:22-cv-00469-CWD](#)<br>**Belcher v. Eaton et al** | *Case filed:* 11/15/2022 | 14 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* IFP,LC6,PROSE |
| [1:22-cv-00471-DCN](#)<br>**United States of America v. 23 National Firearms Act Firearms Surrendered from Justin Youngblood** | *Case filed:* 11/16/2022 | 13 | *Cause:* Civil Miscellaneous Case<br>*NOS:* 690 Forfeit/Penalty: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC19 |
| [1:22-cv-00472-REP](#)<br>**Belcher v. Little et al** | *Case filed:* 11/15/2022 | 14 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patrico, Jr.<br>*Jury demand:* None<br>*Case flags:* EFILE,IFP,LC6,PROSE |
| [1:22-cv-00475-CWD](#)<br>**Denison's Publishing, Inc. v. Stay Alert Magazine LLC** | *Case filed:* 11/18/2022 | 11 | *Cause:* 15:1125 Trademark Infringement (Lanham Act)<br>*NOS:* 840 Trademark<br>*Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* LC13,PAT/TRD/COPY |
| [1:22-cv-00477-DKG](#)<br>**Pisa Land Holding, LLC v. Project Impact STEM Academy et al** | *Case filed:* 11/18/2022 | 11 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Boise - Southern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Plaintiff |
| [1:22-cv-00480-DCN](#) | *Case filed:* 11/18/2022 | 11 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights |

| | | | |
|---|---|---|---|
| **Clyne v. The Idaho Dept. of Corrections et al** | | | *Office:* Boise - Southern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* EFILE,IFP,LC8,PROSE |
| [2:21-cv-00073-DKG](#)<br>**Brainard, et al. v. City of Coeur d' Alene** | *Case filed:* 02/15/2021 | 652 | *Cause:* 28:1983 Civil Rights<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,LC23,PROTO,RFSETL |
| [2:21-cv-00075-DCN-DKG](#)<br>**Mitchell v. Saul** | *Case filed:* 02/17/2021 | 650 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC23,LC9,RFPTRL,RFS/S,S/S |
| [2:21-cv-00103-BLW](#)<br>**United States Securities and Exchange Commission v. Crypto Traders Management, LLC et al** | *Case filed:* 03/05/2021 | 634 | *Cause:* 15:77 Securities Fraud<br>*NOS:* 850 Securities/Commodities<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC4 |
| [2:21-cv-00116-BLW](#)<br>**Guler v. Crypto Traders Management, LLC, et al.** | *Case filed:* 03/11/2021 | 628 | *Cause:* 15:78m(a) Securities Exchange Act<br>*NOS:* 850 Securities/Commodities<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC4,STAYED |
| [2:21-cv-00127-MMB](#)<br>**Gargoyle Granite & Marble, Inc. v. Opustone, LLC et al** | *Case filed:* 03/18/2021 | 621 | *Cause:* 28:1331 Fed. Question: Interstate Commerce Act<br>*NOS:* 190 Contract: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* M Miller Baker<br>*Jury demand:* Both<br>*Case flags:* LC19 |
| [2:21-cv-00196-DCN-DKG](#)<br>**Matson v. Commissioner of Social Security** | *Case filed:* 05/04/2021 | 574 | *Cause:* 42:205 Denial Social Security Benefits<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC18,LC22,RFPTRL,RFS/S,S/S |

**ER-2025**

| | | | |
|---|---|---|---|
| 2:21-cv-00209-DCN<br>**Bunker Hill Mining Corporation v. Venzee Technologies Inc., et al.** | *Case filed:* 05/14/2021 | 564 | *Cause:* 42:6901 Environmental Cleanup Expenses<br>*NOS:* 893 Environmental Matters<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* CONSOL,LC12 |
| 2:21-cv-00220-JZ<br>**Gage v. Lead-Lok, Inc.** | *Case filed:* 05/20/2021 | 558 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* Jack Zouhary<br>*Settlement:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* LC20,RFSETL |
| 2:21-cv-00240-DCN<br>**Doe 6 v. Idaho State Elks Association, Inc.** | *Case filed:* 06/02/2021 | 545 | *Cause:* 28:1391 Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC20,STAYED |
| 2:21-cv-00244-BLW<br>**Alliance for the Wild Rockies v. United States Forest Service, et al.** | *Case filed:* 06/07/2021 | 540 | *Cause:* 05:702 Administrative Procedure Act<br>*NOS:* 893 Environmental Matters<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* APPEAL,LC10,PROTO,STAYED |
| 2:21-cv-00249-BLW<br>**Berbig et al v. U-Haul Co of Arizona et al** | *Case filed:* 06/09/2021 | 538 | *Cause:* 42:1396 Tort Negligence<br>*NOS:* 360 P.I.: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC17 |
| 2:21-cv-00272-BLW<br>**Sorensen, et al. v. Echo Rental Company, et al.** | *Case filed:* 06/24/2021 | 523 | *Cause:* 28:1332 Diversity-Airline Crash<br>*NOS:* 310 Airplane<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* CONSOL,LC11,LEAD |
| 2:21-cv-00273-BLW<br>**Jamestown Forestlands, LLC v. Horton et al** | *Case filed:* 06/25/2021 | 522 | *Cause:* 28:1332 Diversity-Declaratory Judgement<br>*NOS:* 290 Real Property: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill |

| | | | |
|---|---|---|---|
| | | | *Jury demand:* None<br>*Case flags:* LC17 |
| [2:21-cv-00299-CWD](#)<br>**Shepler v. Reliance Standard Life Insurance Company** | *Case filed:* 07/16/2021 | 501 | *Cause:* 29:1132 E.R.I.S.A.-Employee Benefits<br>*NOS:* 791 Labor: E.R.I.S.A.<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* Defendant<br>*Case flags:* CONMAG,LC13 |
| [2:21-cv-00310-DCN](#)<br>**Crescent Mine, LLC v. Bunker Hill Mining Corporation, et al.** | *Case filed:* 07/28/2021 | 489 | *Cause:* 42:9607 Real Property Tort to Land<br>*NOS:* 893 Environmental Matters<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC12,LEAD |
| [2:21-cv-00346-DKG](#)<br>**Bussey v. Wormuth** | *Case filed:* 08/24/2021 | 462 | *Cause:* 05:551 Administrative Procedure Act<br>*NOS:* 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,STAYED |
| [2:21-cv-00350-SEH](#)<br>**Hewlett v. Unum Life Insurance Company of America** | *Case filed:* 08/27/2021 | 459 | *Cause:* 29:1132 E.R.I.S.A.-Employee Benefits<br>*NOS:* 791 Labor: E.R.I.S.A.<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* Sam Ellis Haddon<br>*Jury demand:* None<br>*Case flags:* LC20 |
| [2:21-cv-00378-REP](#)<br>**Knapp v. KORE Power, Inc.** | *Case filed:* 09/20/2021 | 435 | *Cause:* 28:1332 Diversity-Other Contract<br>*NOS:* 190 Contract: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC21 |
| [2:21-cv-00400-BLW](#)<br>**Olsen v. Echo Rental Company et al** | *Case filed:* 10/07/2021 | 418 | *Cause:* 28:1332 Diversity-Airline Crash<br>*NOS:* 310 Airplane<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Defendant<br>*Case flags:* CONSOL,LC11 |
| [2:21-cv-00402-DKG](#)<br>**Fossen v. Idaho Forest Group SUAS LLC** | *Case filed:* 10/12/2021 | 413 | *Cause:* 42:12101 Americans with Disabilities Act<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity |

**ER-2027**

|  |  |  |  |
|---|---|---|---|
|  |  |  | *Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC22 |
| [2:21-cv-00418-REP](#)<br>**Robbins v. Commissioner of Social Security** | *Case filed:* 10/26/2021 | 399 | *Cause:* 42:205 Denial Social Security Benefits<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patrico, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC21,S/S |
| [2:21-cv-00428-DKG](#)<br>**Morrow v. Kootenai County Fire & Rescue, et al.** | *Case filed:* 11/01/2021 | 393 | *Cause:* 42:1983 Civil Rights (Employment Discrimination)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,LC22 |
| [2:21-cv-00433-REP](#)<br>**McFadden v. Commissioner of Social Security** | *Case filed:* 11/09/2021 | 385 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patrico, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,LCDG,S/S |
| [2:21-cv-00440-BLW](#)<br>**Fredrickson v. Echo Rental Company et al** | *Case filed:* 11/12/2021 | 382 | *Cause:* 28:1332 Diversity-Airline Crash<br>*NOS:* 310 Airplane<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* CONSOL,LC11 |
| [2:21-cv-00442-BLW](#)<br>**Fredrickson v. Echo Rental Company et al** | *Case filed:* 11/12/2021 | 382 | *Cause:* 28:1331 Fed. Question: Airline Crash<br>*NOS:* 310 Airplane<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* CONSOL,LC11 |
| [2:21-cv-00511-DCN-DKG](#)<br>**Dominguez v. Kijakazi** | *Case filed:* 12/22/2021 | 342 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:*<br>LC19,LC23,PROSE,RFPTRL,RFS/S,S/S |
| [2:22-cv-00003-CWD](#)<br>**Agne v. Kijakazi** | *Case filed:* 01/04/2022 | 329 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* CDA - Northern |

**ER-2028**

| | | | |
|---|---|---|---|
| | | | *Jurisdiction:* U.S. Government Defendant<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC13,S/S |
| [2:22-cv-00010-BLW-DKG](#)<br>**Lunde v. Commissioner of SSA** | *Case filed:* 01/10/2022 | 323 | *Cause:* 05:702 Administrative Procedure Act<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC23,LC4,RFPTRL,RFS/S,S/S |
| [2:22-cv-00012-CWD](#)<br>**Miller v. Commissioner of Social Security** | *Case filed:* 01/11/2022 | 322 | *Cause:* 42:416 Denial of Social Security Benefits<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC14,S/S |
| [2:22-cv-00039-BLW](#)<br>**Lozon v. USA** | *Case filed:* 01/28/2022 | 305 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC4,M2255,PROSE |
| [2:22-cv-00073-BLW](#)<br>**Harbor Wholesale Grocery Inc. v. Pooley, et al.** | *Case filed:* 02/18/2022 | 284 | *Cause:* 18:1836(b) Civil Action to Protect Trade Secrets<br>*NOS:* 880 Defend Trade Secrets Act (of 2016)<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Settlement:* Candy W Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* JURY,LC11,RFSETL |
| [2:22-cv-00074-BLW](#)<br>**St. John, et al. v. Kootenai County Idaho, et al.** | *Case filed:* 02/18/2022 | 284 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* JURY,LC11 |
| [2:22-cv-00121-BLW](#)<br>**Ludwig et al v. City of Pinehurst et al** | *Case filed:* 03/18/2022 | 256 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC17 |
| [2:22-cv-00127-](#) | *Case filed:* 03/24/2022 | 250 | *Cause:* 42:2000 Job Discrimination (Employment) |

| | | | |
|---|---|---|---|
| DCN-CWD<br>**Olson v. McDonough** | | | *NOS:* 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* LC12,LC13,PROSE |
| 2:22-cv-00142-CWD<br>**Wright v. Commissioner of Social Security** | *Case filed:* 03/31/2022 | 243 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC14,S/S |
| 2:22-cv-00185-DCN<br>**Rehms v. City of Post Falls Police Department, et al.** | *Case filed:* 04/26/2022 | 217 | *Cause:* 28:1983 Civil Rights<br>*NOS:* 440 Civil Rights: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Defendant<br>*Case flags:* LC19 |
| 2:22-cv-00199-BLW<br>**Cox v. Thie, et al.** | *Case filed:* 05/04/2022 | 209 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC17 |
| 2:22-cv-00203-DCN<br>**Wildish, et al. v. United States of America, et al.** | *Case filed:* 05/06/2022 | 207 | *Cause:* 28:1346 Recovery of IRS Tax<br>*NOS:* 870 Taxes<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC19,PROSE |
| 2:22-cv-00208-BLW<br>**Weldon, et al. v. Francis, et al.** | *Case filed:* 05/11/2022 | 202 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC16 |
| 2:22-cv-00215-DKG<br>**Hornby v. Glahe** | *Case filed:* 05/13/2022 | 200 | *Cause:* 28:1332 Diversity-Auto Negligence<br>*NOS:* 350 Motor Vehicle<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* LC23,MEDIATION |

**ER-2030**

| | | | |
|---|---|---|---|
| **2:22-cv-00241-BLW-REP**<br>**Howard v. Commissioner of Social Security** | *Case filed:* 06/06/2022 | 176 | *Cause:* 42:205 Denial Social Security Benefits<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* LC10,LCDG,RFPTRL,RFS/S,S/S |
| **2:22-cv-00243-BLW**<br>**Soto v. USA** | *Case filed:* 06/08/2022 | 174 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC11,M2255 |
| **2:22-cv-00250-DCN**<br>**H.F. Cox Inc dba Cox Petroleum Transport et al v. Engen et al** | *Case filed:* 06/17/2022 | 165 | *Cause:* Civil Miscellaneous Case<br>*NOS:* 110 Insurance<br>*Office:* CDA - Northern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC20,MEDIATION |
| **2:22-cv-00261-DCN-CWD**<br>**Glassburn v. Commissioner of Social Security** | *Case filed:* 06/24/2022 | 158 | *Cause:* 42:416 Denial of Social Security Benefits<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* IFP,LC13,LC19,RFPTRL,RFS/S,S/S |
| **2:22-cv-00270-DCN**<br>**Bauer v. Bonner County et al** | *Case filed:* 07/01/2022 | 151 | *Cause:* 28:1331 Fed. Question<br>*NOS:* 440 Civil Rights: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC20 |
| **2:22-cv-00316-DCN**<br>**Garner, et al. v. Baker** | *Case filed:* 07/25/2022 | 127 | *Cause:* 28:1331 Fed. Question<br>*NOS:* 290 Real Property: Other<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* IFP,LC18,PROSE |
| **2:22-cv-00349-BLW**<br>**Kochava, Inc. v. Federal Trade Commission** | *Case filed:* 08/12/2022 | 109 | *Cause:* 15:45 Federal Trade Commission Act<br>*NOS:* 890 Other Statutory Actions<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC16 |

| | | | |
|---|---|---|---|
| **2:22-cv-00353-REP** <br> **Tedder Industries, LLC v. Gunhide Properties, LLC** | *Case filed:* 08/15/2022 | 106 | *Cause:* 28:2201 Declaratory Judgment <br> *NOS:* 830 Patent <br> *Office:* CDA - Northern <br> *Jurisdiction:* Federal Question <br> *Presider:* Raymond Edward Patricco, Jr. <br> *Jury demand:* Plaintiff <br> *Case flags:* LCDG,PAT/TRD/COPY |
| **2:22-cv-00367-DCN** <br> **Stimson Lumber Company v. The Coeur d'Alene Tribe** | *Case filed:* 08/23/2022 | 98 | *Cause:* 28:1331 Fed. Question: Breach of Contract <br> *NOS:* 190 Contract: Other <br> *Office:* CDA - Northern <br> *Jurisdiction:* Federal Question <br> *Presider:* David C. Nye <br> *Jury demand:* None <br> *Case flags:* LC12 |
| **2:22-cv-00371-CWD** <br> **Center for Biological Diversity et al v. U.S. Fish and Wildlife Service et al** | *Case filed:* 08/25/2022 | 96 | *Cause:* 16:1538 Endangered Species Act <br> *NOS:* 893 Environmental Matters <br> *Office:* CDA - Northern <br> *Jurisdiction:* U.S. Government Defendant <br> *Presider:* Candy W Dale <br> *Jury demand:* None <br> *Case flags:* LC13,STAYED |
| **2:22-cv-00376-BLW** <br> **Moore, et al. v. The City of Bonners Ferry, et al.** | *Case filed:* 08/26/2022 | 95 | *Cause:* 42:1983 Civil Rights Act <br> *NOS:* 440 Civil Rights: Other <br> *Office:* CDA - Northern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* Both <br> *Case flags:* LC11 |
| **2:22-cv-00377-BLW** <br> **Federal Trade Commission v. Kochava, Inc.** | *Case filed:* 08/29/2022 | 92 | *Cause:* 15:45 Federal Trade Commission Act <br> *NOS:* 890 Other Statutory Actions <br> *Office:* CDA - Northern <br> *Jurisdiction:* U.S. Government Plaintiff <br> *Presider:* B Lynn Winmill <br> *Jury demand:* None <br> *Case flags:* LC16 |
| **2:22-cv-00385-DKG** <br> **WeFund4U, LLC v. Adrenaline Fundraising Association, et al.** | *Case filed:* 09/09/2022 | 81 | *Cause:* 28:1332 Diversity-Other Contract <br> *NOS:* 190 Contract: Other <br> *Office:* CDA - Northern <br> *Jurisdiction:* Diversity <br> *Presider:* Debora K Grasham <br> *Jury demand:* Defendant <br> *Case flags:* LC23,MEDIATION |
| **2:22-cv-00389-DCN** <br> **Schueler v. Four Squarebiz, LLC, et al.** | *Case filed:* 09/12/2022 | 78 | *Cause:* 28:1332 Diversity-Breach of Contract <br> *NOS:* 190 Contract: Other <br> *Office:* CDA - Northern <br> *Jurisdiction:* Diversity <br> *Presider:* David C. Nye <br> *Jury demand:* Plaintiff <br> *Case flags:* LC12 |
| **2:22-cv-00397-** | *Case filed:* 09/15/2022 | 75 | *Cause:* 28:1332 Diversity-Injunctive & Declaratory |

**ER-2032**

| | | | |
|---|---|---|---|
| **DCN** <br> **Rodgers et al v. Color Street LLC et al** | | | Relief <br> *NOS:* 896 Other Statutes: Arbitration <br> *Office:* CDA - Northern <br> *Jurisdiction:* Diversity <br> *Presider:* David C. Nye <br> *Jury demand:* Plaintiff <br> *Case flags:* LC19 |
| [2:22-cv-00399-DCN](#) <br> **Stubborn Mule LLC v. Grey Ghost Precision LLC et al** | *Case filed:* 09/16/2022 | 74 | *Cause:* 28:1330 Breach of Contract <br> *NOS:* 190 Contract: Other <br> *Office:* CDA - Northern <br> *Jurisdiction:* Diversity <br> *Presider:* David C. Nye <br> *Jury demand:* Defendant <br> *Case flags:* LC20 |
| [2:22-cv-00426-BLW](#) <br> **Smith v. Bangs, et al.** | *Case filed:* 10/11/2022 | 49 | *Cause:* 42:1983 Prisoner Civil Rights <br> *NOS:* 550 Prisoner: Civil Rights <br> *Office:* CDA - Northern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* Plaintiff <br> *Case flags:* LC8,PROSE |
| [2:22-cv-00436-CWD](#) <br> **Ascencio v. Commissioner of Social Security** | *Case filed:* 10/18/2022 | 42 | *Cause:* 42:205 Denial Social Security Benefits <br> *NOS:* 864 Social Security: SSID Tit. XVI <br> *Office:* CDA - Northern <br> *Jurisdiction:* U.S. Government Defendant <br> *Presider:* Candy W Dale <br> *Jury demand:* None <br> *Case flags:* CONMAG,LC14,S/S |
| [2:22-cv-00439-BLW](#) <br> **United States of America v. Gerke et al** | *Case filed:* 10/20/2022 | 40 | *Cause:* 28:1345 Trespass on Public Land <br> *NOS:* 240 Torts to Land <br> *Office:* CDA - Northern <br> *Jurisdiction:* U.S. Government Plaintiff <br> *Presider:* B Lynn Winmill <br> *Jury demand:* None <br> *Case flags:* LC10 |
| [2:22-cv-00445-BLW-CWD](#) <br> **McClain v. Commissioner of Social Security** | *Case filed:* 10/24/2022 | 36 | *Cause:* 42:206 Social Security Benefits <br> *NOS:* 863 Social Security: DIWC/DIWW <br> *Office:* CDA - Northern <br> *Jurisdiction:* U.S. Government Defendant <br> *Presider:* B Lynn Winmill <br> *Referral:* Candy W Dale <br> *Jury demand:* None <br> *Case flags:* LC10,LC13,RFPTRL,RFS/S |
| [2:22-cv-00446-BLW-CWD](#) <br> **Barnes v. Commissioner of Social Security** | *Case filed:* 10/24/2022 | 36 | *Cause:* 42:206 Social Security Benefits <br> *NOS:* 863 Social Security: DIWC/DIWW <br> *Office:* CDA - Northern <br> *Jurisdiction:* U.S. Government Defendant <br> *Presider:* B Lynn Winmill <br> *Referral:* Candy W Dale <br> *Jury demand:* None <br> *Case flags:* LC11,LC14,REFER,RFPTRL,RFS/S,S/S |

**ER-2033**

| | | | |
|---|---|---|---|
| **2:22-cv-00457-DKG**<br>**Swenson v. Commissioner of Social Security** | *Case filed:* 11/06/2022 | 23 | *Cause:* 42:205 Denial Social Security Benefits<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC23,S/S |
| **2:22-cv-00464-DKG**<br>**Young v. Rock Creek Idaho Holdings, L.L.C., et al.** | *Case filed:* 11/10/2022 | 19 | *Cause:* 15:77 Securities Fraud<br>*NOS:* 850 Securities/Commodities<br>*Office:* CDA - Northern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* Plaintiff<br>*Case flags:* LC22 |
| **2:22-cv-00473-DKG**<br>**Bauer v. Commissioner of Social Security** | *Case filed:* 11/17/2022 | 12 | *Cause:* 42:205 Denial Social Security Benefits<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* CDA - Northern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,IFP,LC23,S/S |
| **3:21-cv-00056-BLW**<br>**Friends of the Clearwater v. Probert et al** | *Case filed:* 02/04/2021 | 663 | *Cause:* 30:1201 Environment: Review of Agency Action<br>*NOS:* 893 Environmental Matters<br>*Office:* Moscow - Central<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC10 |
| **3:21-cv-00083-BLW**<br>**Kibble & Prentice Holding Company v. Tilleman** | *Case filed:* 02/18/2021 | 649 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC4,PROTO |
| **3:21-cv-00138-MCE**<br>**Rench et al v. Moscow et al** | *Case filed:* 03/24/2021 | 615 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* Morrison C England, Jr.<br>*Jury demand:* Both |
| **3:21-cv-00150-SEH**<br>**Sutton Salvage, LLC v. Muscatine Used Parts, Inc. et al** | *Case filed:* 04/01/2021 | 607 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Diversity<br>*Presider:* Sam Ellis Haddon<br>*Jury demand:* Both<br>*Case flags:* JURY,LC4 |
| **3:21-cv-00368-BLW** | *Case filed:* 09/14/2021 | 441 | *Cause:* 28:1331 Fed. Question: Breach of Contract<br>*NOS:* 190 Contract: Other |

| | | | |
|---|---|---|---|
| **Miller et al v. Cox et al** | | | *Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC10,PROSE |
| [3:21-cv-00470-BLW](#)<br>**Presley v. Echo Rental Company et al** | *Case filed:* 12/02/2021 | 362 | *Cause:* 28:1332 Diversity-Wrongful Death<br>*NOS:* 310 Airplane<br>*Office:* Moscow - Central<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* CONSOL,LC11 |
| [3:22-cv-00085-BLW](#)<br>**Cook v. ACRAnet, Inc.** | *Case filed:* 02/25/2022 | 277 | *Cause:* 15:1681 Fair Credit Reporting Act<br>*NOS:* 890 Other Statutory Actions<br>*Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC17,MEDIATION |
| [3:22-cv-00134-REP](#)<br>**Vincent v. CHS Inc.** | *Case filed:* 03/29/2022 | 245 | *Cause:* 05:704 Labor Litigation<br>*NOS:* 790 Labor: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Diversity<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC21,MEDIATION |
| [3:22-cv-00183-DCN](#)<br>**Perlot, et al. v. Green, et al.** | *Case filed:* 04/25/2022 | 218 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC19,PROTO |
| [3:22-cv-00186-DKG](#)<br>**Souther v. Taylor** | *Case filed:* 04/26/2022 | 217 | *Cause:* 28:1331 Fed. Question: Other Civil Rights<br>*NOS:* 230 Rent Lease & Ejectment<br>*Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* Defendant<br>*Case flags:* CONMAG,LC22,PROSE |
| [3:22-cv-00201-CWD](#)<br>**Forsberg v. Kijakazi** | *Case filed:* 05/06/2022 | 207 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Moscow - Central<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC13,S/S |
| [3:22-cv-00216-BLW](#)<br>**Zubillaga v. Bransford** | *Case filed:* 05/18/2022 | 195 | *Cause:* 28:1332 Diversity-(Citizenship)<br>*NOS:* 290 Real Property: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Diversity |

|  |  |  |  |
|---|---|---|---|
|  |  |  | *Presider:* B Lynn Winmill<br>*Settlement:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* LC16,MEDIATION,RFSETL |
| [3:22-cv-00221-DCN](#)<br>**Trappett, et al. v. Clearwater County, et al.** | *Case filed:* 05/24/2022 | 189 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 360 P.I.: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* JURY,LC19 |
| [3:22-cv-00229-REP](#)<br>**Cortes v. Idaho County et al** | *Case filed:* 05/31/2022 | 182 | *Cause:* 28:1983 Civil Rights<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Plaintiff<br>*Case flags:* APPEAL,LCDG,PROSE |
| [3:22-cv-00230-BLW](#)<br>**Stubbs v. Clearwater County et al** | *Case filed:* 05/31/2022 | 182 | *Cause:* 42:1981 Civil Rights<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC10 |
| [3:22-cv-00276-BLW](#)<br>**Presley v. DeAtley Crushing Company, et al.** | *Case filed:* 07/05/2022 | 147 | *Cause:* 28:1332 Diversity-Wrongful Death<br>*NOS:* 310 Airplane<br>*Office:* Moscow - Central<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC11 |
| [3:22-cv-00297-DCN](#)<br>**Ericsson v. Anderson, et al.** | *Case filed:* 07/18/2022 | 134 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC8,PROSE |
| [3:22-cv-00317-DCN](#)<br>**Martensen v. USA** | *Case filed:* 07/26/2022 | 126 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Moscow - Central<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC12,M2255,PROSE |
| [3:22-cv-00344-BLW](#)<br>**Knight, et al. v. American** | *Case filed:* 08/11/2022 | 110 | *Cause:* 28:1446 Petition for Removal<br>*NOS:* 110 Insurance<br>*Office:* Moscow - Central<br>*Jurisdiction:* Diversity |

| | | | |
|---|---|---|---|
| **Economy Insurance Company** | | | *Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC11 |
| [3:22-cv-00382-BLW](#)<br>**Gritman Medical Center, Inc. v. Beckman Coulter, Inc. et al** | *Case filed:* 09/07/2022<br>*Case reopened:* 09/09/2022 | 83 | *Cause:* 28:1441 Petition for Removal- Contract Dispute<br>*NOS:* 195 Contract Product Liability<br>*Office:* Moscow - Central<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* JURY,LC16 |
| [3:22-cv-00421-CWD](#)<br>**Wilson et al v. Moscow et al** | *Case filed:* 10/06/2022 | 54 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Moscow - Central<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* LC13 |
| [4:18-cv-00266-JMM](#)<br>**Boden v. Crop Production Services, Inc.** | *Case filed:* 06/11/2018<br>*Case closed:* 02/02/2021<br>*Case reopened:* 01/10/2022 | 323 | *Cause:* 42:12101 Americans with Disabilities Act<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* James M. Moody<br>*Jury demand:* Both |
| [4:19-cv-00112-DCN](#)<br>**Munden et al v. Stewart Title Guaranty Company et al** | *Case filed:* 04/04/2019<br>*Case closed:* 03/11/2020<br>*Case reopened:* 08/13/2021 | 473 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 110 Insurance<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC18,MEDIATION,REOPEN |
| [4:21-cv-00089-DCN](#)<br>**Barden v. Goodsell, et al.** | *Case filed:* 02/23/2021 | 644 | *Cause:* 18:1961 Racketeering (RICO) Act<br>*NOS:* 370 Other Fraud<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC20 |
| [4:21-cv-00096-DCN](#)<br>**North Wind Construction Services, LLC v. Campos EPC, LLC** | *Case filed:* 03/02/2021 | 637 | *Cause:* 28:1330 Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC12,MEDIATION,PROTO |
| [4:21-cv-00109-DKG](#)<br>**Humphreys Family Limited** | *Case filed:* 03/10/2021 | 629 | *Cause:* 28:2409(a) Quiet Title Action<br>*NOS:* 290 Real Property: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity |

| | | | |
|---|---|---|---|
| **Partnership, et al. v. United States of America** | | | *Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,STAYED |
| 4:21-cv-00110-DKG<br>**White Cloud Ranch LLC et al v. United States of America** | *Case filed:* 03/10/2021 | 629 | *Cause:* 28:2409(a) Quiet Title Action<br>*NOS:* 290 Real Property: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,STAYED |
| 4:21-cv-00135-DKG<br>**Rapp et al v. Fraley et al** | *Case filed:* 03/22/2021 | 617 | *Cause:* 28:1332 Diversity-Auto Negligence<br>*NOS:* 350 Motor Vehicle<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* CONMAG,JURY,LC23,MEDIATION |
| 4:21-cv-00136-DCN<br>**Platt, et al. v Eastern Idaho Health Services, Inc., et al.** | *Case filed:* 03/22/2021 | 617 | *Cause:* 28:1332 Diversity-Medical Malpractice<br>*NOS:* 362 Personal Inj. Med. Malpractice<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC12,MEDIATION |
| 4:21-cv-00137-CWD<br>**Heyrend v. Badger Medical, P.A.** | *Case filed:* 03/22/2021 | 617 | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Settlement:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,JURY,LC13,RFSETL |
| 4:21-cv-00182-BLW<br>**Center for Biological Diversity et al v. United States Bureau of Land Management et al** | *Case filed:* 04/27/2021 | 581 | *Cause:* 42:4321 Review of Agency Action-Environment<br>*NOS:* 893 Environmental Matters<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC10 |
| 4:21-cv-00227-DKG<br>**Lee, et al. v. Kim, et al.** | *Case filed:* 05/25/2021 | 553 | *Cause:* 28:1332 Diversity-Tort/Motor Vehicle (P.I.)<br>*NOS:* 350 Motor Vehicle<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC23 |
| 4:21-cv-00230-CRK | *Case filed:* 05/26/2021 | 552 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 442 Civil Rights: Jobs |

**ER-2038**

| | | | |
|---|---|---|---|
| **Moore v. Battelle Energy Alliance, LLC** | | | *Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Claire R Kelly<br>*Jury demand:* Plaintiff |
| [4:21-cv-00233-DCN](#)<br>**Key et al v. US GreenFiber, LLC et al** | *Case filed:* 06/01/2021 | 546 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 365 Personal Inj. Prod. Liability<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC12,PROTO |
| [4:21-cv-00263-DCN](#)<br>**Eagle Rock Timber, Inc. v. Carothers Construction Inc., et al.** | *Case filed:* 06/18/2021 | 529 | *Cause:* 28:1346 Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* JURY,LC20,STAYED |
| [4:21-cv-00270-BLW](#)<br>**Martinez v. Walmart Stores Inc et al** | *Case filed:* 06/24/2021 | 523 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Defendant<br>*Case flags:* JURY,LC17 |
| [4:21-cv-00294-DCN-CWD](#)<br>**Wallace v. Saul** | *Case filed:* 07/13/2021<br>*Case closed:* 04/08/2022<br>*Case reopened:* 05/25/2022 | 188 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* LC14,LC18,PROSE,REOPEN,RFPTRL,RFS/S,S/S |
| [4:21-cv-00325-DCN](#)<br>**Ish v. USA** | *Case filed:* 08/12/2021 | 474 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC19 |
| [4:21-cv-00331-BLW-DKG](#)<br>**Alatorre v. Commissioner of Social Security** | *Case filed:* 08/23/2021 | 463 | *Cause:* 42:405 Review of HHS Decision (DIWW)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC10,LC23,RFPTRL,RFS/S,S/S |
| [4:21-cv-00345-](#) | *Case filed:* 08/24/2021 | 462 | *Cause:* 42:2000 Job Discrimination (Sex) |

| | | | |
|---|---|---|---|
| BLW<br>**Yeaman v. City of Burley, et al.** | | | *NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC16,MEDIATION |
| 4:21-cv-00348-BLW<br>**Cuthbert v. USA** | *Case filed:* 08/26/2021 | 460 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC11,M2255,PROSE |
| 4:21-cv-00353-BLW-CWD<br>**Stoutmeyer v. Saul** | *Case filed:* 08/30/2021 | 456 | *Cause:* 42:205 Denial Social Security Benefits<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* IFP,LC13,LC17,RFPTRL,RFS/S,S/S |
| 4:21-cv-00364-DCN<br>**Pherigo v. City of Burley** | *Case filed:* 09/10/2021 | 445 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC18,MEDIATION |
| 4:21-cv-00374-BLW<br>**Seals v. Watsons Incorporated, et al.** | *Case filed:* 09/16/2021 | 439 | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC4 |
| 4:21-cv-00379-DCN<br>**Jackman v. City of Pocatello et al** | *Case filed:* 09/20/2021 | 435 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Defendant<br>*Case flags:* LC12 |
| 4:21-cv-00405-BLW-DKG<br>**Stewart v. Kijakazi** | *Case filed:* 10/15/2021 | 410 | *Cause:* 42:205 Denial Social Security Benefits<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC16,LC23,RFPTRL,RFS/S,S/S |

| | | | |
|---|---|---|---|
| 4:21-cv-00420-WGY <br> **Precise Innovations, LLC v. Aerospace Engineering & Support, Inc., et al.** | *Case filed:* 10/27/2021 | 398 | *Cause:* 28:1332 Diversity-Contract Dispute <br> *NOS:* 190 Contract: Other <br> *Office:* Pocatello - Eastern <br> *Jurisdiction:* Diversity <br> *Presider:* William G Young <br> *Jury demand:* None <br> *Case flags:* LC4 |
| 4:21-cv-00430-DCN <br> **Smith v. USA** | *Case filed:* 11/01/2021 | 393 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal) <br> *NOS:* 510 Prisoner: Vacate Sentence <br> *Office:* Pocatello - Eastern <br> *Jurisdiction:* U.S. Government Defendant <br> *Presider:* David C. Nye <br> *Jury demand:* None <br> *Case flags:* LC9,M2255,PROSE |
| 4:21-cv-00432-DCN <br> **Perez v. Jefferson County et al** | *Case filed:* 11/08/2021 | 386 | *Cause:* 42:1983 Civil Rights Act <br> *NOS:* 440 Civil Rights: Other <br> *Office:* Pocatello - Eastern <br> *Jurisdiction:* Federal Question <br> *Presider:* David C. Nye <br> *Jury demand:* Both <br> *Case flags:* LC18 |
| 4:21-cv-00438-BLW <br> **Johnson, et al. v. City of Idaho Falls, Idaho, et al.** | *Case filed:* 11/11/2021 | 383 | *Cause:* 42:1983 Civil Rights Act <br> *NOS:* 890 Other Statutory Actions <br> *Office:* Pocatello - Eastern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* None <br> *Case flags:* LC17 |
| 4:21-cv-00466-BLW <br> **Le v. Solar Nails and Spa, LLC, et al.** | *Case filed:* 12/01/2021 | 363 | *Cause:* 29:206 Collect Unpaid Wages <br> *NOS:* 710 Labor: Fair Standards <br> *Office:* Pocatello - Eastern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* None <br> *Case flags:* LC10 |
| 4:21-cv-00483-BLW <br> **Human Dynamics and Diagnostics, LLC v. Hernandez** | *Case filed:* 12/06/2021 | 358 | *Cause:* 28:1331 Fed. Question: Fair Labor Standards <br> *NOS:* 710 Labor: Fair Standards <br> *Office:* Pocatello - Eastern <br> *Jurisdiction:* Federal Question <br> *Presider:* B Lynn Winmill <br> *Jury demand:* Both <br> *Case flags:* LC11 |
| 4:21-cv-00491-DCN <br> **Krahn v. Cranney, et al.** | *Case filed:* 12/10/2021 | 354 | *Cause:* 42:3601 Fair Housing Act <br> *NOS:* 443 Civil Rights: Accommodations <br> *Office:* Pocatello - Eastern <br> *Jurisdiction:* Federal Question <br> *Presider:* David C. Nye |

**ER-2041**

| | | | *Jury demand:* Plaintiff<br>*Case flags:* LC9 |
|---|---|---|---|
| [4:21-cv-00495-BLW-REP](#)<br>**Warner v. Commissioner of Social Security** | *Case filed:* 12/14/2021 | 350 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Referral:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* LC16,LCDG,RFPTRL,S/S |
| [4:21-cv-00496-DCN](#)<br>**Sentry Select Insurance Company v. Skiers Choice, Inc., et al.** | *Case filed:* 12/15/2021 | 349 | *Cause:* 28:1446 Petition for Removal- Product Liability<br>*NOS:* 385 Prop. Damage Prod. Liability<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* JURY,LC12,MEDIATION,PROTO |
| [4:21-cv-00510-BLW](#)<br>**Do v. Basic American, Inc.** | *Case filed:* 12/22/2021 | 342 | *Cause:* 28:451 Employment Discrimination<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC16,PROTO |
| [4:21-cv-00517-DCN](#)<br>**Van Horn v. Bannock County Jail, et al.** | *Case filed:* 12/30/2021 | 334 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,LC8,PROSE |
| [4:21-cv-00520-DCN](#)<br>**Martinez v. Palmer** | *Case filed:* 12/31/2021 | 333 | *Cause:* 28:1331 Fed. Question<br>*NOS:* 890 Other Statutory Actions<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC20 |
| [4:22-cv-00009-CWD](#)<br>**Akal Energy LLC v. Brad Hall & Associates, Inc** | *Case filed:* 01/07/2022 | 326 | *Cause:* 15:2801 Petroleum Marketing Practices Act<br>*NOS:* 890 Other Statutory Actions<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W. Dale<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC13,PROTO |
| [4:22-cv-00022-DCN](#)<br>**Thomason v. LSF10 Master** | *Case filed:* 01/13/2022 | 320 | *Cause:* 28:158 Notice of Appeal re Bankruptcy Matter (BAP)<br>*NOS:* 422 Bankruptcy Appeal (801)<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question |

**ER-2042**

| | | | |
|---|---|---|---|
| **Participation Trust** | | | *Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* APPEAL,BKAPPEAL,LC18,PROSE,STAYBK |
| 4:22-cv-00054-DCN-REP<br>**Chaney v. Commissioner of Social Security** | *Case filed:* 02/08/2022 | 294 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* LC18,LC21,RFPTRL,RFS/S,S/S |
| 4:22-cv-00057-REP<br>**Stanfield v. Clement** | *Case filed:* 02/10/2022 | 292 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,IRDONE,LC8 |
| 4:22-cv-00063-DKG<br>**Ferguson v. State of Idaho, et al.** | *Case filed:* 02/16/2022 | 286 | *Cause:* 28:2254 Petition for Writ of Habeas Corpus (State)<br>*NOS:* 530 Habeas Corpus (General)<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,IRDONE,LC6,PROSE |
| 4:22-cv-00065-DCN<br>**Stoddart v. Jolley, et al.** | *Case filed:* 02/16/2022 | 286 | *Cause:* 28:1331 Fed. Question: Other Civil Rights<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC19,MEDIATION,PROSE |
| 4:22-cv-00076-REP<br>**Houser v. Carter, et al.** | *Case filed:* 02/18/2022 | 284 | *Cause:* 28:1983 Civil Rights<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC21,LC6,PROSE |
| 4:22-cv-00119-DKG<br>**Nelson v. Commissioner of Social Security** | *Case filed:* 03/17/2022 | 257 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC23,S/S |
| 4:22-cv-00147-BLW | *Case filed:* 04/04/2022 | 239 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal) |

**ER-2043**

| | | | |
|---|---|---|---|
| **Casildo v. USA** | | | *NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC11,M2255,PROSE |
| 4:22-cv-00148-CWD<br>**Jones v. Dollar Cuts, Inc. et al** | *Case filed:* 04/04/2022 | 239 | *Cause:* 28:1331 Fed. Question: Employment Discrimination<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* CONMAG,LC14 |
| 4:22-cv-00180-BLW<br>**Tornabene v. City of Blackfoot** | *Case filed:* 04/22/2022 | 221 | *Cause:* 42:12101 Americans with Disabilities Act<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* JURY,LC4 |
| 4:22-cv-00187-DCN<br>**Byrd v. Diversified Recovery Bureau LLC** | *Case filed:* 04/25/2022<br>*Case reopened:* 04/26/2022 | 218 | *Cause:* 15:1692 Fair Debt Collection Act<br>*NOS:* 480 Consumer Credit<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC12 |
| 4:22-cv-00210-DCN-CWD<br>**Schaar v. Commissioner of Social Security** | *Case filed:* 05/12/2022 | 201 | *Cause:* 42:405 Review of HHS Decision (DIWC)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* LC14,LC20,RFPTRL,RFS/S,S/S |
| 4:22-cv-00212-DCN<br>**Graf, et al. v. Christensen** | *Case filed:* 05/12/2022 | 201 | *Cause:* 28:2201 Declaratory Judgment<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC18 |
| 4:22-cv-00218-BLW<br>**Irvine v. Cook, et al.** | *Case filed:* 05/20/2022 | 193 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Both<br>*Case flags:* LC4 |

**ER-2044**

| | | | |
|---|---|---|---|
| 4:22-cv-00234-CWD **Taylor v. Commissioner of Social Security** | *Case filed:* 06/02/2022 | 180 | *Cause:* 42:405 Review of HHS Decision (DIWC) *NOS:* 863 Social Security: DIWC/DIWW *Office:* Pocatello - Eastern *Jurisdiction:* U.S. Government Defendant *Presider:* Candy W Dale *Jury demand:* None *Case flags:* CONMAG,LC14,S/S |
| 4:22-cv-00235-BLW **Gordon v. Nicoll** | *Case filed:* 06/02/2022 | 180 | *Cause:* 28:1332 Diversity-Breach of Contract *NOS:* 190 Contract: Other *Office:* Pocatello - Eastern *Jurisdiction:* Diversity *Presider:* B Lynn Winmill *Jury demand:* None *Case flags:* LC10 |
| 4:22-cv-00242-CWD **Wurtz v. Kiewit Mining Group, Inc.** | *Case filed:* 06/07/2022 | 175 | *Cause:* 42:12101 Americans with Disabilities Act *NOS:* 445 Civil Rights: Americans with Disabilities - Employment *Office:* Pocatello - Eastern *Jurisdiction:* Federal Question *Presider:* Candy W Dale *Jury demand:* Plaintiff *Case flags:* CONMAG,JURY,LC14 |
| 4:22-cv-00254-DCN-CWD **Peterson v. Commissioner of Social Security** | *Case filed:* 06/20/2022 | 162 | *Cause:* 42:405 Review of HHS Decision (SSID) *NOS:* 864 Social Security: SSID Tit. XVI *Office:* Pocatello - Eastern *Jurisdiction:* U.S. Government Defendant *Presider:* David C. Nye *Referral:* Candy W Dale *Jury demand:* None *Case flags:* LC14,LC18,REFER,RFPTRL,RFS/S,S/S |
| 4:22-cv-00255-BLW-REP **Robinson v. Commissioner of Social Security** | *Case filed:* 06/22/2022 | 160 | *Cause:* 42:405 Review of HHS Decision (DIWC) *NOS:* 863 Social Security: DIWC/DIWW *Office:* Pocatello - Eastern *Jurisdiction:* U.S. Government Defendant *Presider:* B Lynn Winmill *Referral:* Raymond Edward Patricco, Jr. *Jury demand:* None *Case flags:* LC17,LCDG,RFPTRL,RFS/S,S/S |
| 4:22-cv-00264-DCN **Broadcast Music, Inc., et al. v. The Green Triangle, LLC, et al.** | *Case filed:* 06/27/2022 | 155 | *Cause:* 17:101 Copyright Infringement *NOS:* 820 Copyright *Office:* Pocatello - Eastern *Jurisdiction:* Federal Question *Presider:* David C. Nye *Jury demand:* Defendant *Case flags:* LC18,PAT/TRD/COPY |
| 4:22-cv-00268-CRK **TCR, LLC v. Teton County** | *Case filed:* 06/28/2022 | 154 | *Cause:* 42:1983 Civil Rights Act *NOS:* 190 Contract: Other *Office:* Pocatello - Eastern *Jurisdiction:* Federal Question |

|  |  |  | *Presider:* Claire R Kelly<br>*Jury demand:* Both |
|---|---|---|---|
| 4:22-cv-00302-REP<br>**Bell v. Aberdeen-Springfield Canal Company** | *Case filed:* 07/20/2022 | 132 | *Cause:* 42:12101 Americans with Disabilities Act<br>*NOS:* 445 Civil Rights: Americans with Disabilities - Employment<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Both<br>*Case flags:* LC21 |
| 4:22-cv-00307-BLW<br>**TB Holding Company LLC v. J&S Siding** | *Case filed:* 07/21/2022 | 131 | *Cause:* 35:145 Patent Infringement<br>*NOS:* 830 Patent<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC16,PAT/TRD/COPY |
| 4:22-cv-00313-DCN<br>**Sheeler v. Eldridge, et al.** | *Case filed:* 07/22/2022 | 130 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Both<br>*Case flags:* LC19 |
| 4:22-cv-00326-DCN<br>**Tuttle v. Pocatello Police Department, et al.** | *Case filed:* 08/01/2022 | 120 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IRDONE,LC12,PROSE |
| 4:22-cv-00348-DCN<br>**Barney v Busch Agricultural Resources, LLC** | *Case filed:* 08/12/2022 | 109 | *Cause:* 29:623 Job Discrimination (Age)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* JURY,LC12 |
| 4:22-cv-00356-DCN<br>**Diggie v. USA** | *Case filed:* 08/15/2022 | 106 | *Cause:* 28:2255 Petition for Writ of Habeas Corpus (Federal)<br>*NOS:* 510 Prisoner: Vacate Sentence<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* None<br>*Case flags:* LC12,M2255,PROSE |
| 4:22-cv-00357-CWD<br>**Kappel v. Big Lots Stores PNS, LLC, et al.** | *Case filed:* 08/16/2022 | 105 | *Cause:* 28:1446 Petition for Removal- Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity |

| | | | |
|---|---|---|---|
| | | | *Presider:* Candy W Dale<br>*Settlement:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC13,RFSETL |
| [4:22-cv-00360-DCN](#)<br>**Wilson v. Sepla, et al.** | *Case filed:* 08/17/2022 | 104 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,LC12,PROSE |
| [4:22-cv-00364-DKG](#)<br>**Ames v. Bonneville Joint School District 93, et al.** | *Case filed:* 08/22/2022 | 99 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* CONMAG,LC22 |
| [4:22-cv-00366-CWD](#)<br>**Burch v. City of Chubbuck, et al.** | *Case filed:* 08/23/2022 | 98 | *Cause:* 42:1983 Civil Rights (Employment Discrimination)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* Both<br>*Case flags:* JURY,LC14 |
| [4:22-cv-00381-CWD](#)<br>**Peck v. United Parcel Service, Inc.** | *Case filed:* 09/06/2022 | 84 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Candy W Dale<br>*Jury demand:* Plaintiff<br>*Case flags:* JURY,LC13 |
| [4:22-cv-00384-BLW](#)<br>**EcoWater Systems LLC v. Poole Soft Water & Refrigeration Co., et al.** | *Case filed:* 09/08/2022 | 82 | *Cause:* 28:1338 Trademark Infringement<br>*NOS:* 840 Trademark<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC4 |
| [4:22-cv-00398-BLW](#)<br>**Walsh v. Lava Hot Springs Inn, LLC et al** | *Case filed:* 09/16/2022 | 74 | *Cause:* 29:201 Fair Labor Standards Act<br>*NOS:* 710 Labor: Fair Standards<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* LC17 |
| [4:22-cv-00403-BLW](#)<br>**Puckett v. Granite** | *Case filed:* 09/23/2022 | 67 | *Cause:* 29:201 Fair Labor Standards Act<br>*NOS:* 710 Labor: Fair Standards<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question |

| | | | |
|---|---|---|---|
| **Designs, LLC, et al.** | | | *Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff<br>*Case flags:* LC4 |
| 4:22-cv-00406-BLW<br>**Ellis v. Teton Springs Operations LLC** | *Case filed:* 09/26/2022 | 64 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill<br>*Jury demand:* None<br>*Case flags:* IFP,LC16,PROSE |
| 4:22-cv-00407-DCN<br>**Clements v. Pocatello Police Department et al** | *Case filed:* 09/26/2022 | 64 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* IFP,LC9,PROSE |
| 4:22-cv-00412-DKG<br>**Walker v. Commissioner of Social Security** | *Case filed:* 09/30/2022 | 60 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 865 Social Security: RSI Tax Suits<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,S/S |
| 4:22-cv-00418-DCN<br>**Culbertson v. Builders Firstsource Inc et al** | *Case filed:* 10/06/2022 | 54 | *Cause:* 42:1983 Civil Rights Act<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* David C. Nye<br>*Jury demand:* Plaintiff<br>*Case flags:* LC12 |
| 4:22-cv-00431-DCN-DKG<br>**Perry v. Kijakazi** | *Case filed:* 10/14/2022 | 46 | *Cause:* 42:205 Denial Social Security Benefits<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* LC19,LC23,RFPTRL,RFS/S,S/S |
| 4:22-cv-00440-DCN-CWD<br>**Arthur v. Kijakazi** | *Case filed:* 10/20/2022 | 40 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* David C. Nye<br>*Referral:* Candy W Dale<br>*Jury demand:* None<br>*Case flags:* LC14,LC20,PROSE,RFPTRL,RFS/S,S/S |
| 4:22-cv-00441-DKG<br>**Cleveland v.** | *Case filed:* 10/20/2022 | 40 | *Cause:* 28:1332 Diversity-Personal Injury<br>*NOS:* 360 P.I.: Other<br>*Office:* Pocatello - Eastern |

**ER-2048**

| | | | |
|---|---|---|---|
| **Costco Wholesale Corporation** | | | *Jurisdiction:* Diversity<br>*Presider:* Debora K Grasham<br>*Jury demand:* Both<br>*Case flags:* LC23 |
| [4:22-cv-00444-REP](#)<br>**United States of America v. City of Driggs, Idaho, et al,** | *Case filed:* 10/24/2022 | 36 | *Cause:* 33:1319 Clean Water Act<br>*NOS:* 893 Environmental Matters<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Plaintiff<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* LC21,STAYED |
| [4:22-cv-00450-DKG](#)<br>**Merrill v. Commissioner of Social Security** | *Case filed:* 10/27/2022 | 33 | *Cause:* 42:405 Review of HHS Decision (SSID)<br>*NOS:* 864 Social Security: SSID Tit. XVI<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Debora K Grasham<br>*Jury demand:* None<br>*Case flags:* CONMAG,LC22,S/S |
| [4:22-cv-00454-REP](#)<br>**City Pass, Inc. v. Go City North America, LLC, et al.** | *Case filed:* 10/31/2022 | 29 | *Cause:* 15:1114 Trademark Infringement<br>*NOS:* 840 Trademark<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Plaintiff<br>*Case flags:* LC21,PAT/TRD/COPY |
| [4:22-cv-00460-REP](#)<br>**Merritt v. Commissioner of Social Security** | *Case filed:* 11/08/2022 | 21 | *Cause:* 42:405 Review of HHS Decision (DIWW)<br>*NOS:* 863 Social Security: DIWC/DIWW<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* U.S. Government Defendant<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* None<br>*Case flags:* CONMAG,S/S |
| [4:22-cv-00467-BLW](#)<br>**Jimenez v. HemaTerra Technologies, LLC et al** | *Case filed:* 11/14/2022 | 15 | *Cause:* 28:1332 Diversity-Breach of Contract<br>*NOS:* 190 Contract: Other<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Diversity<br>*Presider:* B Lynn Winmill<br>*Jury demand:* Plaintiff |
| [4:22-cv-00468-REP](#)<br>**Green v. Amy's Kitchen, Inc.** | *Case filed:* 11/15/2022 | 14 | *Cause:* 42:2000 Job Discrimination (Employment)<br>*NOS:* 442 Civil Rights: Jobs<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* Raymond Edward Patricco, Jr.<br>*Jury demand:* Both<br>*Case flags:* LC21 |
| [4:22-cv-00476-BLW](#)<br>**Breier et al v. Mini Cassia County Jail** | *Case filed:* 11/16/2022 | 13 | *Cause:* 42:1983 Prisoner Civil Rights<br>*NOS:* 550 Prisoner: Civil Rights<br>*Office:* Pocatello - Eastern<br>*Jurisdiction:* Federal Question<br>*Presider:* B Lynn Winmill |

**ER-2049**

| | | *Jury demand:* None |
| | | *Case flags:* IFP,PROSE |

**Total number of cases reported:** 498

## Selection Criteria for Report

| | |
|---|---|
| **Office** | All |
| **Case Type** | cv |
| **Nature of Suit** | All |
| **Cause** | All |
| **Jurisdiction** | All |
| **JPML** | All |
| **Filed Date** | 1/1/2021 - 11/18/2022 |
| **Case Flags** | All |
| **Terminal Digits** | All |
| **Open Cases** | Yes |
| **Closed Cases** | No |
| **Sort by** | case number |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/29/2022 19:51:23 | | | |
| **PACER Login:** | MollyMitch47 | **Client Code:** | |
| **Description:** | Civil Cases Report | **Search Criteria:** | Filed From: 1/1/2021 Filed To: 11/18/2022 |
| **Billable Pages:** | 130 | **Cost:** | 13.00 |

# EXHIBIT M



State of
# IDAHO
## JUDICIAL BRANCH

# IDAHO COURT OPERATIONS MANUAL

## Statewide Standard Idaho Court Processes

1

ER-2052

# Idaho Court Operations Manual
# Statewide Standard Idaho Court Processes

This manual includes published statewide court processes related to court operations and their execution in the Odyssey electronic case management system.

Court processes have been compiled into this manual to make their access easier and faster; in addition to step-by-step instructions, information includes explanations supporting mandatory steps, notes highlighting best practices and options for greater efficiencies, and cautions and warnings to prevent inaccuracies or omissions related to certain requirements.

Please read the user guide below for instructions for easily navigating the manual; if you have any questions or suggestions, please contact CourtQuestions@idcourts.net.

The use of this manual is intended for Idaho court personnel and may not be shared with anyone who is not employed by the Idaho Supreme Court or by an Idaho county in a designated court role.

## Manual User Guide

**Hyperlinks**   Hyperlinks – which show up in blue text - are embedded throughout the manual to facilitate easy navigation between related sections.

In the Table of Contents, each topic area contains two hyperlinks: one on the topic title, and one on the page number:

1.1.  Civil Cases
       What Happens in a Civil Case ................................................................10

**Call-outs**   Certain icons are used to note important information:

🟢   Tips, ideas, and helpful information

⚠️   Important information, usually a caution

🔴   Critical information, including requirements and warnings

**Ctrl+Home**   To jump to the start of the manual, enter Ctrl+Home

**Search**   Use standard PDF search methods to quickly find all references to the word or phrase entered in the search field:

Click on the icon in the upper menu to open the search window:

2

Alternatively, enter "Ctrl+F" to open the search window.

**Customize your downloaded manual**

You can add your own notes to the PDF by selecting the "Add Text" functionality in the upper menu. If you are adding notes to a PDF you have downloaded to your desktop, those notes will appear only on your copy. Please note that when you download the next month's updated manual, the updated manual will not contain any notes you made in earlier manuals. You can archive any customized versions of the manual on your system.



**Effective date**

Court processes can change due to new or revised court rules, statutes, and regulations, continuous process improvements, and updated system functionality. If you need to contact CourtQuestions@idcourts.net or Service@idcourts.net for assistance with one of these processes, please be sure to share the date on the bottom of the page: this will confirm whether you are referring to the current version of the process.



FOR INTERNAL USE ONLY
JANUARY, 2021    *Questions?* CourtQuestions@idcourts.net    182

The manual will be updated and published monthly (the monthly Education Update will list all significant changes made in the update). The updated manual will be available in Bridge (to access Bridge, click on this link or go to www.isc.bridgeapp.com).

3

**ER-2054**

You may download the manual PDF to your desktop for immediate
access and to take advantage of the ability to add your own notes.

*** The *Navigator User Guide* – which includes instructions on using functionality
introduced with the deployment of Navigator on January 19, 2021 – can be found here.
This information includes Favorites, Jobs, Messages, Tasks, Annotations, Financials, and
Keyboard Shortcuts. ***

of Contents

4

.................. **18**

............................ 18

............................ 19

............................ 20

............................ 23

............................ 24

.................. **26**

............................ 26

............................ 28

............................ 29

............................ 38

............................ 39

**ONAL ETHICS**

.................. **40**

............................ 41

............................ 42

**ded** .................... 43

............................ 45

.................. **49**

............................ 49

............................ 54

............................ 57

............................ 59

............................ 64

............................ 65

.................. **70**

............................ 70

............................ 71

.................. **72**

............................ 72

............................ 74

............................ 76

............................ 79

.................82

.................89

.................91

.................94

.................96

.................98

................113

................114

................119

................120

................121

................131

................141

................144

................146

................148

................153

................154

................155

................158

................160

................162

................163

................165

................167

................167

................171

................173

................174

................178

................178

................181

................183

................183

.................191

.................195

.................198

.................200

...........202

.................202

.................206

.................209

.................213

.................215

.................216

.................218

...........219

.................219

.................221

.................224

.................226

.................227

.................236

.................238

.................240

.................242

.................246

.................248

.................250

.................251

.................255

.................257

.................261

.................274

.................278

.................280

.................281

.................285

.................. 288
.................. 289
.................. 290
.................. 295
.................. 296
.................. 303
.................. 307
.................. 309
.................. 315
.................. 316
.................. 316
.................. 318
.................. 320
.................. 322
.................. 325
.................. 330
.................. 332
.................. 337
.................. 340
.................. 345
.................. 347
.................. 349
.................. 351
.................. 354
.................. 358
.................. 366
.................. 367
.................. 369
.................. 371
.................. 372
.................. 373
.................. 375
........... 377
.................. 377

.................380

.................389

.................391

.................392

.................397

...........397

.................398

.................400

.................407

.................408

.................411

.................415

.................417

.................421

.................423

.................425

.................429

.................438

.................439

.................440

...........442

.................442

.................445

.................447

.................456

.................459

.................461

.................466

...........468

.................468

.................468

.................469

.................470

................. 471

................. 473

................. 481

................. 488

................. 500

................. 502

................. 503

................. 505

................. 508

................. 509

................. 512

................. 513

................. 515

................. 516

................. 518

................. 521

................. 523

................. 524

................. 525

................. 527

................. 527

................. 534

................. 537

................. 539

................. 540

................. 542

................. 543

................. 545

................. 547

................. 549

................. 551

................. 552

................. 554

................. 557

.................558
.................559
.................560
.................563
.................564
.................564
.................566
.................567
.................568
.................569
.................570
.................573
.................578
.................582
.................583
.................584
.................587
.................588
.................590
.................595
.................600
.................605
.................609
.................610
.................613
...........613
.................613
.................623
.................627
.................639
.................643
.................668
.................674
.................683

................. 689
................. 691
................. 692
................. 693
................. 694
................. 699
................. 702
................. 704
................. 706
................. 706
................. 708
........... 711
................. 711
................. 713
................. 715
................. 716
................. 718
................. 721
................. 723
................. 724
................. 726
................. 732
................. 734
................. 737
................. 738
................. 740
................. 741
................. 742
................. 746
................. 748
................. 749
................. 750
................. 752
................. 753

................755

................756

................757

................758

................764

................767

................769

................770

................775

................778

................780

................782

................784

................790

................792

................795

................798

................800

................804

................806

................808

................811

................813

................821

................827

................845

................847

................849

................852

................856

................859

................862

................864

................866

.................868
.................871
.................873
.................874
.................876
.................881
.................882
.................887
.................889
...........890
.................890
.................898
.................900
.................907
.................912
.................914
.................920
.................921
.................925
...........926
.................926
.................935
.................943
.................954
.................956
.................959
.................961
.................963
.................964
...........966
.................966
.................971
.................972

................ 973

................ 978

................ 980

................ 982

................ 982

................ 987

................ 990

................ 991

................ 993

................ 995

................ 997

................ 999

............... 1002

............... 1003

......... **1004**

............... 1004

............... 1008

............... 1010

............... 1017

............... 1019

......... **1023**

............... 1023

......... **1026**

............... 1027

............... 1028

......... **1039**

............... 1039

......... **1041**

............... 1041

............... 1043

............... 1047

............... 1053

............... 1054

............... 1057

............... 1058

............... 1059

............... 1064

............... 1065

............... 1069

# Civil New Case Initiation

Add a New Civil Case
Filing Fee

## Add a New Civil Case

1. Go to Add > Case > Civil > New > Case Manager.

2. Select desired County and then select either District or Magistrate court.

3. Select the appropriate case type (e.g. AA – All initial Court filings).

4. Go to the Parties tab to add the parties, participants and attorneys to the case (See "Parties" and "Attorneys").

    ⚠️ Always search for an existing party master prior to adding a new one.

5. The case assignment is determined by local configuration or judge wheel.

6. Add Related Cases by clicking the Add "+" icon on the "Related Cases" banner (see "Related Cases").

7. Add Case Flags by clicking the Add "+" icon on the "Case Flags" banner (see "Case Flags").

8. After all case initiation information has been completed, click on "Save" to update and exit the case.

9. Click on the "Edit Case" link in the "quick links" box of the "Case Filed" window to return to the case summary.

10. Go to the Financials tab to collect the filing fee from the Financials tab; or, process the fee waiver.

## Filing Fee

See "Working with Tills"
See "Payments, Voids and Reversals"
See "Fee Waiver Process"

SO 000667

**Interpreter Required Report**

1. In the top navigation menu, click on Reports > Scheduling > Resources > Interpreters Required Report > Case Manager.

2. Select your location and then click on "Continue."

3. Enter the date range(s).

4. Select the language(s) and interpreter(s) you would like to see in the report (you can select all to see all at once).

5. Select the Sort Order.

6. Name the report.

7. Submit or schedule as needed.

   See "Reports" for more information on how to set up recurring reports.

   🛑 If you add the event for hearing scheduled and do not actually schedule the hearing, the requirement for the interpreter will not show up on the report; the hearing must be scheduled.

# 18.0 ODYSSEY FILE AND SERVE (OFS)

## File and Serve (OFS) Document Accepted in Error

1. Go to the Documents tab of the case, right-click on the document that was accepted by error, and then select "Obsolete."

2. Contact the Filer who submitted the document and explain:

   a. The error in their filing;

   b. That they need to resubmit filing with the correction;

   c. That any fees will not be collected again; and

   d. That they will receive the original submission and filing date.

   - If they are filing something that has a fee attached, the filer will need to choose a filing code that does not have a fee associated with it (i.e. Motion)

3. When the resubmission is received by the Review Clerk, the Review Clerk may need to:

   a. Manually reassign the correct filing code if the filer had to avoid a fee-based filing code.

   b. Manually change the "Submit" and "Filing" dates to the date of the original submission.

## Review e-Filing (Clerk Reviewer)

Log onto iCourt e-File
Set Filters
Review Queue Tab
Add Annotations
Accept the Filing
Reject the Filing / Request a Correction from e-Filer
Processing Cover Letters and Letters to the Judge
Receipt of Corrected Filing
Fee Waiver
Optional Services
Electronic Service
Certified Mail/Registered Mail Fee Process
Guide and File

### Log onto iCourt e-File

URL:    https://idaho-review.fileandserve.tylertech.cloud/

1.  Enter your Email Address and Password.

2.  Click LOGIN.

⚠ With the addition of the Cash Payment Kiosks, a "Message of the Day" section will
contain valuable information and instructions for the pro se e-filer accessing the Cash
Pay Kiosk.

### Set Filters

Your individual review queue may have a narrowed view based on what filters have been
selected for those cases you've been assigned to review.

1.  Adjust the filters along the left side by selecting cases by:

    a.  Envelope #

    b.  Case #

    c.  Date range

    d.  Queues

    e.  Filing Codes

    f.  Case Types

g. Locations



2. To Save filters, click the caret on the Apply button

## Review Queue Tab

To access the Review Queue, click on the ☰ in the upper left corner. You'll have the option to select Review Queue or Review History. The Review Queue contains a list of Envelopes containing new case filings and filings on subsequent cases that currently exist in Case Manager. (For subsequent cases you will see both a case number and party names).

1. Determine which Envelope to process, and then click the envelope number to bring up the Envelope Review screen.

🔴 If someone else is currently working in the envelope, you will see the 🔒 icon. Move to the next case filing or envelope.

2. To Verify Parties, you'll click 👤 on the left row of the screen, that will open a list of existing parties in that case. To view a specific party, click anywhere in the box containing the party name and it will bring you into the party detail screen where you can click on **VERIFY** to select from the previously created party master.

⚠️ To prevent creation of a new Party Master for every filing that has been accepted, you must verify the party (master) in Case Manager. The only exception to that is filings for Petition for Judicial Consent to Abortion – in those case types a new Party Master is always created and no party matching is to be done.



a. Select the first party to verify.

b. In Navigator, search for the party name in the Filer-Entered Party Information screen.

c. If the party exists in Navigator, enter the Person ID (located within the Addition tab of the party master) into the Party Lookup by Filer ID field.

d. Determine which entry has the most complete information, and select:

    1. Use Person ID or;

    2. Use Filer Party

e. Repeat steps for each party included in the filing and Save.

3. In the left row, click on File to review/modify the documents attached. Then click into the specific document to ensure the case information details for the new filing are correct.

⚠️ Be sure the appropriate location (District/Magistrate) is selected in the case information screen

f. Review/modify the Parties screen for each party included in the filing to ensure the details for the Parties involved are correct (i.e. do the names match what is in the documents?) and click Next.

g. Review/modify the Filings screen. Update the Filing Code (event code) to the appropriate event code for that pleading if necessary.

🛑 E-filers have a limited number of filing codes based on most popular pleadings. During the review process, the clerk reviewer may need to update the filing code. Filing codes have been given a default document security. For example, if PSIR (Pre-Sentence Report) is selected, the document security will default to Confidential.

🟢 If the clerk changes the filing code to something with a different default document security, then the clerk will need to manually change the security.

h. If needed, update the Filing Description to match the document's title exactly (this is the equivalent of entering text into the Comment field of an Event in Navigator).

Note: To do this click anywhere in the box containing the filing, then scroll down to the Documents portion.

i. If needed, update the security on the document.

j. Quickly review the pages of each lead document for discrepancies (e.g. you can't read the document, something is upside down or there is something that obviously was scanned in by mistake). Update the Lead Document Description to match the document title exactly. (e.g. fix all caps, spelling errors and abbreviations as needed; remove any .pdf extensions)

🟢 A lead document is a document, which would require a file stamp.

🟢 It is important to update the Document Description because it transfers to the Documents tab and Judge Edition.

4. Click  to get to the Service Contact Screen – you do not need to make any changes to that screen.

5. Click on  to ensure that the proper fees have been assessed and paid.

6. If this is a Fee Waiver, or Agency Filing, a red Waiver will appear – See the Fee Waiver section below

---

## Add Annotations

The Annotation toolbar will be used when applying the case number and judicial officer, making notes, issuing summons and writs of execution and occasionally highlighting sections when rejecting the document to send back to the filer. This step allows the case number and other information auto-populate on the document upon filing. See "Queues, Annotations and Workflows."

1. Go to the Stamps Toolbar on the right side and apply the case number and judicial officer stamps from the Text stamps.

    a. Select the Stamp tool and click <<CaseNumber>>.

    b. Place the case number stamp on the document and move it to the appropriate area.

2. At initial case creation documents (Complaint, Petition, Summons, etc.), the judicial officer stamp must be added.

    a. Click on <<JudicialOfficer>> and place it on the document just below the case number.

3. Repeat this process for each separate lead document

● Assignment of the Judicial Officer token is for new case filings only so that all litigants (parties) know the case number and judicial officer assignment at case filing.


## Accept the Filing

When Annotations are completed, navigate to the Actions Toolbar to view the following options.

1. Select the Accept Filing tool and click Accept.

2. Go to Odyssey Navigator to view the filing. (This may take a few moments to appear).

● E-filers have the ability to add a cross-reference number to their filing that will transfer to Navigator once the case is accepted and initiated. If a cross reference number is already on the case in a subsequent filing and the new filing has a different number, then it will be added to the list of cross reference numbers on the case. If it is a duplicate number it will not be added twice.


## Reject the Filing/Request a Correction from e-Filer

1. When the review has been completed and it has been determined that the filing needs to be rejected and returned to the e-Filer for correction, select the "Reject Filing" tool from the Action Toolbar.

2. Select the reason for rejection:

   a. Filer's Request

   b. Insufficient Fees

   c. Insufficient Funds in account of credit card

   d. Illegible/Unreadable – Please resubmit in legible format

   e. Incomplete or Missing Signature Block

   f. Incorrect Formatting

   g. Incorrect/Incomplete Information: Please resubmit using correct Case Number

   h. Incorrect/Incomplete Information: Please resubmit using correct Case Type

   i. Incorrect/Incomplete Information: Please resubmit using correct Filing Code

   j. Incorrect/Incomplete Information: Please resubmit using correct Party Names on doc(s)

   k. This case already exists; please file though the existing case

   l. PDF Documents Combined – Please separate Lead Documents

   m. Rejected. This document must be filed in paper form per paragraph (f) of the electronic filing court rule. (See comment box to provide explanation)

   n. Please correct error. (See comment box to provide explanation.)

   o. In Camera Filing (A private document filed for court's eyes only must be filed in paper form per court rule.)

   p. Motion to Seal Document & Subject Document must be filed in paper form per court rule.

   q. Wrong Jurisdiction – Please refile in appropriate jurisdiction

   s. Duplicate filing received

   t. Hearing date or reservation is required prior to filing

There is an area for a "Reject Comment" to allow the clerk to be more specific in their reason for rejection. This area is optional, however clerks are encouraged to provide sufficient information to the e-filer so they can correct and resubmit their envelope. (The more information/guidance you give here the less chance they will call for assistance.

## Processing Cover Letters and Letters to the Judge

Typically a filing should be rejected if there is a cover letter by the attorney indicating "Please find enclosed documents herein…" for information and direction to the clerk. Those types of comments should come across as notes where appropriate. However, if the cover letter is directed to the judge, clerks should not reject, but accept the filing and attach the event for Letter to the filing.

- A Notice of Appeal document should only be rejected if it is filed in the wrong court. It should not be rejected for missing information or failure to pay fees or form of Notice.

## Receipt of Corrected Filing

*When envelope is copied by e-filer:*

The e-filing rule allows a filer to correct any problems with their submitted envelope within three (3) business days (excluding legal holidays). If the filer does so, they may request that the date of the filing reflect the date of the original submission. This could be important, as the filer may be up against a legal deadline.

- The e-filing rule instructs the filer to provide that date in the filing description. Do not, however, rely on this date, verify it.

*To manually edit the docket date and time when an envelope is not copied by the filer:*

The filer must copy the envelope upon resubmission on their end for the clerk to be able to use the original file stamp date on their end. If the filer fails to copy the envelope, they will have to submit a new envelope.

**Note:** Odyssey cannot backdate document dates automatically based on the filing date. They will only have the date that they are actually added to the case, therefore when the filing is accepted.
If the filer fails to copy the envelope but requests the original file date to resubmit, or resubmits after a court order (as outlined below), it may be necessary to manually edit the docket date.

When the document is accepted, the new date will appear on the document.

The e-filing rule also permits a filer whose fee waiver request has been denied or it has been established that a filing failed due to a technical error in the electronic filing system, to request that the clerk enter the docket date as the date of the filer's original submission. If the filer has resubmitted the document per these rules, and upon their request, edit the docket date.

This can be done in a couple of ways:

---

1. From the main screen, in the Envelope field, make the change using the Docket Date field.



OR

1. Click on the date line in the file stamp that auto-populated.

2. Drag the date line outside the file stamp and click Delete to remove that date from the document.

3. Click "Date Stamp" in the tool bar to the right and type the desired date and drag the new date to the appropriate spot on the file stamp.

● The rule regarding technical errors does not require a resubmittal within three (3) days of the order.

## Fee Waiver

1. When the filing comes in with a waiver notification in the Review Queue, route to the appropriate judge for review ***prior to the acceptance of the filing*** by clicking on the PDF hyperlink at the top.

2. Email the proposed documents to the assigned judge for review.

● The Judge will not be able to act on any document within the Review Queue but can respond via email to the clerk, or if needed, the documents can be printed from here and routed to the judge for consideration.

3. Click on the paper icon and enter "Application Sent to Judge for Consideration."

4. In the Actions toolbar, click "End Review" to return to the filing at a later date.

5. If the Judge:

    a. Accepts the proposed fee waiver, return to the envelope marked Under Review and Accept the filing to create a new case in Navigator.

      • In Case Manager, Scan and/or Attach the signed fee waiver documents to the proper event code.

    b. Denies the proposed fee waiver, return to the envelope within the Review Queue and reject the filing using the Insufficient Fees reason.

      • Add a Comment to advise the filer that their fee waiver has been denied and advise them to resubmit with proper filing fees

## Optional Services

See "Verify Payment for Optional Service"

The Clerk will first see the fees in the Review Queue. The clerk reviewer should take note of the number of pages that are to be mailed out to determine whether the correct fees have been remitted.

● Some counties opt to add a comment to the event description to indicate that copies were paid for (e.g. Paid x2 copies, one certified).

## Electronic Service

1. Select the "Proposed Order" filing code and click "Accept."

2. After it is loaded into Navigator, the clerk can go to the Documents tab in the appropriate case and route to the assigned judge queue to review and annotate/approve the order. See "Queues, Annotations and Workflows."

3. After the order is signed, complete the Certificate of Service.

4. Go to the Events tab, and update the Proposed Order event to reflect the proper order event code.

5. Serve the parties. See "Email Documents and Track Service."

---

**Certified Mail/Registered Mail Fee Process**

See "Certified Mail-Registered Mail Fee Process"


**Guide and File**

Clerks reviewing the OFS (File and Serve) Clerk's Review Queue will also see filings coming in from Guide and File. This a program enables individuals and small businesses, without legal representation, to file specific claims via this free online tool. Guide and File allows these claims to be filed electronically by walking users through an interview-style process to gather key information for the relevant filing. Currently Small Claims is available with Minor Guardianship, Civil Protection and Divorce with No Minor Children coming soon. The local court assistance offices have been trained in Guide & File and can answer questions about the tool. Please feel free to refer users of Guide and File to the local CAO for assistance

***What will be different in Odyssey for documents submitted through Guide & File:***

1. Why can't I review documents that show they have been "receipted" in the review queue?

   In the review queue you will notice that some documents show that they have been "RECEIPTED." You do not have to review or accept these documents. These are instructions to the filer that have been generated by Guide & File, and are not filed with the court. (e.g. small claims answer form and defendant instructions).

2. How do I know it's a Guide & File document?

   a. Review the Filing Description - The filing description will be different than the filing code. The filing description will show: "Guide & File." This will show as a note added to your event code.

      Please do not edit the filing description as this helps us identify which documents were generated in Guide & File.

   b. Review PDF Document Name - The document names will all start with the following two letter prefix in parentheses "(GF)."

3. Filing dates on rejected documents in Guide & File:

   To resubmit a rejected document in Guide & File, there is currently no option for the filer to provide filing comments and indicate they want the document to date back to the original filing date. We have included instructions that tell the filer to contact the court directly to make such a request directly from the court. If the document was submitted

---

via Guide & File, and you receive this request please process the document as you would a request in the filing comments to relate back to the original filing date.

As this is not a copied envelope like in Odyssey File & Serve, your review queue will not prompt you to automatically change the submission date. You will have to do so manually by clicking on the "Docket Date" which will allow you to type over the date.

While in the Review Queue, the clerks will see some different functionality:

1.  EFSP showing at the top of the OFS Summary. This is not an error – despite it being in red letters – this is just stating that it came from an Electronic Filing Service Provider (AKA Guide & File).

2.  The Payment Account states that it's a one-time account.

    This is a feature that Guide & File has, but regular File and Serve does not have. File and Serve requires individuals to set up a Payment Account to be used regularly, whereas Guide & File does not make the user create a Payment Account, and they can pay on the spot. You can see from the screenshot below that the Payment Account from Guide & File is called OGF One-Time Account:

3.  A clerk will get an error message about Payment Accounts when attempting to edit the envelope. Please note that you can click through this message to edit the envelope.

# Exhibit N

# Deposition of Carley Nelson

# Courthouse News Service v. Omundson

# November 28, 2022



**206.287.9066 I 800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



Courthouse News Service v. Omundson      Carley Nelson

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

_____
)
COURTHOUSE NEWS SERVICE, )
)
)
Plaintiff, )
)
v. ) No. 1:21-CV-00305-REP
)
SARA OMUNDSON, in her official )
capacity as Administrative )
Director of Idaho Courts, )
)
)
Defendant. )
_____

VIDEOCONFERENCE DEPOSITION UPON ORAL EXAMINATION

OF CARLEY NELSON

_____

Taken at Boise, Idaho
(Conducted via Videoconference.)

DATE TAKEN: November 28, 2022
REPORTED BY: Nicole A. Bulldis, RPR
AZ No. 50955 | CA No. 14441 | WA No. 3384

---

**Page 2**

```
 1       A P P E A R A N C E S
 2
 3   FOR PLAINTIFF:
 4   (via Zoom)    Jonathan G. Fetterly
                   Katherine A. Keating
 5                 BRYAN CAVE LEIGHTON PAISNER LLP
                   3 Embarcadero Center, 7th Floor
 6                 San Francisco, CA 94111
                   (415) 675-3400
 7                 jon.fetterly@bclplaw.com
                   katherine.keating@bclplaw.com
 8
 9   FOR DEFENDANT:
10   (via Zoom)    Molly E. Mitchell
                   DUKE EVETT, PLLC
11                 1087 W. River Street, Suite 300
                   PO Box 7387
12                 Boise, ID 83707
                   (208) 342-3310
13                 ked@dukeevett.com
                   mem@dukeevett.com
14
15
16                 --o0o--
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1             DEPOSITION OF CARLEY NELSON
 2
 3               EXAMINATION INDEX
 4   EXAMINATION BY                        PAGE
 5   Mr. Fetterly........................ 4
 6
 7
 8               EXHIBIT INDEX
 9   EXHIBITS FOR IDENTIFICATION          PAGE
10   49 Nelson Amended NOD and Subpoena................ 4
11   50 Affidavit of Carley Nelson in Support of
12      Response in Opposition to Motion for
13      Preliminary Injunction........................ 4
14   51 Idaho Judicial Branch Information Division
15      Organization Chart............................ 23
16   52 ServiceDesk Email String - 1/12/16 [SO 005447].. 65
17
18                   --o0o--
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1   REPORTED REMOTELY FROM MARICOPA COUNTY, ARIZONA
 2   Monday, November 28, 2022; 12:04 p.m.
 3                   --o0o--
 4       (Exhibit Nos. 49 and 50 marked.)
 5   CARLEY NELSON,    witness herein, having been
 6               first duly sworn on oath,
 7               was examined and testified
 8               as follows:
 9
10           E X A M I N A T I O N
11   BY MR. FETTERLY:
12       Q.  Good morning, Ms. Nelson.  My name is
13   Jon Fetterly.  I'm counsel for Courthouse News Service.
14   I'm with the law firm Bryan Cave Leighton Paisner
15   representing Courthouse News.
16           Could you please state and spell your full
17   name for the record?
18       A.  Carley Nelson, C-a-r-l-e-y.  Last name Nelson,
19   N-e-l-s-o-n.
20       Q.  And prior to going on the record, we marked as
21   Exhibit No. 49 our amended notice of deposition, which
22   attaches a copy of the subpoena that was served on you a
23   couple months ago.  Is it your understanding that you're
24   here today in response to that subpoena?
25       A.  Yes.
```

1 (Pages 1 to 4)

Courthouse News Service v. Omundson                    Carley Nelson

Page 5

1      Q.  Thank you.
2          Before we get started with my questions, I
3  just want to go over a few -- few ground rules.  I
4  understand that you are represented for the purposes of
5  this deposition by the Duke Evett Law Firm; is that
6  correct?
7      A.  Yes.
8      Q.  Are there any other counsel representing you
9  today?
10     A.  No.
11     Q.  I assume that they've had a chance to prepare
12  you for today.  Let me just go over a few things just so
13  that you and I are on the same page.  Today's deposition
14  is in connection with a lawsuit that Courthouse News has
15  filed against Ms. Sara Omundson in her official capacity
16  as the Administrator of the Idaho Courts.  The subpoena
17  we served on you is in your capacity as a third-party
18  witness.
19         Your testimony here today is, you know,
20  pursuant to a deposition.  You've just given an oath to
21  tell the truth.  We're -- we're not in a court, but your
22  testimony carries the same force and effect as though we
23  were in a court of law.  Do you understand that?
24     A.  Yes.
25     Q.  And I'll be asking you questions today and

Page 6

1  entitled to your answers based upon your own personal
2  knowledge and your own best recollection.  If you are
3  able to answer my question, please do so unless your
4  counsel instructs you otherwise.
5          I don't want you to guess or speculate here
6  today, but if you do have personal knowledge, if you do
7  have an ability to give me your best estimate, I am
8  entitled to that information.
9          Do you understand that?
10     A.  Yes.
11     Q.  For purposes of our court proceeding here
12  today, Ms. Bulldis is our stenographer.  She is
13  recording everything we say.  There will be a written
14  transcript prepared that contains all of the testimony
15  given today, all of my questions.
16         At the end of today, you'll have a chance to
17  review that transcript.  Once it is available, you'll
18  have a chance to comment on it and make corrections.
19  However, if you make any corrections, we will be
20  entitled to comment on them, so you're advised to, you
21  know, not change answers substantively from yeses to
22  noes, noes to yes.  If you do, that may bear on your
23  credibility.
24         Do you understand that?
25     A.  Yes.

Page 7

1      Q.  In order to have a clean record, and
2  transcript, it is important that we both speak only one
3  at a time.  We're off to a good start so far.  I'll do
4  my best to wait until you answer my questions before I
5  answer my next -- ask my next question, and I'll ask you
6  to please, you know, wait until I finish asking my
7  questions before you begin to answer.
8          Do you understand that?
9      A.  Yes.
10     Q.  And, similarly, it's important that we give
11  audible responses.  Head nods, hand gestures, and the
12  like, don't come across in a written transcript.  So,
13  again, we're off to a great start.  I'll ask you to
14  please keep that up and just answer verbally to each of
15  my questions.
16         Do you understand that?
17     A.  Yes.
18     Q.  Lastly, if at any point, you don't understand
19  a question, if I ask a poor one, which happens from time
20  to time, if it's just unclear or you're confused, you
21  are entitled to please let me know that you don't
22  understand the question and I will do my best to
23  rephrase or ask it in a way that you do understand.  If
24  I ask a question and you provide me your answer, I will
25  assume that you understood it and that will be your

Page 8

1  answer.
2          Do you understand that?
3      A.  Yes.
4      Q.  Great.
5          Is there any reason why we cannot go forward
6  with your testimony here today?
7      A.  No.
8      Q.  Okay.  Thank you.
9          Ms. Nelson, are you currently employed?
10     A.  I am.
11     Q.  And who is your employer?
12     A.  I currently work for Tyler Technologies.
13     Q.  And for how long have you worked for Tyler
14  Technologies?
15     A.  Since January of this year.
16     Q.  And what is your position with Tyler
17  Technologies?
18     A.  My official position is the Transformation
19  Office Program Manager in the Corporate IT Department.
20     Q.  Okay.  And what are your job duties and
21  responsibilities as a transformation office officer?
22     A.  I oversee the efforts that will be deemed
23  transformative for the organization, so reaching outside
24  of IT and working directly with business units to bring
25  forward emerging technology.

2 (Pages 5 to 8)

Courthouse News Service v. Omundson                                        Carley Nelson

---

Page 9

1    Q.  And when you say business units, what are you
2  referring to?
3    A.  There are specific divisions within the Tyler
4  Technologies' umbrella, so I work in the corporate
5  realm.  And then if we bring forward a technology that
6  impacts the business, their operation or their
7  day-to-day interactions in conjunction with conducting
8  business, then we are charged with ensuring that they
9  are a part of the transformation efforts.
10       As an example, we just put in a new HR system,
11 so that impacts the whole company.  And we're also
12 putting in an ERP, so a financial application that also
13 impacts the whole company, and so we want to ensure we
14 have their input and feedback on that -- those efforts.
15   Q.  Have you held this position with Tyler since
16 you started working for Tyler in January of this year?
17   A.  Yes.
18   Q.  And as part of this position, do you work with
19 or interface with any of Tyler's court partners such as
20 the Idaho Court?
21   A.  I actually do not directly.  I interface with
22 the project folks who are the ones that interface
23 directly with the division.  So I oversee getting status
24 updates and information back from them, but the folks
25 that are -- that are required to work with the divisions

---

Page 10

1  are the project people.  So the HR project has its own
2  project team and they work with the divisions.  The
3  finance team has their own group of people who work with
4  the divisions, and I work with the project managers of
5  those efforts.
6    Q.  And do you oversee those project managers, as
7  in, they report up to you, or are you more on a kind of
8  lateral thing with them?  What is your role vis-à-vis
9  those project managers?
10   A.  They report into my office, but I don't
11 oversee them from a functional perspective, as in, I am
12 not their direct manager.
13   Q.  And is it fair to state then that you're
14 familiar with the -- you know, Tyler's ongoing
15 interactions with the court partners as a result of
16 their reporting into you?
17       MS. MITCHELL:  Object to the form.  So, I
18 mean, to the extent I'm fine with her, you know,
19 answering questions about her -- her job, but, you know,
20 Tyler is not here and they've made very clear that, you
21 know, their business information is protected.  So she's
22 here, you know, as a former employee of the Idaho
23 Supreme Court, you know, not in her capacity as a Tyler
24 employee.
25   Q.  (By Mr. Fetterly) You can answer the question

---

Page 11

1  if you understand.
2    A.  Can you ask it again, please?
3        MR. FETTERLY:  Can you repeat the
4  question?
5        THE DEPONENT:  Yes.
6            (Record read back as requested.)
7        THE DEPONENT:  I'm aware they exist, but
8  I don't have -- the projects that we are working on do
9  not entail the court software.
10   Q.  (By Mr. Fetterly) Understood.  Understood.
11       Prior to working with the -- or, prior to
12 working with Tyler and starting your employment there in
13 January of 2022, were you employed?  And if so, who was
14 your employer?
15   A.  Yes.  I was employed with the Idaho Supreme
16 Court, and I worked there from August of 2014 until
17 January of 2022.
18   Q.  And what was your position with the Idaho
19 Supreme Court as of January 2022 when you departed?
20   A.  I was the Interim Chief Information Officer.
21   Q.  And for how long did you hold that position?
22   A.  Roughly, two and a half months.
23   Q.  And what was your position prior to becoming
24 the Interim Chief Information Officer?
25   A.  Deputy Chief Information Officer.

---

Page 12

1    Q.  And for how long did you hold that position?
2    A.  Two years.
3    Q.  And what was your position prior to becoming
4  the Deputy Chief Information Officer?
5    A.  IT Manager of Quality Projects and Service.
6    Q.  And for how long did you hold that position?
7    A.  I believe about two years.
8    Q.  And just continuing along the timeline, prior
9  to becoming the IT Manager of Quality Projects and
10 Services, what was your position with the court?
11   A.  The IT Manager of Project Management.
12   Q.  And for how long did you hold that position?
13   A.  I want to say a year.  I believe so.
14   Q.  What was your starting position when you first
15 started working with the Idaho Courts?
16   A.  Project Manager.
17   Q.  Okay.  For the record, before we began, I
18 marked Exhibit No. 50, so I'll note that for the record
19 right now, and that's the deposition of -- or, excuse
20 me -- the declaration of Ms. Nelson that was filed
21 earlier in this case, ECF No. 20-20.
22       I'd like to show you, Ms. Nelson, a document
23 that was previously marked in this case as
24 Exhibit No. 2, and I'll put it into the chat file here
25 and then bring it up on the screen.  Give me one moment.

3 (Pages 9 to 12)

Courthouse News Service v. Omundson                                      Carley Nelson

---

Page 13

1 Give me one moment here.
2            (Pause in the proceedings.)
3       MR. FETTERLY: I'm having a technical
4 issue. Let's go off the record real quick. I'll be
5 right back. Sorry.
6            (A break was taken from
7            12:21 p.m. to 12:22 p.m.)
8       Q. (By Mr. Fetterly) Okay. So, Ms. Nelson, I'm --
9 I'm showing you a document that was previously produced
10 as -- produced by the defendant in this case as Bates
11 label SO 1, previously marked as Deposition Exhibit
12 No. 2.
13       And do you recognize this document?
14       A. It looks like an organizational chart.
15       Q. And that would be an organizational chart for
16 the administrative direct -- Administrative Office of
17 the Courts for the State of Idaho; is that correct?
18       Your audio dropped. I did not hear your
19 answer, Ms. Nelson.
20       A. That's what it looks like, yes.
21       Q. Okay. Earlier we were talking about your --
22 your employment history with the Idaho Courts, and I
23 just want to understand if it is reflected on this org
24 chart. So I'm looking at the -- underneath
25 Ms. Omundson, there are a number of positions. One of

---

Page 14

1 which is Mr. Doug Hansen, Chief Information Officer.
2 Underneath Mr. Hansen as the CIO, I see a vacant Deputy
3 CIO. Is that deputy -- that vacant Deputy CIO, is that
4 the position that you held for roughly two years as
5 Deputy Chief Information Officer?
6       A. Yes.
7       Q. And then when you were the Interim Chief
8 Information Officer, is that the spot that's currently
9 held by Mr. Hansen?
10       A. Yes.
11       Q. And then when you said IT Manager for
12 Quality -- Quality Products and Services, is that
13 reflected on this chart?
14       A. It is not.
15       Q. Okay. And do you have an understanding of why
16 that is?
17       A. No.
18       Q. And likewise, with respect to the IT manager,
19 Product Management, is that -- or Projects Management --
20 excuse me -- is that reflected on this chart?
21       A. No.
22       Q. Okay. And do you have an understanding of why
23 that is?
24       A. Between the time that I was that manager
25 moving into my deputy, there was a reorganization so I

---

Page 15

1 believe there were functions in the organization that
2 were changed.
3       Q. Understood.
4       So during your period of time as the Deputy
5 Chief Information Officer, did you oversee the -- the
6 individuals or, I guess, the positions that are
7 reflected on this chart as, for instance, Manager of
8 Infrastructure; Lead, Data Technology; Lead, Product
9 Specialist, and so forth, were those positions that you
10 oversaw as the Deputy CIO?
11       A. Yes.
12       Q. Okay. And I just want to get a little bit of
13 an understanding about what these kind of positions,
14 what they are and what they do. Can you describe for me
15 starting with the, you know, Manager, Infrastructure and
16 then the titles that fall beneath it, Senior Network
17 Analyst, System Engineer, and so forth, can you describe
18 for me what this division or what these positions do
19 with -- relative to the Idaho Supreme Court?
20       A. I can give you my understanding for while I
21 was employed there, but --
22       Q. Sure.
23       A. Okay. So the Infrastructure Manager oversaw
24 all of the network and hardware from servers to
25 workstations to laptops to courtroom technology that was

---

Page 16

1 rolled out throughout the state. So each of those
2 functional roles had a primary responsibility to ensure
3 that each of those systems were functional and also that
4 the maintenance was done accurately and correctly, and
5 then anything to keep these systems modern was requested
6 and prioritized and budgeted.
7       Q. Okay. So what about, for instance, the Senior
8 Network Analyst, what was that position and what did
9 they do?
10       A. Oversaw the statewide network that we provided
11 to each of the courts and access to the case management
12 system.
13       Q. Okay. And Systems Engineer, I see both
14 virtualization and storage. Can you address both?
15       A. The server infrastructure that we had, which
16 hosted the -- all of the applications that the courts
17 needed in order to conduct business, either physical or
18 the virtualization of those assets, and then the storage
19 is the storage of all of the information associated with
20 supporting the hardware that the courts use to conduct
21 business.
22       Q. Okay. And then moving on down is the IT -- IT
23 Systems Analyst. There's a couple of them. What do
24 they do?
25       A. They did a myriad of things, but ultimately

---

4 (Pages 13 to 16)

Courthouse News Service v. Omundson                                    Carley Nelson

Page 17

1  supporting the end users, so the -- the users that
2  worked out in each of the courts and also the users that
3  worked in the Administrative Office of the Courts. All
4  of the systems that they needed in order to access the
5  case management system, all of the software, service
6  deployment, new and aging asset work, and then they also
7  did service tickets as well.
8      Q.  Moving over, then, to the next column under,
9  you know, Deputy CIO, Data Technology, currently, this
10 document reflects David Broderick as the lead, but
11 speaking more generally to the time that you were the
12 Deputy CIO, what did the -- what did this division or
13 group do with respect to the Idaho Supreme Court?
14     A.  They supported all of the data exchanges, so
15 we -- the courts had a partnering with many different
16 agencies to exchange data, whether it be from data
17 associated to arrest information to bring it back so
18 that the courts had the right information when they were
19 holding hearings, to sending out calendar information
20 specific to judges and all of the work that was on their
21 docket, data exchanges associated with all of the state
22 agencies that they partner with.
23     They also oversaw, from a database
24 administration perspective, the databases that ran the
25 case management system and kept those updated and

Page 18

1  healthy and functional, and then also ensured that --
2  that the uptime, which means that they were connected
3  and active, was preserved as much as possible.
4      Q.  Okay.  And then moving over once again, I see
5  it's currently reflected as a vacant admin -- excuse me.
6  Strike that.
7      Under Deputy CIO, moving over there's
8  Heidi Manley as the Lead Product Specialist.  Again,
9  during your time as the Deputy CIO, what was the, you
10 know, role and responsibility of a Lead Product
11 Specialist and the team beneath her?
12     A.  All of the case management and product suite
13 of applications that supported the courts, so Odyssey
14 File & Serve, Supervision, the Portal, all of the
15 applications that support the courts.
16     Q.  Okay.  And then what specifically would they
17 do with respect to that?  Did they -- well, strike the
18 tail part.
19     What specifically did they do with respect to
20 that?
21     A.  They were responsible for, once the system was
22 live, configuring, maintaining, updating the system
23 appropriately for changes.  And then also ensuring if
24 there are software packages or software updates, they're
25 testing and validating the solution so that they can

Page 19

1  keep -- keep the system on the most current version and
2  then working service tickets as well.
3      Q.  So when you said "configuring," can you
4  give me an example of what that would look like?
5      A.  Yeah.  So we purchased -- the courts purchased
6  Odyssey as a system configurable, what they say, "off
7  the shelves," so it's not something that needed to be
8  developed.  And we purchased it so that we could
9  configure a series of tables or a series of information
10 with information that is specific to Idaho, with Idaho's
11 business process, such that we could rely on a vendor to
12 provide the software engine but we could put in our own
13 specific configuration and utilize it as a case
14 management system.
15     So, naturally, that requires updates if
16 statutes change or if information changes on officers or
17 judicial officers or anything of the like, knowing that
18 the courts is an ever-evolving and changing business.
19 And so those folks are responsible for updating and
20 keeping that current.  And then, again, as I noted,
21 changing configuration if a software update changes
22 something in the system that needs to be tested or
23 modified in order to keep it current.
24     Q.  And you mentioned, I believe, the case
25 management system, but what you just described, would

Page 20

1  that be true with respect to the other products or
2  services that are part of the Odyssey suite of products?
3      A.  Yes.
4      Q.  So would these individuals work directly with
5  Tyler in the event of a, you know, update or a need for
6  a configuration, or would this all be handled in-house?
7  Can you give me kind of an example of how that would
8  play out if there was a need for, you know, an upgrade
9  configuration or so forth?
10     A.  While I was at the courts, they had a strong
11 partnership with the vendor.  So if there was a change
12 or there was an update needed, it would be in
13 conjunction working with the -- they're called
14 "Contractual Support Account Managers" to ensure that
15 they have all of the right and relevant information in
16 order to do the right upgrades.
17     Q.  Mm-hmm.
18     And those managers you referenced, that's on
19 the Tyler side or the court side?
20     A.  It is a contracted resource that is through
21 the Idaho contract, but it is a Tyler resource.
22     Q.  I'm not sure I understand that.  Are these
23 resources employed by the court or employed by Tyler?
24     A.  The Contractual Support Account Manager is a
25 resource that works for Tyler and they are part of the

5  (Pages 17 to 20)

Courthouse News Service v. Omundson                                      Carley Nelson

---

Page 21

1    Idaho contract.  So their time and effort is in the
2    Idaho contract that they signed to get this dedicated
3    resource, the contractual support account manager from
4    Tyler.
5         Q.   And how many of these contracted resources
6    were part of the contract?
7         A.   I do not know.
8         Q.   More than one?
9         A.   I was aware of more than one when I was there,
10   but I do not know how many are in the contract.
11        Q.   And can you give me your best recollection of
12   how many you were aware of?
13        A.   I knew of two.
14        Q.   And were these contracted resources, you know,
15   full-time dedicated to the Idaho Court, or were they
16   splitting time with other courts?  What was their, you
17   know, responsibility and commitment to the Idaho Courts?
18        A.   I actually don't know what their time
19   commitment was.
20        Q.   Okay.  Did the -- the Product Specialist --
21   help me understand.  Would this be considered a team?  A
22   division?  Well, how would you characterize the, you
23   know, Product Specialist and the other folks kind of
24   beneath that title?
25        A.   I would say team.

---

Page 22

1         Q.   Okay.  And, approximately, how many people
2    were part of the Product Specialist team while you were
3    the Deputy CIO?
4         A.   I believe those that are -- those that are
5    listed on this chart are the ones I'm familiar with.
6         Q.   And I just want to make sure I'm reading it
7    correctly because the graphic is a little bit unclear to
8    me.  I see that we have the products -- the specialist
9    lead here, Ms. Manley, that'd be one of them; correct?
10        A.   Yes.
11        Q.   And then beneath that, there's the Application
12   Specialist II.  It looks like there's maybe one, two,
13   three, four Application Specialist II positions.  Would
14   all of those be part of the Product Specialist team?
15        A.   Yes.
16        Q.   And then beneath the Application Specialist II
17   position is the Application Specialist Senior, is that
18   also part of the team?
19        A.   Yes.
20        Q.   Okay.  To your knowledge, were there other
21   members that were part of the team that are not
22   reflected on this organizational chart?
23        A.   No.
24        Q.   Would the Product Specialist team reach out to
25   other groups or divisions for support or resources

---

Page 23

1    if necessary?
2         A.   Yes.
3         Q.   And what would be some examples of when that
4    would be -- when that would've occurred?
5         A.   They're responsible for, again, ensuring the
6    application is functional and working as designed.  So
7    if they're experiencing errors or they're experiencing
8    issues, they would typically partner with both the Data
9    Technology team because they oversee the databases, and
10   also the Infrastructure team because they oversee the
11   hardware.
12        Q.   Okay.  I'm going to pull up another exhibit.
13   Give me one moment.
14             (Pause in the proceedings.)
15             (Exhibit No. 51 marked.)
16        Q.   (By Mr. Fetterly)  For the record, I'm marking
17   as Exhibit No. 51 a document produced by the defendant
18   in this case as SO 000450.  I will put it up on my
19   screen.  This is a document titled Information Division
20   Organization Chart.
21             And, Ms. Nelson, I'll just scroll through the
22   pages briefly so you can take a look at it before I ask
23   you any questions about it.
24             So I just want to ask you just a series of
25   similar questions as I was asking you before.  And,

---

Page 24

1    first off, have you seen this document before,
2    Ms. Nelson?
3         A.   No.
4         Q.   Okay.  Starting with the first page,
5    Information Division, once again, we see the CIO,
6    Mr. Hansen, and beneath him, we have the vacant Deputy
7    CIO position, underneath which we see a few managers and
8    leads.
9             Once again, is this the vacant Deputy CIO
10   position, the position that you held for two years when
11   you were with the Idaho Supreme Court?
12        A.   Yes.
13        Q.   And do you recognize the -- the individuals or
14   the, you know, positions reflected underneath the vacant
15   Deputy CIO position?
16        A.   I'm sorry.  Are you asking if I recognize the
17   positions or the people?
18        Q.   Either.  I know people may change, but the
19   positions themselves may remain, so I'm asking if you're
20   familiar with the positions and the responsibilities
21   they held.
22        A.   Those are some -- those are the same positions
23   that I oversaw in my role as Deputy CIO.
24        Q.   Right.
25             So I want to just go to the page SO 453, Data

---

6  (Pages 21 to 24)

Courthouse News Service v. Omundson                                    Carley Nelson

---

Page 25

1  and Development. Can you just describe, generally,
2  the -- the roles and responsibilities of the Data and
3  Development team?
4       A.  So overseeing the integrations to all of the
5  applications that support the courts and also the
6  databases. So the information that comes in and is
7  stored and then the help and status of those databases,
8  the updates to the system, the keeping them active so
9  they're supportive of the courts, and then, again,
10 overseeing the integrations and the information that is
11 exchanged between the courts and all of the state
12 agencies or respective agencies that have an agreement
13 to exchange data with the courts.
14      Q.  Okay. And moving on to court applications, is
15 this the, you know -- another name for the Product
16 Specialist team that we were discussing a few minutes
17 ago with respect to Exhibit No. 1?
18      A.  Yes.
19      Q.  And then we have the Cyber Security group.
20 Can you describe, generally, what this group is
21 responsible for?
22      A.  While I worked at the court, they were
23 responsible for overseeing the security posture and
24 footprint and help and status of all cybersecurity
25 initiatives for the courts.

---

Page 26

1       Q.  Okay. So did you work with this group -- or,
2  excuse me -- did the Product Specialist team work with
3  this group in connection with their overseeing or
4  handling of the Tyler Odyssey suite of products?
5       A.  Being a part of the same team, I would say
6  yes. A collective team, the Information Division team,
7  I would say yes.
8       Q.  All right. And then the Service Desk, can you
9  just describe, generally, what the Service Desk did and
10 what their responsibilities were?
11      A.  They were responsible for the frontline
12 support associated with all of the hardware, software
13 and applications that support the courts. So should an
14 issue arise, the Service Desk were the ones to answer
15 the phones and troubleshoot trying to get the system or
16 the user functional again and then responsible for
17 escalating to others should there be an issue outside of
18 their capability to solve, and then assist getting that
19 user to the next tier or the next person that could be
20 supportive of them.
21      Q.  Thank you.
22          And just for the record, we're looking at
23 SO 456 as we -- as I asked that question.
24          Moving to the next page, SO 457, it says
25 Quality Assurance and Platform and Solutions. If you

---

Page 27

1  can just describe, generally, what this group did and
2  what their responsibilities were.
3       A.  So this function did not exist when I worked
4  at the courts, meaning the Quality Assurance and the
5  Platform Solutions were two distinct functions while I
6  was an employee of the court. They were not combined.
7       Q.  Okay. Then what did those two distinct
8  functions do starting with Quality Assurance?
9       A.  That role oversaw the quality and -- hmm.
10 Excuse me. I'm just trying to find the right words --
11 quality and system readiness for upgrades, for
12 validation, for testing. That role worked with each of
13 the functions of the information division depending on
14 the initiative. So if it were brand new laptops being
15 rolled out, they would work with the folks responsible
16 for that so that they could test and validate that the
17 right image was being deployed.
18          The Quality Assurance folks also worked with
19 the Product Specialists for Odyssey upgrades or any sort
20 of changes to that system. And, really, the
21 change management or the aspects of making updates to
22 the system that could be impactful to the end users,
23 they oversaw that process as well.
24      Q.  So, for instance, if there's an upgrade to
25 File & Serve before going live to the public, the

---

Page 28

1  Quality and Assurance group might have worked with that
2  to ensure that it was working properly and testing it
3  and so forth; is that -- is that correct?
4       A.  Yes. Ensuring that the right tests were
5  conducted to be sure that when they did take the upgrade
6  it didn't break any current functionality.
7       Q.  Gotcha.
8          And then the Platform and Solutions, what were
9  their roles and responsibilities?
10      A.  That was actually a very new function in the
11 last few months before I left, but the intent was that
12 we -- the courts would assign specific solutions to
13 these individuals that they would oversee -- very
14 similar to the Court Specialists where they specialize
15 in the Odyssey software, these solutions administrators
16 would oversee the -- as an example, the ServiceNow
17 platform that served up all of the software that the
18 Service Desk used or all of the Microsoft products
19 because they are suites of products that need oversight
20 management from a platform perspective.
21      Q.  And then moving on to SO 458, it's
22 Infrastructure, and the lead position here is IT
23 Infrastructure and Operations Manager. What did the
24 Infrastructure division do and what were their
25 responsibilities?

---

7 (Pages 25 to 28)

Courthouse News Service v. Omundson                                    Carley Nelson

---

Page 29

1      A.  Overseeing all of the hardware, network
2  operations associated with keeping the systems up, all
3  of the data centers, all of the hardware replacement,
4  aging, budgeting for associated replacement platforms,
5  and, again, making sure that the systems are live and up
6  as -- as much as possible.
7      Q.  And would this division also work with the
8  Product Specialist team with respect to, for instance,
9  the Odyssey suite of products?
10     A.  Yes.
11     Q.  Is it fair to state then that the Product
12 Specialist team worked with all of the other divisions
13 as part of the Information Services group?
14     A.  I wouldn't call them divisions.  I would call
15 them groups, but yes.
16     Q.  Okay.  So the Product Specialist group
17 would've worked with, for instance, the Quality
18 Assurance group, Cyber Security, Infrastructure, with
19 respect to any need that would arise that would require
20 those groups' involvement or expertise; is that correct?
21     A.  Yes.
22     Q.  I'm going to show you another document,
23 and this will now be Exhibit No. 50.
24        THE STENOGRAPHER:  52?
25        MR. FETTERLY:  No, it's the premarked

---

Page 30

1  Exhibit No. 50.  This is the declaration of Ms. Nelson.
2  One moment here, I'll pull it up.
3      Q.  (By Mr. Fetterly) And, Ms. Nelson, can you --
4  can you see the -- oh, actually, you can't.  One moment.
5        Okay.  I'm now showing you the document we've
6  marked as Exhibit No. 50 titled "Affidavit of
7  Carley Nelson in Support of Response in Opposition to
8  Motion for Preliminary Injunction."
9        And, Ms. Nelson, are you familiar with this
10 document?
11     A.  Yes.
12     Q.  And are you familiar with its contents?
13     A.  Yes.
14     Q.  Okay.  And then did you draft or at least
15 assist in the drafting of this document?
16     A.  Yes.
17     Q.  Okay.  I'd like to direct your attention to
18 Paragraph No. 12.  It begins with:  "Tyler provides all
19 site maintenance and security patches under the license
20 the Supreme Court has to use File & Serve."
21        Let me just direct your attention then to
22 Paragraph 12(a).  If you could just please review that
23 and let me know once you have done so.
24     A.  Okay.
25     Q.  So I would like to direct your attention to

---

Page 31

1  the last sentence of that paragraph where it says:
2  "However, the IT staff was responsible for working with
3  Tyler in the transition to the cloud service and
4  new-code base."
5        My question is:  Who was the -- who were the
6  IT staff that were responsible for working with Tyler?
7      A.  The Quality Assurance Lead, just to be clear,
8  that position was combined with the Solutions position
9  in that newer org chart that I saw.
10     Q.  Uh-huh.
11     A.  So it was -- it was -- it didn't exist on that
12 org chart that I hadn't yet seen.
13        So the Quality Assurance lead, the Lead
14 Product Specialist, and the Infrastructure Manager --
15 I'm going to pause for a minute.  I believe those were
16 the main people that were involved in partnering with
17 Tyler.
18     Q.  Okay.  And -- and what work did they perform
19 in partnership with Tyler as part of this transition?
20     A.  Testing.
21     Q.  Okay.  And what did that entail?
22     A.  Working through the existing business process
23 that the clerks follow to review and accept filings to
24 ensure that the new system did not change anything that
25 we are used to having or that we knew was a requirement

---

Page 32

1  in order to conduct business.
2      Q.  Okay.  And were any, you know, problems
3  identified and resolved as part of that transition?
4        MS. MITCHELL:  Object -- excuse me.
5  Object to the form.
6        THE DEPONENT:  Can you ask that again?
7      Q.  (By Mr. Fetterly) Yeah.  Were there any
8  problems or concerns, you know, raised and addressed in
9  connection with this transition?
10     A.  During the transition to the Amazon Web
11 platform, the -- the cloud services that are referenced
12 here, there were performance issues that Tyler had to
13 work through, but those were the only things that were
14 identified as part of making the transition that I'm
15 aware of.
16     Q.  And were those issues resolved prior to --
17 well, strike that.
18        Were those issues ultimately resolved?
19     A.  Yes.
20     Q.  Okay.  I'd like to switch gears for a moment
21 and ask you about a different document so we can put
22 Exhibit No. 50 away for now and come back to it in a
23 bit.
24        I'm going to show you a document that was
25 previously marked as Exhibit No. 13 in this case.  One

8 (Pages 29 to 32)

Courthouse News Service v. Omundson                                    Carley Nelson

---

Page 33

1   moment.
2              (Pause in the proceedings.)
3          Q.  (By Mr. Fetterly) And can you see the document
4   marked as Exhibit No. 13?
5          A.  Yes.
6          Q.  Do I need to zoom in at all for you to be able
7   to read it?  It's admittedly a little small on my
8   screen.
9          A.  A little bit, please.
10         Q.  Sure.
11         A.  Thank you.
12         Q.  Of course.
13         A.  That's good.
14         Q.  Okay.  And do you recognize this document or
15  the webpage it depicts?
16         A.  I do.
17         Q.  Okay.  And what is it?
18         A.  This is a site that was built as part of the
19  iCourt implementation.  iCourt was the branding that
20  we added to the whole Odyssey suite of products, and we
21  provided it as a way to allow folks that weren't
22  directly working with the courts to receive information
23  about the transition, notably, the movement from the
24  Idaho repository to the iCourt Portal and also to the
25  e-filing site and then a way for us to broadcast project

---

Page 34

1   updates.
2          Q.  I believe you said "we built," who built it?
3          A.  The courts contracted with a firm.  My
4   apologies.  I do not remember who.  It was quite a few
5   years ago.  And then we provided the oversight and the
6   content.
7          Q.  Just so we're clear, can you -- when you say
8   "the content," to what are you referring?
9          A.  All of the text.
10         Q.  Thank you.
11             So any of the information we're reading on
12  this iCourt website would have been provided or
13  supplied by the court; correct?
14         A.  Yes.
15         Q.  Okay.  And we've been referring throughout
16  this deposition to, you know, the iCourt Odyssey suite
17  or the Odyssey suite of products.  I just want to make
18  sure I'm understanding what that would entail.
19             So does this webpage here, you know, reflect
20  the -- the complete iCourt Odyssey suite of products,
21  at least during the time that you were the Deputy CIO?
22         A.  I would state I don't know the exhaustive list
23  that Tyler sells under the Odyssey suite, but these are
24  the module that Idaho chose to implement and that they
25  prioritized in their contract.

---

Page 35

1          Q.  Understood.
2              So when I talk about the Odyssey suite, it may
3   be more than what's reflected here, if Tyler offers more
4   than what's depicted here, but this reflects the modules
5   that Idaho contracted with Tyler to implement in Idaho;
6   correct?
7          A.  Yes, that's correct.
8          Q.  So just to walk through these briefly, where
9   it says Odyssey Case Manager, what module is that?
10         A.  That is the main application that hosts all of
11  the Odyssey court data and also hosted all of the
12  application information that would, I guess, feed the
13  other modules, so Odyssey is really the core.
14         Q.  And when you -- when you say "Odyssey," are
15  you referring to the case manager or the overall suite
16  of products?
17         A.  Yes, Odyssey Case Manager.
18         Q.  Okay.  And is there a specific contract for
19  Odyssey Case Manager that exists between the Idaho
20  Courts and Tyler?
21         A.  I'm aware of a contract between Idaho and
22  Tyler that encompasses all of these products, and
23  Odyssey Case Manager is included in that.
24         Q.  Okay.  So it's a -- what I'm going at here is
25  does Tyler and Idaho have separate contracts for each of

---

Page 36

1   the modules, or is it a single contract with amendments?
2   What's your understanding of the contractual arrangement
3   or relationship with respect to each of these modules?
4              MS. MITCHELL:  Object to the form.  Just
5   vague as to time.
6              THE DEPONENT:  I'm actually unsure.
7   Quite unsure of how it was all negotiated and what the
8   modules of the contract are, so I'm unsure.
9          Q.  (By Mr. Fetterly) And were you involved in
10  negotiating any of the contracts for any of the modules?
11         A.  I was not.
12         Q.  Okay.  Were you asked to, you know, review any
13  of the contracts with respect to their implementation?
14         A.  I don't believe so.  I -- I don't think so.
15         Q.  Were you involved in the RFP process by which
16  the Idaho Courts selected Tyler for the -- you know, the
17  transition from its prior case management system to the
18  new Odyssey case management system?
19         A.  No, I was not part of the RFP.
20         Q.  Were you involved in the implementation of the
21  Odyssey project?
22         A.  Yes.
23         Q.  And what was your role with respect to the
24  implementation of the Odyssey project?
25         A.  My first role at the courts was a project

---

9 (Pages 33 to 36)

Courthouse News Service v. Omundson                                    Carley Nelson

---

Page 37

```
 1   manager, so I oversaw once the contract was signed and
 2   they were already in the implementation process is when
 3   I started.
 4       Q.  Mm-hmm.  My understanding is that there was a
 5   court technology committee that was convening in
 6   connection with the adoption and implementation of the
 7   Odyssey project.  Were you part of that court technology
 8   committee?
 9       A.  No.  I attended the sessions as the project
10   manager, but I was not part of the committee.
11       Q.  Okay.  We've been going for about an hour.
12   Let's take a five-minute break and we'll -- or maybe a
13   ten-minute break and we'll come right back.
14       Off the record.
15               (A break was taken from
16               1:01 p.m. to 1:17 p.m.)
17       Q.  (By Mr. Fetterly) Okay.  We're back from our
18   break.  And, Ms. Nelson, I'm going to put our
19   Exhibit No. 50 back up on the screen and ask you some
20   more questions, and this is the declaration that was
21   previously filed in this case.
22           Can you please let me know if you can see
23   that?
24       A.  I can.
25       Q.  Great.
```

---

Page 38

```
 1           I would like to direct your attention to
 2   Paragraph No. 6.  It states:  "I have knowledge of the
 3   underlying technical function of File & Serve"; is that
 4   correct?
 5       A.  Yes.
 6       Q.  And just to be clear, File & Serve is one of
 7   the modules we were discussing or applications that's
 8   part of the Odyssey suite of products; is that correct?
 9       A.  Yes.
10       Q.  And this is the application that handles
11   e-filing and e-service; correct?
12       A.  Yes.
13       Q.  You're -- moving on to the next paragraph, 7,
14   it states:  "The File & Serve software program is
15   divided into two basic functions or sides," and then at
16   Paragraphs 7 -- excuse me -- at Paragraphs 8 and 9, you
17   go on to address those.  So I want to just walk through
18   these to get a better understanding of what you're
19   discussing when you talk about these two basic functions
20   or sides.
21           Starting with Paragraph 8, it states:  "The
22   one side, which is public-facing, enables users who
23   register with Tyler 'submitting users' to electronically
24   submit case documents to Idaho District Courts."
25           Did I read that correctly?
```

---

Page 39

```
 1       A.  Yes.
 2       Q.  When we're talking about this public-facing
 3   side of File & Serve, is this then the side that a user
 4   would access by going on to the iCourt website, the
 5   URL, you know, selecting, you know, e-file and then
 6   walking through the prompts that would be required in
 7   order to submit a document through File & Serve?  Is
 8   that the public-facing side you're discussing?
 9       A.  Yes.
10       Q.  And is that public-facing side a separate
11   application within File & Serve?
12       A.  What do you mean "separate application"?
13       Q.  Thank you for asking.  My understanding is
14   that the File & Serve application is split up into
15   different component applications, for instance, there's
16   an EFSP, e-filing service provider.  There's an EFM,
17   e-file manager.  There's also a clerk review queue, and
18   that means there's separate applications that comprise
19   File & Serve.  Is that your understanding as well?
20       A.  I wouldn't describe it that way.  You're
21   probably using the more technical terms described maybe
22   by Tyler.  What I was used to and referenced was the
23   filer side or the public side where you would interface
24   with the webpage to submit filings and then the reviewer
25   side, again, a webpage where the clerk reviewers would
```

---

Page 40

```
 1   interface to review the filings.
 2       Q.  Okay.  So that -- just to make sure I'm
 3   understanding, how would a member of the public access
 4   the public-facing side?
 5       A.  If they had the direct URL, they would just
 6   browse to that or they would get to it through that
 7   iCourt page where you could click directly and it links
 8   it to the reviewer -- or, sorry.  Excuse me.  It links
 9   it directly to the filer side or the public-facing
10   webpage.
11       Q.  And then how would a -- a court clerk or court
12   employee access the -- the court staff-facing side or
13   the clerk-facing side?
14       A.  They need the direct URL, and it is only
15   accessible from within the court network.  And then they
16   would need credentials to be able to log into it.
17       Q.  And then once logged in, that's the side that
18   would allow a clerk to review a document that has been
19   submitted to the court for purposes of accepting or
20   returning; correct?
21       A.  Yes.
22       Q.  Okay.  Are you familiar with the -- the eFile
23   Manager or EFM function of File & Serve?
24       A.  Not -- I don't know what that is.  Maybe I
25   have, but I've never heard it called by that name.
```

10  (Pages 37 to 40)

Courthouse News Service v. Omundson                                      Carley Nelson

---

Page 41

1    Q.  What do you have -- what is your understanding
2  of the EFM as I'm referencing it here?
3    A.  I don't know.
4    Q.  Okay.  You said you've never heard it called
5  that.  What is the "it" to which you're referring?
6    A.  I've never heard eFile Manager as a module to
7  reference anything related to File & Serve.  The terms
8  I'm used to are eFile & Serve, the things we just
9  discussed in relationship to the filer or the
10  public-facing side, the reviewer, the court-facing side,
11  but I don't have knowledge of an eFile Manager or part
12  of the software referred to as the eFile Manager.
13    Q.  Okay.  Moving on, then, I'd like to direct
14  your attention to Paragraph 13.
15      It states:  "I am aware of the requests to
16  Ms. Omundson and/or the Idaho Court System that we add a
17  product called the press review queue."
18      How did you become aware of the request to
19  Ms. Omundson?
20    A.  I don't recall exactly, but I'm remembering in
21  my capacity there were questions directed to myself as
22  either the Deputy CIO or, in this time frame, acting as
23  the Interim CIO, that there was a request to implement
24  the review queue.
25    Q.  And do you recall who you discussed that with?

---

Page 42

1    A.  Well, the request was made from the director,
2  Sara Omundson, herself, but, also, you know, I sat on a
3  leadership team where people were a part of that
4  discussion.  So I'm trying to answer the question, but I
5  think there was a -- there was more than one person
6  maybe that perhaps asked me about it.  And being part of
7  that leadership team, I imagine it was a discussion, a
8  collective discussion.
9    Q.  Do you recall who else besides Ms. Omundson
10  and yourself were part of that collective discussion?
11    A.  Yeah, Nate -- Nate Poppino.  I do know that he
12  was aware or a part of that discussion.
13    Q.  And can you spell his name?
14    A.  I think it's P-o-p-p-i-n-o, I think.
15    Q.  And who is Nate Poppino?
16    A.  While I was at the courts, he was the
17  communication manager or maybe communication director.
18    Q.  Okay.
19      And do you recall anybody else besides
19  Ms. Omundson, yourself, and Mr. Poppino?
20    A.  No, you know, not for certain.  No.
21    Q.  Okay.  And can you, you know, summarize or
22  describe for me the conversations you had between the
23  three of you concerning the request for a press review
24  queue?
25    A.  Just that there was a desire to have a press

---

Page 43

1  review queue and that we'd like to know a little bit
2  more about getting it implemented and whether it's a
3  possibility or what the capabilities are.  Really, just
4  general questions.
5    Q.  And did you or anyone at your direction
6  undertake any action to investigate or discover about
7  the, you know, possibility of implementing a press
8  review queue?
9    A.  Yes.  I reached out -- I reached out directly
10  to the Contractual Support Account Manager that was
11  assigned to us at that time and asked for more
12  information.
13    Q.  And who was that person?
14    A.  Jessi Fisher.  F-i-s-c-h-e-r [sic], I believe,
15  and she worked for Tyler.
16    Q.  And what additional information did you
17  request?
18    A.  Just information about the capabilities and
19  what was offered.
20    Q.  Were these exchanged over -- were these
21  communications over email?  Phone call?  Zoom?
22    A.  The initial request was a phone call, and then
23  there were -- I believe it was -- I don't know if the
24  platform was Zoom, specifically, but it was a video
25  platform.

---

Page 44

1    Q.  Fair enough.
2    A.  A phone call back with video platform.
3    Q.  And who was present on that video platform
4  call?
5    A.  I don't recall.  I know that Jessi was there.
6  I don't recall everyone, but who I do recall, I had
7  the -- the Court Specialist Lead Heidi Manley there, and
8  a representative from Tyler, but I do not remember who.
9    Q.  And what was the approximate time period of
10  this -- this Zoom conference?
11    A.  I'm sorry.  I do not remember.  Maybe last
12  summer?
13    Q.  Is it fair to state that it was during your
14  time when you were employed with the Idaho Courts, so it
15  would've been before January of 2022; is that fair?
16    A.  Yes.  I just -- I -- I'm struggling to give a
17  time range, but, yes, of course, I was employed there.
18    Q.  Okay.
19    A.  I think it was late summer in 2021.
20    Q.  Okay.  You -- you talked about inquiring about
21  capabilities.  Can you elaborate on what specifically
22  you were asking about and then what you learned in
23  response?
24    A.  Yeah.  I wanted to know what the possibilities
25  were as in, of course, Idaho did not have a review queue

---

11 (Pages 41 to 44)

Courthouse News Service v. Omundson        Carley Nelson

---

**Page 45**

1   at that current time and we just wanted to know general
2   questions about what it would take to implement one,
3   what the considerations would need to be, what decisions
4   would need to be made, those kinds of general questions
5   just to gather so that we could formulate where we
6   believe risks were.
7       And then, ultimately, that would need to be,
8   of course, prioritized work, and would need to be work
9   that the teams would need to do, so we needed to
10   understand the impacts. So, again, it was just general
11   questions of if someone were starting from the very
12   beginning, what are the pieces and parts that would need
13   to be considered.
14   **Q. (By Mr. Fetterly) Okay. And so what did**
15   **Tyler --**
16      A. And --
17   **Q. What did Tyler then tell you in response to**
18   **these questions about considerations and so forth?**
19      A. You know, I'm struggling to recall the
20   time frame details, and so I don't -- I don't want to
21   guess, but what I remember is, again, that it would be a
22   specific website outside of our current system that
23   would need to be stood up. I remembered that it would
24   be an additional cost. I remember it would require
25   decisions around configuration either in the existing

---

**Page 46**

1   system of File & Serve and in the new system to support
2   bringing documents in.
3       And I -- I remember having concern about the
4   timeframe, but I do not remember what the estimated
5   timeframe was. I just remember expressing or feeling
6   trepidation about the time it would take to stand
7   something like that up.
8   **Q. In terms of the configuration, do you -- what**
9   **do you recall regarding the configurability or the**
10   **configuration of the press review queue?**
11      A. It would require the Idaho Courts to undertake
12   a large effort to change -- and this is what I recall.
13   I believe it would require the courts to take all of the
14   document security and revisit that and reconfigure that,
15   and then what is referred to as document types, which is
16   the naming of documents to drive capability or
17   functionality in the system based on the type of
18   document that's in the system.
19   **Q. I just want to make sure I understand that a**
20   **little bit further. You're talking about document**
21   **security. How would that have -- what was your**
22   **understanding of what would be required vis-à-vis**
23   **document security to configure the system to work for a**
24   **press review queue?**
25      A. There would need to be a specific

---

**Page 47**

1   more-detailed review of the way that the document
2   security was configured in the system to be supportive
3   of getting the right documents into a press review
4   queue, as I remember, which, at the time did not exist
5   in the detail that was needed.
6   **Q. What aspect of that did not exist?**
7      A. The -- the categories or the document security
8   categories were not specific and detailed enough to
9   protect -- protect documents in the way that a press
10   review queue would possibly get information that was
11   public -- or PII, personal identifying information,
12   inadvertently.
13   **Q. So -- so a configuration would need to be made**
14   **in order to, you know, try to catch that information; is**
15   **that correct?**
16       MS. MITCHELL: Objection to just the
17   form.
18       You can go ahead and answer.
19       THE DEPONENT: Not a configuration. It's
20   a recategorization of documents. So configuration is
21   one part of many parts that would need to be considered,
22   as I recall, to support protecting documents.
23   **Q. (By Mr. Fetterly) So it was -- so was it a**
24   **matter of the Idaho Courts then just further defining**
25   **the document security categories for the system to work?**

---

**Page 48**

1       MS. MITCHELL: Object to the form.
2       THE DEPONENT: No. Again, that's one
3   part of many. So they could change and make decisions,
4   but that wouldn't mean that the bulk of the documents --
5   how do I describe this?
6       It could change and make decisions and
7   they could change configuration, but that wouldn't
8   completely systematically make it so that all the
9   documents have those document security settings. And
10   just changing them for the front end doesn't mean that
11   you're not accounting for all the documents in the
12   system to stay and be secure throughout. So changing it
13   in the front doesn't account for the amount of effort it
14   would take to change it for all of the documents that
15   exist in the system and all of the documents that are
16   viewable and available to the courts and then,
17   ultimately, out into the portal as well. It's a large
18   undertaking just to specifically reconfigure the
19   document security --
20   **Q. (By Mr. Fetterly) Okay.**
21      A. -- as I understood it at the time.
22   **Q. Sure.**
23       Do you have a different understanding of it
24   now?
25      A. No.

---

12 (Pages 45 to 48)

Courthouse News Service v. Omundson                                    Carley Nelson

---

Page 49

1    Q.  Do you have an understanding -- or did you
2  discuss with Tyler, at the time, the ability to limit
3  documents in the press review queue based upon case
4  type?
5    A.  I recall that question coming up, but it's a
6  combination of case type, case security, and document
7  type.
8    Q.  Okay.  And just so we're understanding,
9  what -- we're on the same page, what is your
10  understanding of the case type?
11    A.  Hmm.  Can you ask that a little differently?
12    Q.  Sure.  When you're talking about case type or
13  document type, what's the difference?  What's your
14  understanding of the difference between the two?
15    A.  So a case type is a categorization of a -- of
16  a specific filing; whereas, a document type is a
17  specific labeling that the system can use to automate or
18  protect or route documents within the system.
19    Q.  And you said you had a recollection of that
20  being discussed with Tyler, the case -- kind of the
21  combination of document type, case type, and security
22  group.  And what do you recall Tyler saying in response
23  to that?
24    A.  Yes.  As I recall, it was that in order for it
25  to function and protect and -- and secure the documents,

Page 50

1  which was at the front of each of our questions, mostly
2  to ensure that private information wasn't inadvertently
3  released, it would need to be a combination of case
4  type, document type, and document security considered to
5  ensure that, again, no personal information was
6  inadvertently released.
7    Q.  Okay.  And then did you or anybody on your
8  team take any subsequent steps to examine the -- the
9  feasibility or the ability to, you know, make these
10  configurations so as to implement the press queue?
11    A.  Well, we didn't have access to a press queue
12  to do any further investigation.
13    Q.  Did you or anybody on your team ask Tyler to
14  provide access to a press review queue so you could
15  further explore this ability to configure?
16    A.  No, because we knew that configuring something
17  like that wouldn't -- wouldn't solve the problem.  We
18  had lots of systematic work that needed to be prepped
19  before we could even start to configure or test
20  something like that.
21    Q.  Okay.  What's the basis for that statement,
22  that we knew it would not work?  How do you know that?
23    A.  Well, in reference to my comments about the
24  document security rework that was needed.  And, again,
25  because document security and document type drive so

Page 51

1  many functions in the system speaking to the suite of
2  products, Case Manager's the engine for all of those,
3  meaning it hosts all the data and the databases.
4    So if we were to change document security,
5  document type, or modify case types, which, for the
6  initial implementation of a system is just too hard to
7  do because of the downstream impacts and the automation
8  the system allows.  There was so much systematic impact
9  that could be raised by changing document security and
10  document type that would need to be evaluated.
11    So the reason I made the comment was because
12  there was a lot of effort that would need to be taken
13  and a lot of review and testing that would need to be
14  done to review and change document security, document
15  type, all of those features and functionality before a
16  review queue could be configured to see if it was
17  something that we could eventually get to.
18    Q.  Did you discuss with Tyler the ways other
19  courts have implemented press review queues?  And, by
20  that, I mean other state courts that are using the Tyler
21  Press Review Tool.
22    A.  I believe we saw a version of one, and I can't
23  remember who it was right off the top of my head, and
24  I -- it was very brief in what we saw.  I don't
25  remember.

Page 52

1    And the reference was that the -- the way in
2  which Tyler described it to us was, "Some people choose
3  this; some people chose -- have chosen that."  It
4  wasn't -- it wasn't -- it wasn't in specific reference
5  to this jurisdiction or this state chose to do this, X,
6  Y, and Z.  It was more generalities.
7    Q.  Did you or anyone on your team speak with any
8  of the state courts that used the Press Review Tool to
9  discuss how they have implemented it?
10    A.  I did not, and I am not aware of anyone that
11  worked under in my team that did -- that did that, no.
12    Q.  And then you were talking about the potential
13  need to change document security or document type.  Why
14  would document security or document types need to be
15  changed in order to implement a press queue?
16    A.  The way that the system was configured
17  initially to support bringing case -- the case
18  management system live, we had public documents and I --
19  and I may even get this wrong because it's been some
20  time since I've been in the system.  But as I remember,
21  it was public documents, confidential documents, and I
22  think maybe a third category -- well, I know a third
23  category, but I don't remember the name of it -- and it
24  was too broad.
25    Knowing the number of case types and the

BUELL REALTIME REPORTING, LLC
206.287.9066  l  800.846.6989

ER-2096

Courthouse News Service v. Omundson                                    Carley Nelson

---

Page 53

1   sensitive nature embedded under even public case types,
2   there needs to be more specific delineation for, again,
3   document security matched to document type to protect
4   sensitive information that is submitted in a public
5   case, for an example. And without those protections in
6   place matched to a document type, there is the potential
7   that a -- that a document containing sensitive
8   information could be made available that was not
9   intended to be made available.
10      Q. Understood.
11      So the Idaho Courts have the ability to assign
12  security based on case type or document type; correct?
13  That's a generally true statement?
14      MS. MITCHELL: Object to the form.
15      THE DEPONENT: I truly do not remember
16  how the system drives document security and document
17  type access, so I couldn't validate that statement.
18      Q. (By Mr. Fetterly) Okay. But some -- some level
19  of configuration would be required to ensure that case
20  type and document type were filtering or sequestering
21  out private or confidential information; correct?
22      MS. MITCHELL: Same objection.
23      THE DEPONENT: It's a combination of the
24  document type, document security, and case type. I just
25  don't know exactly the drivers and the -- the

---

Page 54

1   relationship between what comes first, what comes
2   second, or what's related on to each other. I just
3   don't know enough.
4       Q. (By Mr. Fetterly) Gotcha. So for each document
5   based upon what would be designated by the filer,
6   someone would just need to say whether it's a public or
7   private document; is that correct?
8       A. I don't think that's what I was trying to say.
9       Q. Okay. But is that -- as far as the
10  configuration, is that a generally correct statement,
11  that for each document type, for instance, someone with
12  the Idaho Court would need to decide whether the
13  document type was public or private; correct?
14      A. To my recollection, at the time that I worked
15  in the courts, I believe that was -- I believe that was
16  the current state, that a document would be submitted
17  and then a selection of the type of document and the
18  security on that document also needs to be set. But,
19  again, it's foggy to me the relationship between those
20  and what -- what comes first and what comes second in
21  the process.
22      Q. And did the court have the ability to assign
23  kind of automatic security groups so that certain
24  document types if selected by the filer would
25  automatically be given a nonpublic designation?

---

Page 55

1       A. I don't recall. I don't remember.
2       Q. Okay. And, likewise, with respect to case
3   types, was it the case that during your time with the
4   Idaho Courts, that for each case type, someone at the
5   court would decide whether the case type was a public or
6   private case type?
7       A. I believe when it came to case types, those
8   were automatically set so that when a filing was filed,
9   there was a default configuration that would protect
10  items initially, or -- or if they didn't need to be
11  protected, they would leave them open. I believe with
12  the case types, those were automatically set.
13      However, the review still -- the review was
14  still something that allowed the ability to ensure that
15  the right case type was selected because that would
16  occur where they would select the wrong case type. And
17  then maybe it was information that was confidential that
18  needed to be protected or it needed to be -- a filing
19  needed to be submitted differently or something like
20  that.
21      So, again, it was the initial system
22  configuration to let them have them submit it under the
23  case type and the security was set there. But I believe
24  even the -- even, you know, before I left the courts,
25  the clerks were still seeing and catching things where

---

Page 56

1   items may be filed incorrectly or under the wrong
2   security group, but as I understand it, the system would
3   set them.
4       Q. Okay. So then I'm going to show you a
5   document that was previously marked in this case as
6   Exhibit No. 37.
7       And can you see this?
8       A. Mm-hmm.
9       Q. Okay. And I'm showing you the page that's
10  Bates stamped, labeled CMS 013287. And do you recognize
11  this page or the webpage it depicts?
12      A. Yes.
13      Q. And what is it?
14      A. This looks like the filer's or the public site
15  where people can submit filings.
16      Q. So the public-facing side of the File & Serve?
17      A. Yes.
18      Q. So I want to show you here, we see one of the
19  selections is "Category," and I'm -- I'm going to go up
20  to Bates label 013286, and we see the case categories of
21  civil, family, guardianship, probate, or mental health.
22  And let me zoom in. It's a little small, I see.
23      Can you see that okay?
24      A. Yes.
25      Q. So are these case categories -- strike that.

---

14 (Pages 53 to 56)

Courthouse News Service v. Omundson                    Carley Nelson

---

Page 57

1      Would the Idaho Court have the ability to
2  assign or designate a security group then automatically
3  based upon case category?
4      A.  I actually don't know that.
5      Q.  Okay.  Moving on to the next page, we're now
6  looking at -- let's see -- this is 013287.  We see "Case
7  Type."  This was the case type we were just discussing.
8      Is this the case type that would be
9  automatically assigned a security group within the
10  system?
11      A.  As I understand it, the capability is that a
12  case type may have an automatic security assigned to it.
13      Q.  And did you discuss with Tyler the ability to
14  configure a press review queue, or the Press Review
15  Tool, by limiting it to only certain case types?
16      A.  I don't remember.
17      Q.  Okay.  So do you recall discussing with Tyler
18  the ability to limit the press review queue to only
19  provide access to case types, for instance, of "AA - all
20  initial district court filings not listed in E, F and
21  H1"?
22      A.  I recall it being a combination of case -- I
23  recall it being a -- a general statement about the
24  capability to use case type, document type, and document
25  security.

---

Page 58

1      Q.  Okay.  So case type is -- and when you say
2  "case type," we're referring to the case types that are
3  reflected here on 013287; is that correct?
4      A.  As I understand it, yes.  As I understood it
5  from Tyler, yes.
6      Q.  And as we talk about document type, would that
7  be reflected here under the types of documents under
8  "Filing Code"?  And I admit this is a scroll-down.  This
9  does not depict all of them.  It depicts just a few, but
10  is this your understanding of what the document type
11  would be?
12      A.  No.
13      Q.  What is the understanding of the document
14  type?
15      A.  Document types are configured inside the
16  system.  It's not something the filers select.  So the
17  filers select a filing code, and then underneath that --
18  there's specific types of documents that are configured
19  underneath that.  So filers don't select document types,
20  as far as I recall.  I didn't configure the system
21  myself, but as far as I recall.
22      Q.  Okay.  What's your understanding of the
23  difference between a filing code and a document type?
24      A.  I believe a filing code -- actually, I'm --
25  I'm outside of my -- I -- I don't -- I don't believe

---

Page 59

1  filing codes are document -- I don't believe that filing
2  codes are document types.  But I also, looking at this
3  list, I think -- I think it's functionality.  And,
4  again, this is my -- my knowledge is dated, but I think
5  it's functionality that they enter in and then it sets a
6  specific type of information in the case, you know, to
7  make the filing go easier, meaning specific event codes
8  or things like that to help with the clerk.  But, again,
9  that would -- that would -- that's merely a guess.
10      Q.  Did you discuss with Tyler what, if anything,
11  would be required in order to, you know, align the
12  filing codes with document types for purposes of
13  implementing a press queue?
14      A.  No, I don't think so.
15      Q.  Did you or anyone on your behalf undertake any
16  examination or inquiry into what would be required in
17  order to, you know, align filing code with document type
18  for purposes of configuring a press queue?
19      A.  Not that I recall.
20      Q.  Did you or anyone at your direction inquire to
21  the amount of time or resources that would be required
22  in order to, you know, allow -- to configure a press
23  queue based upon document type?
24      A.  No.  Because we knew it was a combination of
25  document security type and case type, that would require

---

Page 60

1  lots of discovery time to estimate just the impacts to
2  the system so we did not do it just for document.
3      Q.  Did you or anyone at your direction then, you
4  know, inquire or undertake a study of what amount of
5  time or resources would be required to configure a press
6  queue based upon either case type, document type, or
7  security group?
8      A.  No.  We knew that just the investigation for
9  impacts would take months, and so it was something we
10  knew we needed to plan in the future.  And what I mean
11  by that is looking through all of the modules that were
12  based on the case management system, peeling back the
13  configuration there, peeling back the automation, the
14  custom business rules, all of the things that were
15  driven in the system based on type, security, and case
16  type.  We knew that effort just to understand the
17  timeframe and the impact would be a couple of months
18  even, and of itself, just to estimate a time frame to
19  implement the press queue.
20      Q.  And how did you know that?
21      A.  The number of types of documents in the
22  system, the number of modules, the number of forms that
23  were in the system that had automation in them that were
24  driven off of case type, document type, document
25  security.  You know, we made -- we made a broad estimate

15  (Pages 57 to 60)

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

ER-2098

Courthouse News Service v. Omundson                                      Carley Nelson

Page 61

1   based on what we knew at the time of how long it would
2   take to do an investigation to even be able to talk
3   about the capability to be able to do that.
4        Q.  Okay.  And when you talk about months, how
5   many months were you talking about?
6        A.  At that time, we planned our work in
7   three-month increments.  We planned them in quarters,
8   and so it was a guess that we could utilize a single
9   quarter to do the investigation, but, again, it was a --
10  a guess of dedicating some time to do the research.
11       Q.  And so -- I see.  So it wasn't based upon an
12  actual number of maybe business hours or specific hours,
13  it was just based upon kind of the three-month quarters
14  with which you generally would assign work?
15       A.  Yes, but we felt confident to that -- to that
16  end.  We felt confident it would take a full quarter
17  knowing the number of forms that are in the system, the
18  number of documents that are in the system, the types of
19  automation, the custom business rules that we were
20  already leveraging that would need to be evaluated.
21       Q.  So is that a full-time quarter, like an entire
22  team dedicated for the entire quarter, or is that
23  interspersed among other work throughout the quarter?
24  What kind of time commitment were you thinking of?
25       A.  It would be -- as I remember, it was a team of

Page 62

1   people, and I think that team was comprised of maybe six
2   or seven individuals that -- because to get a full view,
3   an estimate and impact of what that would take, you need
4   a few different specialties to -- to be thoughtful of
5   that.  You know, the folks who build the forms and
6   automate the forms, the folks who understand the
7   database, you know, all of that would need to be
8   evaluated.
9        So I couldn't boil it down to one full-time
10  person because there's different specialties.  But the
11  operating understanding was that you could assign it to
12  a specific team, and that team would work with
13  individuals that would need to be consulted as part of
14  arranging or bringing together that estimate.
15       Q.  Okay.  And as far as the security group, when
16  you're talking about the assignment of a security group,
17  my understanding is at one point in time, the Idaho
18  Court website allowed filers to designate whether their
19  filing was confidential or public.
20       Is that the type of security group that would
21  have, if it existed, filtered out, you know, or secured
22  public versus nonpublic filings?
23       A.  No.
24       Q.  Okay.  Why not?
25       A.  Too broad.

Page 63

1        Q.  Why is that?
2        A.  So even in the public security group or
3   public -- theoretically public case type, there are
4   documents submitted with personal information on them.
5        Q.  Okay.  So I just want to make sure we're
6   understanding each other.  So there might be documents
7   that have personal information on them, but they're
8   public documents.
9        So, for instance, are you referring to a
10  public document that might contain a social security
11  number or --
12       A.  Yes.
13       Q.  -- other identifying information?
14       A.  Yes.
15       Q.  Okay.  Other than personal identifying
16  information, how else -- is there any other way in which
17  it's too broad?
18       A.  Yes.  Based on my understanding, the types of
19  filings and documents, you couldn't just assign public
20  and confidential as broadly as that because the system
21  is supportive of, again, a combination of document type
22  and document security.  And when those public and
23  confidential were so broadly assigned, the capability to
24  be able to move those documents confidently through the
25  system without exposing information just didn't -- isn't

Page 64

1   there.  It didn't exist.
2        Q.  And how do you know that?
3        A.  I -- I knew that at the time because, again,
4   if a case type was public and someone selected a public
5   document without a review or a view of that document,
6   there was never a certainty that something wasn't
7   submitted that was maybe confidential and it was
8   selected incorrectly or had personal information on it
9   or was in the wrong case type or in the wrong filing --
10  maybe filing code or -- or -- there's always, you know,
11  going to be mistakes made because humans are humans.
12       Q.  I'm not sure we're talking about the same
13  thing.  I'm trying to understand the technological
14  capability to automatically filter and secure documents,
15  and I believe you're talking about your clerk review.
16       I guess my question is:  If the system had the
17  ability -- if the system included the ability for a
18  filer to select public versus confidential, and the
19  filer selected confidential, would that then
20  automatically assign a security group that would
21  sequester and maintain the confidentiality of that
22  document?
23       A.  I -- I'm not sure.  I didn't configure the
24  system for the public or confidential groups, so I can't
25  speak confidently to the way, when it was viewable, for

16  (Pages 61 to 64)

Courthouse News Service v. Omundson                                                      Carley Nelson

---

Page 65

1   a filer to select confidential. I don't know how the
2   system was configured behind it to -- to be supportive
3   or to confirm that answer.
4       Q. Okay. Do you have an understanding of of, you
5   know, when the Idaho Courts were to assign an automatic
6   security group to either a case type or a document type
7   that it would reliably, you know, kind of filter or
8   segregate that document so that it would not be put into
9   the publicly available arena?
10      A. I'm sorry. I don't quite understand your
11  question.
12      Q. Yeah. So we were talking about the ability to
13  assign security groups and the Idaho Courts have the
14  ability to designate documents as public or confidential
15  based upon case type, document type.
16      And my question is: If the Idaho Courts
17  designate a document as, you know, nonpublic based on
18  either case type, document type, or security group, do
19  the Idaho Court Systems, you know, never segregate or protect
20  those documents so they are not made publicly available?
21      MS. MITCHELL: Object to the form.
22      THE DEPONENT: I don't know enough about
23  the current -- or about the configuration to answer that
24  confidently. I don't.
25      (Exhibit No. 52 marked.)

---

Page 66

1       Q. (By Mr. Fetterly) I'm going to show you a
2   document. I'll -- let's see. This will be
3   Exhibit No. 52. The document is produced in this
4   action, Bates labeled SO 5447. Let me put it on the
5   screen, and let me know if you can see this document.
6       A. Yup, I can.
7       Q. I'm going to highlight a section from the
8   email. This was -- and, actually, let me ask you a
9   different question.
10      Do you know any of the parties are on this
11  email thread under the from, to, or the cc? Do you
12  recognize any of these names?
13      A. Some, not all.
14      Q. Okay. What names do you recognize?
15      A. Kristina Glascock, Dorothy McMullen,
16  Diann Jones, Sharie Cooper, Pam Schultz, Wendy Scott.
17      Q. And are all these people that you recognize
18  employees with the Idaho Courts, or at least at the time
19  of this email?
20      A. I'm pretty sure clerks are employees of the
21  county. So the ones on the very bottom are clerks.
22  They are not employees of the state.
23      Q. Okay. But in any event, these would be -- you
24  recognize them in terms of -- you're familiar with them
25  in your capacity as, you know, Deputy CIO or as a former

---

Page 67

1   employee of the court; correct?
2       A. Yes.
3       Q. Okay. And so looking at the email from
4   Wendy Scott to Kristina Glascock dated January 12, 2016,
5   and I've highlighted a section of this email that says:
6   "For documents that are always exempt from disclosure,
7   such as a family case law info sheet, they will
8   auto-trip to confidential once they attach to the case
9   because the event is configured that way."
10      Do you have an understanding of what this
11  means?
12      A. Generally, yes.
13      Q. And what is your understanding of this?
14      A. I believe what she's referring to is if a
15  filing is evented -- and I'm putting quotation marks
16  around the word "evented," because that is an action you
17  can take in the system to place an event on a case. I
18  believe that there is a security capability that can be
19  added on an event if a document is evented that could
20  protect -- you could add a security setting on an event.
21  And, again, I'm speaking in generalities because I'm not
22  a -- I was never someone who configured the system.
23      Q. So would this be a configuration that would
24  attach to a particular document such as a family case
25  law info sheet?

---

Page 68

1       A. Someone would have to add an event to attach
2   it to the document, a clerk.
3       Q. Could the system be configured to
4   automatically assign a security group to that type of
5   document?
6       A. I don't -- I'm not sure. I don't know if a
7   document type -- so that -- so I'm answering it like I
8   don't know if a document type could get an automatic
9   security configuration. I don't know that answer.
10      Q. Do you know who would know that answer?
11      A. No, not at this stage where I no longer work
12  there.
13      Q. During your time when you worked there, if you
14  wanted to know the answer to that question, who would
15  you have asked?
16      A. I -- I probably would've asked one of the --
17  the -- I'm trying to remember what you were calling them
18  earlier. One of the court specialists or application
19  specialists, the one -- oh, sorry. It's escaping my
20  mind. I think we called them application specialists.
21  So it was the group that was responsible for testing and
22  configuring the system, supportive of keeping it
23  current. I don't know what they call them on the org
24  chart right now.
25      Q. Was that the Product Management group?

---

17 (Pages 65 to 68)

Courthouse News Service v. Omundson                    Carley Nelson

---

Page 69

1   A. The -- not Product Management.
2   Q. Or Project Management group?
3   A. No. No, I think on one of your charts it said
4   Application Specialist. Application Specialists, I
5   would ask them.
6   Q. Okay. And you're referring to evented, and
7   what would -- what prompted you to reference that?
8   A. Wendy says: "They will auto-trip to
9   confidential once they attach to the case because the
10  event is configured."
11  Q. I see.
12  A. So when a case is filed, it events, or in the
13  old system, they were called register of actions.
14  Q. Okay. So to your knowledge, this email
15  doesn't speak to the ability to automatically assign a
16  security group based upon a document type or case type;
17  correct?
18  A. No.
19  Q. Okay. I'm going to show you another document
20  that was previously marked as Exhibit 43. Oh, strike
21  that.
22      Exhibit No. 44. Okay. Have you seen this
23  document before?
24  A. No.
25  Q. Do you recognize any of the case type codes or

---

Page 70

1   case types that are reflected on this document?
2   A. I recognize case type. I don't know the
3   codes.
4   Q. And, likewise, moving on to the other columns,
5   security group or default case security, do you
6   recognize this or have an understanding of what it
7   means?
8   A. I wouldn't be able to speak to what that table
9   represents.
10  Q. Okay. Let me ask you generally: Do you have
11  an understanding of whether the Idaho Courts have the
12  ability to automatically set a security group or
13  confidentiality setting based upon case type codes such
14  as the codes that are referenced in this document?
15  A. I don't. I really don't.
16  Q. Okay. Do you have an understanding of who
17  would know that information?
18  A. I would ask the same group, the court -- I
19  think it's the applications -- court applications --
20  Q. Okay.
21  A. -- specialists.
22  Q. We've been going for about an hour once again.
23  Let's take another ten-minute break.
24  A. Okay.
25      (A break was taken from

---

Page 71

1       2:13 p.m. to 2:44 p.m.)
2   Q. (By Mr. Fetterly) So, Ms. Nelson, before we
3   took our break, we were discussing a Zoom conference
4   call that you participated -- or, maybe not Zoom -- a
5   video conference call between yourself, Tyler
6   Technologies, and at least one or maybe more other Idaho
7   Court employees regarding the press review queue.
8       Do you recall that testimony?
9   A. Yes.
10  Q. Approximately, how long was that Zoom call?
11  A. In duration?
12  Q. Correct, yes.
13  A. Maybe, I would say, 30 minutes to an hour at
14  the most.
15  Q. Okay. And following that -- following that
16  video conference with Tyler, what discussions were had
17  between you and Ms. Omundson or any other members of
18  your team regarding what you had just heard and learned
19  from Tyler?
20  A. I think the summaries of the conversations
21  were that, based on what we learned, we could estimate
22  that the time it would take for us to learn all of the
23  parts of the system that would need to be considered
24  should we undertake the document type and document
25  security reconfiguration. I believe really the only

---

Page 72

1   thing that we talked about was that we needed time to
2   look into all the parts of the system that would need to
3   change and that time would need to be prioritized into a
4   quarter of effort.
5       So, again, we worked in quarters, and one of
6   the follow-up statements was, based on what we know and
7   based on what we learned, we would need at least a
8   quarter to review and determine if that was something
9   that we could estimate a time frame for us to work
10  through the document type, document security, case type,
11  learn all that we could, ask a lot of the specific
12  questions that I think you're trying to ask me, which
13  is: Is this possible here, is this possible there, and
14  what needs to be tested and considered if we make those
15  decisions? All of those pieces and parts.
16      I think, you know, the follow-up to that was
17  really just trying to say what would -- if we decided to
18  take this on, what would the next steps need to be, and
19  what would be the time we need to look into it?
20  Q. Okay. And was a decision made as to whether
21  or not to pursue that inquiry and put this into one of
22  those, you know, quarter-long work processes?
23  A. I believe it was listed out as a possible
24  initiative. And I left the courts before they did the
25  planning for the following January, so I -- I don't know

18 (Pages 69 to 72)

Courthouse News Service v. Omundson                                    Carley Nelson

---

Page 73

1    if it was prioritized or not.  But I do know that we had
2    it on the backlog, really, is the way we would call it,
3    something that had been requested and something that
4    would need to be prioritized.  Again, that is reworking
5    the document security, document type, and case type
6    security.
7        Q.  So is it your understanding then that that was
8    **something that was put into a work queue or process to**
9    **be done but it just wasn't done during the time that you**
10   **were at the court; is that correct?**
11       A.  So let me compartmentalize this a little bit.
12       **Q.  Mm-hmm.**
13       A.  The work to redo the document security as it
14   was designed was always something that the courts wanted
15   to do from the -- from the beginning from when we
16   implemented Odyssey.  There was a lot of factors that we
17   would have -- that they would have benefited from.  And,
18   again, there's forms in the systems.  There's custom
19   business rules.  There's automation.  There's a lot of
20   things that would have benefited from it from doing
21   that, but that effort was large.
22          So I'm compartmentalizing it because it was
23   always the intention, and it was indeed in the backlog
24   to reconsider, reconfigure, make some decisions
25   associated with document security.  With the addition of

---

Page 74

1    the request of the review queue, there were added layers
2    to that.  Again, I compartmentalized there's
3    a large effort for document security, but now the added
4    layers are document type and case type security that
5    would need to be considered in all of that, so it's one
6    of many now.
7           And so the document security work was a
8    request that was in the backlog, but now the added
9    layers of type -- document type and case security
10   coupled with all of that was listed as something that
11   could be considered to be prioritized.  So I don't know
12   what happened with it beyond there, because, again, when
13   I -- when we went through this exercise it was in the
14   last few months I was employed at the courts and the
15   next planning quarter was in January.  So I left, but I
16   do know that we had said, "Yeah, this is probably
17   something we should consider to be prioritized," but I
18   don't know where it landed on the list.
19       **Q.  Okay.  And to your knowledge, was that work**
20   **done?**
21       A.  I don't know.
22       **Q.  Okay.  During this video conference with**
23   **Tyler, did -- did you or anyone on the -- on the**
24   **conference discuss with Tyler the application program**
25   **interfaces or APIs for the press review queue?**

---

Page 75

1        A.  I don't recall.
2        **Q.  Do you have an understanding of what that is,**
3    **the application program interface or API for the press**
4    **review queue, or I guess more specifically, the Tyler**
5    **Press Review Tool?**
6        A.  I know what APIs are in -- in more technical
7    terms, but I didn't -- I'm not aware that there's one
8    that exists for -- or I guess -- I guess I should state
9    I don't recall that there was an API brought up in that
10   conversation in relationship to a press review queue.
11       **Q.  Okay.  And during that video conference, was**
12   **there any discussion about the Idaho Courts' ability to**
13   **build or construct their own press review queue?**
14       A.  I don't remember specifically, but I do recall
15   either in the call or -- or in the debrief after where
16   we'd talk about what it would take for us to look into
17   this whole effort, I don't remember at which part of the
18   conversation this took place, but I do recall that we
19   did acknowledge that we didn't have the resources able
20   to build our own.  I do remember some part of that
21   conversation.
22       **Q.  Okay.  And what specifically do you recall**
23   **about that conversation?**
24       A.  So in order to build a press review queue, you
25   would need skill sets that we didn't have available to

---

Page 76

1    us on staff.
2        **Q.  And what skill sets would those be?**
3        A.  At a very high-level understanding, a web
4    developer.  A -- I don't even remember what the review
5    queue looked like specifically, but my guess is standing
6    up a separate database or some way for us to host the
7    documents that would be viewable, because you wouldn't
8    want -- theoretically, and I'm speaking to you wouldn't
9    want, you know, access to the court database, so you'd
10   probably need those specialties, someone to stand up a
11   brand new one and support that.
12          And, you know, the -- the court -- the
13   Idaho -- the Information Division of the Idaho Courts,
14   you know, they didn't build -- they didn't build
15   applications and support them on their own, you know?
16   It was -- Odyssey was purchased because it was a system
17   that was supportive of a vendor providing the updates
18   and the system updates, you know, and it was really a --
19   you know, a configuration that we would do on the -- on
20   the court side.
21          And so we just didn't build up, while I was
22   there, the capability to have someone develop an
23   application and be supportive of that, much less a part
24   of the organization where you would have attrition and
25   all that kind of stuff where you could have people that

---

19  (Pages 73 to 76)

Courthouse News Service v. Omundson                                    Carley Nelson

---

Page 77

1  would come in and be trained and support an application
2  you custom wrote.
3       Q.  **Understood.**
4           **So the Idaho Courts would be dependent on, you**
5  **know, Tyler or other third parties to provide that level**
6  **of programming or sophistication in connection with its**
7  **IT services; correct?**
8       A.  Yeah.  That was -- at the time that I was a
9  part of the Information Division, that was a specific
10 choice that was made.
11      Q.  **Okay.  And when you say "specific choice," it**
12 **was a specific choice to not hire and build out an**
13 **in-house capability, but instead, you know, be dependent**
14 **or reliant on third parties to provide those services?**
15      A.  Yes, that's correct.  Just didn't have the
16 budget or the capability to do that and foster that kind
17 of an organization.
18      Q.  **So you mentioned that following this video**
19 **conference there was a -- a debrief.  And just to be**
20 **clear, who were the participants of that debrief?**
21      A.  I could really say for certain only myself.
22 Heidi Manley, I think.  I'm pretty sure she was there.
23 She was the Lead Court Specialist.
24          And then either in the debrief or in a
25 subsequent session, I shared information with

---

Page 78

1  Ms. Omundson.  Either she was a part of the debrief or
2  she -- it was, you know, a subsequent conversation I had
3  with her where, you know, she asked:  Where do you guys
4  believe, you know, we could go from here?  What's the
5  information that you gathered?  I think she was in the
6  debrief.  I'm not 100 percent.  I can't recall it
7  100 percent, but I know that I at least shared that
8  information to her.
9       Q.  **And what did you report to her in terms of**
10 **where you could go from here?**
11      A.  Same -- same I already gave, which is we would
12 need a quarter to look into it.  We would need to couple
13 it with the document security effort that had been on
14 the backlog for some time.  We would need to peel the
15 system backwards and start to really unpack where all
16 the customization and automation is so that we could
17 ensure we're not disrupting or changing any parts of the
18 system or any of the modules, you know, based on the way
19 in which all of the suite of products interacts.  That
20 was what I shared with her.
21      Q.  **Was there any discussion or examination of,**
22 **you know, whether the press -- a press review queue**
23 **could be configured based upon Idaho's current, you**
24 **know, case type, document type, or security**
25 **configurations?**

---

Page 79

1       A.  I mean, going into it, I think we knew that
2  the possibility of -- I mean, I think going into it,
3  we -- we -- we had the mindset that we were thinking
4  about our current state, but quickly knew -- I found out
5  based on the information we received and the -- the
6  questions that we asked specific to the document type,
7  document security, case type, confidential, you know,
8  all the documents that are coming in, we quickly
9  determined that, A, the configuration as it existed at
10 the current state wouldn't give us the level of
11 confidence we needed that private information wouldn't
12 inadvertently make it out.  And then we went to B where
13 we needed to look into it and really determine how it
14 could be possible with the current configuration of the
15 system.
16      Q.  **And that -- that's what I'm trying to better**
17 **understand is the A, the configuration in its current**
18 **state.**
19          **What, in particular, led you to believe or**
20 **conclude that the configuration at the current state**
21 **would not -- would not work?**
22      A.  The document security, document types, they
23 all aren't specific and catered enough to be as
24 automatic probably as they should have been.  I don't
25 know the specifics of case type security, but there's

---

Page 80

1  also event security as you noted in that one email.  So
2  there's my contributing factors that probably needed to
3  be more particular in concert with each other instead of
4  independent decisions.
5           And so the confidence just wasn't there that
6  if we set something up and we moved it forward the way
7  that the press queue is capable of doing or making
8  decisions, you know, there's just not -- there wasn't a
9  level of confidence that we had made all those decisions
10 from a systematic perspective that they would be
11 supportive of a press queue.
12      Q.  **So you're speaking in terms of a lack of**
13 **confidence but, ultimately, whether or not it could be**
14 **done or what would be needed to be done was something to**
15 **be considered as part of the -- the subsequent**
16 **evaluation; correct?**
17      A.  Yeah.  Yes.
18      Q.  **Okay.  So following the conference with Tyler,**
19 **there was no decision made as to whether it could be**
20 **done or what would be required.  It was just a matter of**
21 **something more will need to be done to understand this;**
22 **is that correct?**
23      A.  So I believe it was not now because, again, we
24 didn't have the confidence that the system was set up
25 systematically in the way that a press queue would be

---

20  (Pages 77 to 80)

Courthouse News Service v. Omundson                    Carley Nelson

---

Page 81

1  supportive of.  It would be supportive of a press queue
2  with confidence to protect the information, but it was
3  a -- it was a not now; however, now we could look into
4  document security, document type, case type, and -- and
5  see what it would take in order for us to couple those
6  efforts and make them more specific.  And, again, look
7  at them from a systematic perspective to ensure that
8  everything is protected in the way it needed to be and
9  that it doesn't have downstream impacts to the other
10 modules in the system.
11      Q.  Okay.  So what would've been required to
12 provide that confidence that you said you did not have
13 following the meeting with Tyler?
14      MS. MITCHELL:  Objection to form.
15      THE DEPONENT:  So the work that we would
16 do in the following quarter to dig deeper into the
17 system to understand what would need to change and if it
18 was something that we could do.
19      Q.  (By Mr. Fetterly) Did you ask Tyler to set up a
20 press review queue so that you could evaluate or test
21 it?
22      A.  I don't think -- I don't -- I don't -- I don't
23 believe that I did, no.
24      Q.  Do you -- did anyone on your team make that
25 request of Tyler?

Page 82

1      A.  Not that I recall.
2      Q.  During the video conference with Tyler, did
3  you discuss with the Tyler rep the Auto-Accept feature
4  of File & Serve?
5      A.  I don't -- I don't know if we talked about it
6  during that call, but I'm aware of it.
7      Q.  Okay.  And how are you aware of it?
8      A.  So in 2016, when we first implemented
9  e-filing, it was a capability.  That's how I'm aware of
10 it.
11      Q.  Mm-hmm.
12          And did the -- did you or your team consider
13 that capability or consider implementing that capability
14 at that time?
15      A.  Consider?  It -- it wasn't our decision for
16 all of the configuration.  What we really did was take
17 the requirements set either by the existing business
18 process, or if we were given requirements by the court
19 technology committee on -- on specific parts that they
20 wanted to be thoughtful of.
21          So I -- asking me if we considered it, we knew
22 it was a feature.  And I don't remember exactly because
23 it was so long ago, but I do know that we knew it
24 existed, but we understood that based on clerks taking
25 filings over the counter and stamping the filings and

Page 83

1  physically looking at them and putting them in the -- in
2  the case management system, we understood that that was
3  the intent for implementing e-filing at that time.
4      Q.  Is it fair to state that you weren't asked to
5  consider the Auto-Accept feature?
6      A.  I wouldn't say that either, no.
7      Q.  Why not?
8      A.  It -- it was -- it's a capability of the
9  system.  We were never told -- we were never told not to
10 do it and we were never told to do it.  We were
11 implementing the system based on what we understood the
12 business process to be, so Auto-Accept was -- was just
13 not something that I -- I believe came up even in the --
14 in the -- and, again, I can't recall, but I -- we knew
15 it was a capability, but it wasn't supportive of our
16 current process knowing the clerks reviewed the filings
17 over the counter and stamped them when they came in.
18      Q.  You're referring to, you know, counters and
19 filings and stamps.  Are you referring to paper filings?
20      A.  Yeah.  So as we set up e-filing, we were
21 moving from the paper-based system to the electronic
22 system and we had a current business process that we
23 were ensuring had the level of review and view that was
24 to the current state but, also, you know, being
25 thoughtful of the shift and the change to the electronic

Page 84

1  system.
2      Q.  And then during your period -- during the
3  period of time that you were the -- the Deputy CIO or
4  the interim CIO, did you or anyone on your team consider
5  or discuss the possibility of implementing an
6  Auto-Accept system for, you know, one or more case types
7  or document types with the Idaho Courts?
8      A.  Yes.  Yes.  We were asked to, you know,
9  resurface some of the documentation that we had and just
10 whether or not it made sense.  And what we quickly found
11 in talking to -- I'm sure that at one point -- I wasn't
12 on this group, and we -- we had a strong partnership
13 with the Court Management Division who had a clerk
14 advisory group, and a lot of the questions that we
15 wanted to ask of that clerk advisory group.
16          It was compiled of, like, clerks that had been
17 working for a long time with the State, some clerks that
18 were more technologically sound, some clerks that had
19 been newer, some clerks that had been there for a long
20 time.  They -- they tried to really bring together a
21 unique group of clerks, and I do know a couple of times
22 they had said, "Hey, what would it look like from a
23 business process perspective if we had an Auto-Accept
24 feature?"
25          And I do recall that at least -- at least some

21 (Pages 81 to 84)

Courthouse News Service v. Omundson                                   Carley Nelson

---

Page 85

1    of the dialogue I received back after was very
2    disruptive to business process, and -- and what I mean
3    by that is if you had something come in as Auto-Accept,
4    you know, those filings would be routed and it would
5    require intervention from a judge or someone to make a
6    change if there was a mistake or if something was filed
7    incorrectly, and they felt like, you know, they couldn't
8    support extra staffing to do those corrections or
9    anything like that.  And so it was -- the question was
10   raised a few times, and based on those interviews and
11   that kind of conversation, we quickly determined, you
12   know, current state implementation, meaning not changing
13   any configuration at all, just turning on Auto-Accept,
14   would be just so disruptive and also require a lot of
15   extra work for the clerks outside of the review queue.
16       Q.  When did these conversations take place?
17       A.  I don't -- I don't remember.  I just know that
18   they existed knowing that the Auto-Accept was a
19   capability.
20       Q.  I believe you began this testimony by saying
21   somebody asked and then the issue was resurfaced.
22           Who made the ask and what was -- who did the
23   resurfacing?
24       A.  You know, I couldn't name an individual.  You
25   know, I'm sure that it was maybe through a service

---

Page 86

1    ticket or there could've been questions that came
2    through in an email.  And I can't recall, but I do know
3    that we had the conversation a couple of times, and it
4    was mostly of capability.  Is it possible?  Would it
5    save time?  Would it be a benefit?
6            And, again, we would leverage our partnership
7    with the Court Management Division to say, you know,
8    "Have we heard anything new?  Do we know anything new?"
9    But there weren't, like, specific meetings where we
10   would set a time and only talk about it.  It would be
11   more of, you know, is this something that we think is a
12   feature that we'd like to advocate for?  Those kinds of
13   conversations is what I recall.
14       Q.  Okay.  And would you say that these occurred
15   in the last -- like in the last year of your employment,
16   or was it somewhere over a five-year span?  Could you
17   give me an estimate of kind of when or under what
18   circumstances this was occurring?
19       A.  I'm aware of it when -- when -- probably
20   within the last five years.  So, like, when I was in the
21   role, not Deputy CIO, but just directly before that,
22   because I oversaw some of the service ticket, we wanted
23   to -- I saw -- oversaw the service ticket and also the
24   portfolio and project management stuff, and so we would
25   take in new requests for functionality from the clerks.

---

Page 87

1    You know, we had, like, a backlog where clerks would
2    submit, "Hey, it'd be great if the system could do
3    this," or, "Hey, it'd be great if the system could do
4    that."  And so I, you know, probably as part of that
5    role is likely when some of that stuff would come up.
6            And it wasn't just clerks that would submit
7    it.  We'd get it from other people who were, you know,
8    using modules as well, where they would make some of
9    those requests and we would, you know, say, "Hey, is
10   this something as a team we should advocate for a
11   feature?"  And then we would go partner with the Court
12   Management Division to ask questions and see if it was
13   something that we would want to roll up our sleeves and
14   write a business case for anything like that.
15           And then before -- so when all of the
16   conversations came up about the press review queue, the
17   question of Auto-Accept came up, and it was, "Hey,
18   remember the Auto-Accept feature?  Is this something
19   that we want to implement?"  So within the last year, it
20   was resurfaced again in direct question about the
21   capability of bringing it forward either with a press
22   review queue or in conjunction or -- or individually.
23           And the same -- we -- we received the same
24   answer from the -- the clerk group and then from our
25   team which is, you know, it would require a lot of extra

---

Page 88

1    work from the clerks, you know, be disruptive, require
2    extra staff, would require judges to be doing more
3    changes to documents if -- if items made it in
4    inadvertently or had the wrong information on them.
5    And, also, we had concerns about turning on Auto-Accept
6    with the document security and document type
7    configuration as we discussed in relationship to the
8    review queue as well.
9        Q.  Okay.  Did you -- I believe you stated that
10   under the current status, it would be disruptive.  Did
11   you or anyone on your team consider ways in which
12   Auto-Accept could be configured or implemented so as to
13   not be disruptive?
14       A.  Yeah, and it was the same answer of turning on
15   a review queue.  We'd have to ensure the document
16   security, document types, all of the systematic
17   configuration was developed in a way supportive of if
18   something were to come into the system and be
19   auto-accepted.  We needed to have certainty that we
20   weren't exposing something out into the internet that
21   had personal information that we weren't protecting.
22       Q.  Yeah.  So, again, I want to make sure we're
23   understanding the same thing.  You're talking about
24   personal information, that would be PII that would be
25   included on a document -- correct? -- like a social

---

22  (Pages 85 to 88)

Courthouse News Service v. Omundson                                    Carley Nelson

---

Page 89

1   security number.
2       A.   Yeah.  Or -- or if a document was -- so I am
3   referring to PII, yes.  And then, also, if a document is
4   supposed to be confidential and it isn't inadvertently
5   because the security group was wrong or something was
6   selected and it was something that we hadn't considered
7   or the document security were -- was not specific
8   enough.  There was also trepidation about that.
9       Q.   Did the -- did the Idaho Courts consider
10  limiting Auto-Accept to only certain case types, for
11  instance, the AA - all initial district court filing
12  case types?
13      A.   I don't know that they considered because we
14  just didn't have the confidence in the security
15  groups -- in the document security groups and document
16  types.
17      Q.   What would've been -- why -- I'm trying to
18  understand why that concern over confidence would
19  affect, for instance, the AA - all initial district
20  court filing case types.
21      A.   My assumption is is that you could have
22  someone file into the AA with a document that is
23  supposed to be confidential and it gets a public
24  security group without very specific view and review of
25  all of the document types and document security that

---

Page 90

1   needed to be set systematically to be supportive of
2   something coming in under AA.  I -- I'm not familiar --
3   I'm not a -- I'm not a court person, so I don't
4   understand fully all the case types, but that's an
5   assumption I have based on what I know.
6       Q.   Okay.  Any other reasons than the one you just
7   gave?
8       A.   Other than just being thoughtful of getting
9   the right document types and security on the filings,
10  no.
11      Q.   Okay.  I know we have about 15 minutes left.
12  Let's go off the record real quick and take a brief --
13  just a two- to three-minute break.
14           (A break was taken from
15           3:15 p.m. to 3:18 p.m.)
16      MR. FETTERLY:  Okay.  Well, thank you,
17  Ms. Nelson.  I don't have any further questions at this
18  time.  Unless your counsel has any, I think we're done.
19      MS. MITCHELL:  I do not.  Thank you.
20      MR. FETTERLY:  Okay.  We're done.  We
21  will get you the -- well, you'll have an opportunity to
22  review your transcript as we discussed.  Let's go off
23  the record and we can discuss logistics.
24          (Deposition concluded at 3:18 p.m.)
25  (Reading/signing was requested pursuant to FRCP Rule 30(e).)

---

Page 91

1           CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2
3           The undersigned Certified Shorthand
    Reporter and Deposition Notary Public of the State of
4   California does hereby certify:
5           That the foregoing deposition was taken
    before me remotely at the time, at which time the
6   witness was duly sworn by me;
7           That the testimony of the witness and all
    objections made at the time of the deposition were
8   recorded stenographically by me and were thereafter
    transcribed, said transcript being a true and correct
9   copy of the proceedings thereof.
10          I further certify that I am neither
    counsel for nor related to any party to said action, nor
11  in any way interested in the outcome thereof.
12          Further, that if the foregoing pertains
    to the original transcript of a deposition in a federal
13  case, before completion of the proceedings, review of
    the transcript was requested/offered on the
14  record.
15
16
17          In witness whereof, I have subscribed my
    name on this 29th day of November 2022
18
19
20
21          Nicole A. Bulldis, RPR
            CA CSR No. 14441
22
23
24
25

---

23 (Pages 89 to 91)

Courthouse News Service v. Omundson

Carley Nelson

Page 92

## A

**AA** 57:19 89:11,19 89:22 90:2
**ability** 6:7 49:2 50:9,15 53:11 54:22 55:14 57:1 57:13,18 64:17,17 65:12,14 69:15 70:12 75:12
**able** 6:3 33:6 40:16 61:2,3 63:24 70:8 75:19
**accept** 31:23
**accepting** 40:19
**access** 16:11 17:4 39:4 40:3,12 50:11,14 53:17 57:19 76:9
**accessible** 40:15
**account** 20:14,24 21:3 43:10 48:13
**accounting** 48:11
**accurately** 16:4
**acknowledge** 75:19
**acting** 41:22
**action** 43:6 66:4 67:16 91:10
**actions** 69:13
**active** 18:3 25:8
**actual** 61:12
**add** 41:16 67:20 68:1
**added** 33:20 67:19 74:1,3,8
**addition** 73:25
**additional** 43:16 45:24
**address** 16:14 38:17
**addressed** 32:8
**admin** 18:5
**administration** 17:24
**administrative** 1:7 13:16,16 17:3

**Administrator** 5:16
**administrators** 28:15
**admit** 58:8
**admittedly** 33:7
**adoption** 37:6
**advised** 6:20
**advisory** 84:14,15
**advocate** 86:12 87:10
**affect** 89:19
**Affidavit** 3:11 30:6
**agencies** 17:16,22 25:12,12
**aging** 17:6 29:4
**ago** 4:23 25:17 34:5 82:23
**agreement** 25:12
**ahead** 47:18
**align** 59:11,17
**allow** 33:21 40:18 59:22
**allowed** 55:14 62:18
**allows** 51:8
**Amazon** 32:10
**amended** 3:10 4:21
**amendments** 36:1
**amount** 48:13 59:21 60:4
**Analyst** 15:17 16:8 16:23
**and/or** 41:16
**answer** 6:3 7:4,5,7 7:14,24 8:1 10:25 13:19 26:14 42:4 47:18 65:3,23 68:9,10,14 87:24 88:14
**answering** 10:19 68:7
**answers** 6:1,21
**anybody** 42:18 50:7,13

**API** 75:3,9
**APIs** 74:25 75:6
**apologies** 34:4
**application** 9:12 22:11,13,16,17 23:6 35:10,12 38:10 39:11,12,14 68:18,20 69:4,4 74:24 75:3 76:23 77:1
**applications** 16:16 18:13,15 25:5,14 26:13 38:7 39:15 39:18 70:19,19 76:15
**appropriately** 18:23
**approximate** 44:9
**approximately** 22:1 71:10
**arena** 65:9
**ARIZONA** 4:1
**arrangement** 36:2
**arranging** 62:14
**arrest** 17:17
**asked** 26:23 36:12 42:6 43:11 68:15 68:16 78:3 79:6 83:4 84:8 85:21
**asking** 5:25 7:6 23:25 24:16,19 39:13 44:22 82:21
**aspect** 47:6
**aspects** 27:21
**asset** 17:6
**assets** 16:18
**assign** 28:12 53:11 54:22 57:2 61:14 62:11 63:19 64:20 65:5,13 68:4 69:15
**assigned** 43:11 57:9,12 63:23
**assignment** 62:16
**assist** 26:18 30:15

**associated** 16:19 17:17,21 26:12 29:2,4 73:25
**assume** 5:11 7:25
**assumption** 89:21 90:5
**Assurance** 26:25 27:4,8,18 28:1 29:18 31:7,13
**attach** 67:8,24 68:1 69:9
**attaches** 4:22
**attended** 37:9
**attention** 30:17,21 30:25 38:1 41:14
**attrition** 76:24
**audible** 7:11
**audio** 13:18
**August** 11:16
**Auto-Accept** 82:3 83:5,12 84:6,23 85:3,13,18 87:17 87:18 88:5,12 89:10
**auto-accepted** 88:19
**auto-trip** 67:8 69:8
**automate** 49:17 62:6
**automatic** 54:23 57:12 65:5 68:8 79:24
**automatically** 54:25 55:8,12 57:2,9 64:14,20 68:4 69:15 70:12
**automation** 51:7 60:13,23 61:19 73:19 78:16
**available** 6:17 48:16 53:8,9 65:9 65:20 75:25
**aware** 11:7 21:9,12 32:15 35:21 41:15 41:18 42:12 52:10

75:7 82:6,7,9 86:19
**AZ** 1:24

## B

**B** 79:12
**back** 9:24 11:6 13:5 17:17 32:22 37:13 37:17,19 44:2 60:12,13 85:1
**backlog** 73:2,23 74:8 78:14 87:1
**backwards** 78:15
**base** 31:4
**based** 6:1 46:17 49:3 53:12 54:5 57:3 59:23 60:6 60:12,15 61:1,11 61:13 63:18 65:15 65:17 69:16 70:13 71:21 72:6,7 78:18,23 79:5 82:24 83:11 85:10 90:5
**basic** 38:15,19
**basis** 50:21
**Bates** 13:10 56:10 56:20 66:4
**bear** 6:22
**becoming** 11:23 12:3,9
**began** 12:17 85:20
**beginning** 45:12 73:15
**begins** 30:18
**behalf** 59:15
**believe** 12:7,13 15:1 19:24 22:4 31:15 34:2 36:14 43:14,23 45:6 46:13 51:22 54:15 54:15 55:7,11,23 58:24,25 59:1 64:15 67:14,18 71:25 72:23 78:4 79:19 80:23 81:23

Courthouse News Service v. Omundson

Carley Nelson

Page 93

| | | | | |
|---|---|---|---|---|
| 83:13 85:20 88:9 | **bulk** 48:4 | 36:17,18 37:21 | **change** 6:21 19:16 | **clerks** 31:23 55:25 |
| **beneath** 15:16 | **Bulldis** 1:24 6:12 | 38:24 49:3,6,6,10 | 20:11 24:18 27:21 | 66:20,21 82:24 |
| 18:11 21:24 22:11 | 91:21 | 49:12,15,20,21 | 31:24 46:12 48:3 | 83:16 84:16,17,18 |
| 22:16 24:6 | **business** 8:24 9:1,6 | 50:3 51:2,5 52:17 | 48:6,7,14 51:4,14 | 84:19,21 85:15 |
| **benefit** 86:5 | 9:8 10:21 16:17 | 52:17,25 53:1,5 | 52:13 72:3 81:17 | 86:25 87:1,6 88:1 |
| **benefited** 73:17,20 | 16:21 19:11,18 | 53:12,19,24 55:2 | 83:25 85:6 | **click** 40:7 |
| **best** 6:2,7 7:4,22 | 31:22 32:1 60:14 | 55:3,4,5,6,7,12,15 | **changed** 15:2 52:15 | **cloud** 31:3 32:11 |
| 21:11 | 61:12,19 73:19 | 55:16,23 56:5,20 | **changes** 18:23 | **CMS** 56:10 |
| **better** 38:18 79:16 | 82:17 83:12,22 | 56:25 57:3,6,7,8 | 19:16,21 27:20 | **code** 58:8,17,23,24 |
| **beyond** 74:12 | 84:23 85:2 87:14 | 57:12,15,19,22,24 | 88:3 | 59:17 64:10 |
| **bit** 15:12 22:7 | | 58:1,2,2 59:6,25 | **changing** 19:18,21 | **codes** 59:1,2,7,12 |
| 32:23 33:9 43:1 | **C** | 60:6,12,15,24 | 48:10,12 51:9 | 69:25 70:3,13,14 |
| 46:20 73:11 | **C** 2:1 | 63:3 64:4,9 65:6 | 78:17 85:12 | **collective** 26:6 42:8 |
| **boil** 62:9 | **C-a-r-l-e-y** 4:18 | 65:15,18 67:7,8 | **characterize** 21:22 | 42:10 |
| **Boise** 1:15 2:12 | **CA** 1:24 2:6 91:21 | 67:17,24 69:9,12 | **charged** 9:8 | **column** 17:8 |
| **bottom** 66:21 | **calendar** 17:19 | 69:16,25 70:1,2,5 | **chart** 3:15 13:14,15 | **columns** 70:4 |
| **Box** 2:11 | **California** 91:4 | 70:13 72:10 73:5 | 13:24 14:13,20 | **combination** 49:6 |
| **Branch** 3:14 | **call** 29:14,14 43:21 | 74:4,9 78:24 79:7 | 15:7 22:5,22 | 49:21 50:3 53:23 |
| **brand** 27:14 76:11 | 43:22 44:2,4 | 79:25 81:4 83:2 | 23:20 31:9,12 | 57:22 59:24 63:21 |
| **branding** 33:19 | 68:23 71:4,5,10 | 84:6 87:14 89:10 | 68:24 | **combined** 27:6 |
| **break** 13:6 28:6 | 73:2 75:15 82:6 | 89:12,20 90:4 | **charts** 69:3 | 31:8 |
| 37:12,13,15,18 | **called** 20:13 40:25 | 91:13 | **chat** 12:24 | **come** 7:12 32:22 |
| 70:23,25 71:3 | 41:4,17 68:20 | **catch** 47:14 | **Chief** 11:20,24,25 | 37:13 77:1 85:3 |
| 90:13,14 | 69:13 | **catching** 55:25 | 12:4 14:1,5,7 15:5 | 87:5 88:18 |
| **brief** 51:24 90:12 | **calling** 68:17 | **categories** 47:7,8 | **choice** 77:10,11,12 | **comes** 25:6 54:1,1 |
| **briefly** 23:22 35:8 | **capabilities** 43:3,18 | 47:25 56:20,25 | **choose** 52:2 | 54:20,20 |
| **bring** 8:24 9:5 | 44:21 | **categorization** | **chose** 34:24 52:3,5 | **coming** 49:5 79:8 |
| 12:25 17:17 84:20 | **capability** 26:18 | 49:15 | **chosen** 52:3 | 90:2 |
| **bringing** 46:2 | 46:16 57:11,24 | **category** 52:22,23 | **CIO** 14:2,3,3 15:10 | **comment** 6:18,20 |
| 52:17 62:14 87:21 | 61:3 63:23 64:14 | 56:19 57:3 | 17:9,12 18:7,9 | 51:11 |
| **broad** 52:24 60:25 | 67:18 76:22 77:13 | **catered** 79:23 | 22:3 24:5,7,9,15 | **comments** 50:23 |
| 62:25 63:17 | 77:16 82:9,13,13 | **Cave** 2:5 4:14 | 24:23 34:21 41:22 | **commitment** 21:17 |
| **broadcast** 33:25 | 83:8,15 85:19 | **cc** 66:11 | 41:23 66:25 84:3 | 21:19 61:24 |
| **broadly** 63:20,23 | 86:4 87:21 | **Center** 2:5 | 84:4 86:21 | **committee** 37:5,8 |
| **Broderick** 17:10 | **capable** 80:7 | **centers** 29:3 | **circumstances** | 37:10 82:19 |
| **brought** 75:9 | **capacity** 1:7 5:15 | **certain** 42:20 54:23 | 86:18 | **communication** |
| **browse** 40:6 | 5:17 10:23 41:21 | 57:15 77:21 89:10 | **civil** 56:21 | 42:17,17 |
| **Bryan** 2:5 4:14 | 66:25 | **certainty** 64:6 | **clean** 7:1 | **communications** |
| **budget** 77:16 | **Carley** 1:12 3:1,11 | 88:19 | **clear** 10:20 31:7 | 43:21 |
| **budgeted** 16:6 | 4:5,18 30:7 | **CERTIFICATE** | 34:7 38:6 77:20 | **company** 9:11,13 |
| **budgeting** 29:4 | **carries** 5:22 | 91:1 | **clerk** 39:17,25 | **compartmentalize** |
| **build** 62:5 75:13,20 | **case** 12:21,23 13:10 | **Certified** 91:1,3 | 40:11,18 59:8 | 73:11 |
| 75:24 76:14,14,21 | 16:11 17:5,25 | **certify** 91:4,10 | 64:15 68:2 84:13 | **compartmentaliz...** |
| 77:12 | 18:12 19:13,24 | **chance** 5:11 6:16 | 84:15 87:24 | 74:2 |
| **built** 33:18 34:2,2 | 23:18 32:25 35:9 | 6:18 | **clerk-facing** 40:13 | **compartmentaliz...** |
| | 35:15,17,19,23 | | | |

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Courthouse News Service v. Omundson

Carley Nelson

Page 94

73:22
**compiled** 84:16
**complete** 34:20
**completely** 48:8
**completion** 91:13
**component** 39:15
**comprise** 39:18
**comprised** 62:1
**concern** 46:3 89:18
**concerning** 42:23
**concerns** 32:8 88:5
**concert** 80:3
**conclude** 79:20
**concluded** 90:24
**conduct** 16:17,20
32:1
**conducted** 1:16
28:5
**conducting** 9:7
**conference** 44:10
71:3,5,16 74:22
74:24 75:11 77:19
80:18 82:2
**confidence** 79:11
80:5,9,13,24 81:2
81:12 89:14,18
**confident** 61:15,16
**confidential** 52:21
53:21 55:17 62:19
63:20,23 64:7,18
64:19,24 65:1,14
67:8 69:9 79:7
89:4,23
**confidentiality**
64:21 70:13
**confidently** 63:24
64:25 65:24
**configurability**
46:9
**configurable** 19:6
**configuration**
19:13,21 20:6,9
45:25 46:8,10
47:13,19,20 48:7
53:19 54:10 55:9

55:22 60:13 65:23
67:23 68:9 76:19
79:9,14,17,20
82:16 85:13 88:7
88:17
**configurations**
50:10 78:25
**configure** 19:9
46:23 50:15,19
57:14 58:20 59:22
60:5 64:23
**configured** 47:2
51:16 52:16 58:15
58:18 65:2 67:9
67:22 68:3 69:10
78:23 88:12
**configuring** 18:22
19:3 50:16 59:18
68:22
**confirm** 65:3
**confused** 7:20
**conjunction** 9:7
20:13 87:22
**connected** 18:2
**connection** 5:14
26:3 32:9 37:6
77:6
**consider** 74:17
82:12,13,15 83:5
84:4 88:11 89:9
**considerations**
45:3,18
**considered** 21:21
45:13 47:21 50:4
71:23 72:14 74:5
74:11 80:15 82:21
89:6,13
**construct** 75:13
**consulted** 62:13
**contain** 63:10
**containing** 53:7
**contains** 6:14
**content** 34:6,8
**contents** 30:12
**continuing** 12:8

**contract** 20:21 21:1
21:2,6,10 34:25
35:18,21 36:1,8
37:1
**contracted** 20:20
21:5,14 34:3 35:5
**contracts** 35:25
36:10,13
**contractual** 20:14
20:24 21:3 36:2
43:10
**contributing** 80:2
**convening** 37:5
**conversation** 75:10
75:18,21,23 78:2
85:11 86:3
**conversations**
42:22 71:20 85:16
86:13 87:16
**Cooper** 66:16
**copy** 4:22 91:9
**core** 35:13
**corporate** 8:19 9:4
**correct** 5:6 13:17
22:9 28:3 29:20
34:13 35:6,7 38:4
38:8,11 40:20
47:15 53:12,21
54:7,10,13 58:3
67:1 69:17 71:12
73:10 77:7,15
80:16,22 88:25
91:8
**corrections** 6:18,19
85:8
**correctly** 16:4 22:7
38:25
**cost** 45:24
**could've** 86:1
**counsel** 4:13 5:8
6:4 90:18 91:10
**counter** 82:25
83:17
**counters** 83:18
**county** 4:1 66:21

**couple** 4:23 16:23
60:17 78:12 81:5
84:21 86:3
**coupled** 74:10
**course** 33:12 44:17
44:25 45:8
**court** 1:1 5:21,23
6:11 9:19,20
10:15,23 11:9,16
11:19 12:10 15:19
17:13 20:19,23
21:15 24:11 25:14
25:22 27:6 28:14
30:20 34:13 35:11
37:5,7 40:11,11
40:12,15,19 41:16
44:7 54:12,22
55:5 57:1,20
62:18 65:19 67:1
68:18 70:18,19
71:7 73:10 76:9
76:12,20 77:23
82:18 84:13 86:7
87:11 89:11,20
90:3
**court-facing** 41:10
**Courthouse** 1:3
4:13,15 5:14
**courtroom** 15:25
**courts** 1:8 5:16
12:15 13:17,22
16:11,16,20 17:2
17:3,15,18 18:13
18:15 19:5,18
20:10 21:16,17
25:5,9,11,13,25
26:13 27:4 28:12
33:22 34:3 35:20
36:16,25 38:24
42:16 44:14 46:11
46:13 47:24 48:16
51:19,20 52:8
53:11 54:15 55:4
55:24 65:5,13,16
66:18 70:11 72:24

73:14 74:14 76:13
77:4 84:7 89:9
**Courts'** 75:12
**credentials** 40:16
**credibility** 6:23
**CSR** 91:21
**current** 19:1,20,23
28:6 45:1,22
54:16 65:23 68:23
78:23 79:4,10,14
79:17,20 83:16,22
83:24 85:12 88:10
**currently** 8:9,12
14:8 17:9 18:5
**custom** 60:14 61:19
73:18 77:2
**customization**
78:16
**Cyber** 25:19 29:18
**cybersecurity**
25:24

**D**

**data** 15:8 17:9,14
17:16,16,21 23:8
24:25 25:2,13
29:3 35:11 51:3
**database** 17:23
62:7 76:6,9
**databases** 17:24
23:9 25:6,7 51:3
**DATE** 1:23
**dated** 59:4 67:4
**David** 17:10
**day** 91:17
**day-to-day** 9:7
**debrief** 75:15 77:19
77:20,24 78:1,6
**decide** 54:12 55:5
**decided** 72:17
**decision** 72:20
80:19 82:15
**decisions** 45:3,25
48:3,6 72:15
73:24 80:4,8,9
**declaration** 12:20

Courthouse News Service v. Omundson

Carley Nelson

Page 95

30:1 37:20
**dedicated** 21:2,15
  61:22
**dedicating** 61:10
**deemed** 8:22
**deeper** 81:16
**default** 55:9 70:5
**defendant** 1:9 2:9
  13:10 23:17
**defining** 47:24
**delineation** 53:2
**departed** 11:19
**Department** 8:19
**dependent** 77:4,13
**depending** 27:13
**depict** 58:9
**depicted** 35:4
**depicts** 33:15 56:11
  58:9
**deployed** 27:17
**deployment** 17:6
**DEPONENT** 11:5
  11:7 32:6 36:6
  47:19 48:2 53:15
  53:23 65:22 81:15
**deposition** 1:11 3:1
  4:21 5:5,13,20
  12:19 13:11 34:16
  90:24 91:3,5,7,12
**deputy** 11:25 12:4
  14:2,3,3,5,25 15:4
  15:10 17:9,12
  18:7,9 22:3 24:6,9
  24:15,23 34:21
  41:22 66:25 84:3
  86:21
**describe** 15:14,17
  25:1,20 26:9 27:1
  39:20 42:22 48:5
**described** 19:25
  39:21 52:2
**designate** 57:2
  62:18 65:14,17
**designated** 54:5
**designation** 54:25

**designed** 23:6
  73:14
**desire** 42:25
**Desk** 26:8,9,14
  28:18
**detail** 47:5
**detailed** 47:8
**details** 45:20
**determine** 72:8
  79:13
**determined** 79:9
  85:11
**develop** 76:22
**developed** 19:8
  88:17
**developer** 76:4
**Development** 25:1
  25:3
**dialogue** 85:1
**Diann** 66:16
**difference** 49:13,14
  58:23
**different** 17:15
  32:21 39:15 48:23
  62:4,10 66:9
**differently** 49:11
  55:19
**dig** 81:16
**direct** 10:12 13:16
  30:17,21,25 38:1
  40:5,14 41:13
  87:20
**directed** 41:21
**direction** 43:5
  59:20 60:3
**directly** 8:24 9:21
  9:23 20:4 33:22
  40:7,9 43:9 86:21
**director** 1:8 42:1
  42:17
**disclosure** 67:6
**discover** 43:6
**discovery** 60:1
**discuss** 49:2 51:18
  52:9 57:13 59:10

74:24 82:3 84:5
  90:23
**discussed** 41:9,25
  49:20 88:7 90:22
**discussing** 25:16
  38:7,19 39:8 57:7
  57:17 71:3
**discussion** 42:4,7,8
  42:10,12 75:12
  78:21
**discussions** 71:16
**disrupting** 78:17
**disruptive** 85:2,14
  88:1,10,13
**distinct** 27:5,7
**district** 1:1,2 38:24
  57:20 89:11,19
**divided** 38:15
**division** 3:14 9:23
  15:18 17:12 21:22
  23:19 24:5 26:6
  27:13 28:24 29:7
  76:13 77:9 84:13
  86:7 87:12
**divisions** 9:3,25
  10:2,4 22:25
  29:12,14
**docket** 17:21
**document** 12:22
  13:9,13 17:10
  23:17,19 24:1
  29:22 30:5,10,15
  32:21,24 33:3,14
  39:7 40:18 46:14
  46:15,18,20,23
  47:1,7,25 48:9,19
  49:6,13,16,21
  50:4,4,24,25,25
  51:4,5,9,10,14,14
  52:13,13,14,14
  53:3,3,6,7,12,16
  53:16,20,24,24
  54:4,7,11,13,16
  54:17,18,24 56:5
  57:24,24 58:6,10

58:13,15,19,23
  59:1,2,12,17,23
  59:25 60:2,6,24
  60:24 63:10,21,22
  64:5,5,22 65:6,8
  65:15,17,18 66:2
  66:3,5 67:19,24
  68:2,5,7,8 69:16
  69:19,23 70:1,14
  71:24,24 72:10,10
  73:5,5,13,25 74:3
  74:4,7,9 78:13,24
  79:6,7,22,22 81:4
  81:4 84:7 88:6,6
  88:15,16,25 89:2
  89:3,7,15,15,22
  89:25,25 90:9
**documentation**
  84:9
**documents** 38:24
  46:2,16 47:3,9,20
  47:22 48:4,9,11
  48:14,15 49:3,18
  49:25 52:18,21,21
  58:7,18 60:21
  61:18 63:4,6,8,19
  63:24 64:14 65:14
  65:20 67:6 76:7
  79:8 88:3
**doing** 73:20 80:7
  88:2
**Dorothy** 66:15
**Doug** 14:1
**downstream** 51:7
  81:9
**draft** 30:14
**drafting** 30:15
**drive** 46:16 50:25
**driven** 60:15,24
**drivers** 53:25
**drives** 53:16
**dropped** 13:18
**Duke** 2:10 5:5
**duly** 4:6 91:6
**duration** 71:11

**duties** 8:20

---
**E**
---

**E** 2:1,1,10 4:10
  57:20
**e-file** 39:5,17
**e-filing** 33:25 38:11
  39:16 82:9 83:3
  83:20
**e-service** 38:11
**earlier** 12:21 13:21
  68:18
**easier** 59:7
**ECF** 12:21
**effect** 5:22
**effort** 21:1 46:12
  48:13 51:12 60:16
  72:4 73:21 74:3
  75:17 78:13
**efforts** 8:22 9:9,14
  10:5 81:6
**eFile** 40:22 41:6,8
  41:11,12
**EFM** 39:16 40:23
  41:2
**EFSP** 39:16
**either** 16:17 24:18
  41:22 45:25 60:6
  65:6,18 75:15
  77:24 78:1 82:17
  83:6 87:21
**elaborate** 44:21
**electronic** 83:21,25
**electronically**
  38:23
**email** 3:16 43:21
  66:8,11,19 67:3,5
  69:14 80:1 86:2
**Embarcadero** 2:5
**embedded** 53:1
**emerging** 8:25
**employed** 8:9
  11:13,15 15:21
  20:23,23 44:14,17
  74:14
**employee** 10:22,24

Courthouse News Service v. Omundson

Carley Nelson

Page 96

27:6 40:12 67:1
**employees** 66:18 66:20,22 71:7
**employer** 8:11 11:14
**employment** 11:12 13:22 86:15
**enables** 38:22
**encompasses** 35:22
**engine** 19:12 51:2
**Engineer** 15:17 16:13
**ensure** 9:13 16:2 20:14 28:2 31:24 50:2,5 53:19 55:14 78:17 81:7 88:15
**ensured** 18:1
**ensuring** 9:8 18:23 23:5 28:4 83:23
**entail** 11:9 31:21 34:18
**enter** 59:5
**entire** 61:21,22
**entitled** 6:1,8,20 7:21
**ERP** 9:12
**errors** 23:7
**escalating** 26:17
**escaping** 68:19
**estimate** 6:7 60:1 60:18,25 62:3,14 71:21 72:9 86:17
**estimated** 46:4
**evaluate** 81:20
**evaluated** 51:10 61:20 62:8
**evaluation** 80:16
**event** 20:5 59:7 66:23 67:9,17,19 67:20 68:1 69:10 80:1
**evented** 67:15,16 67:19 69:6
**events** 69:12

**eventually** 51:17
**ever-evolving** 19:18
**Evett** 2:10 5:5
**exactly** 41:20 53:25 82:22
**examination** 1:11 3:3,4 59:16 78:21
**examine** 50:8
**examined** 4:7
**example** 9:10 19:4 20:7 28:16 53:5
**examples** 23:3
**exchange** 17:16 25:13
**exchanged** 25:11 43:20
**exchanges** 17:14,21
**excuse** 12:19 14:20 18:5 26:2 27:10 32:4 38:16 40:8
**exempt** 67:6
**exercise** 74:13
**exhaustive** 34:22
**exhibit** 3:8 4:4,21 12:18,24 13:11 23:12,15,17 25:17 29:23 30:1,6 32:22,25 33:4 37:19 56:6 65:25 66:3 69:20,22
**EXHIBITS** 3:9
**exist** 11:7 27:3 31:11 47:4,6 48:15 64:1
**existed** 62:21 79:9 82:24 85:18
**existing** 31:22 45:25 82:17
**exists** 35:19 75:8
**experiencing** 23:7 23:7
**expertise** 29:20
**explore** 50:15
**exposing** 63:25

88:20
**expressing** 46:5
**extent** 10:18
**extra** 85:8,15 87:25 88:2

**F**

F 57:20
**F-i-s-c-h-e-r** 43:14
**factors** 73:16 80:2
**fair** 10:13 29:11 44:1,13,15 83:4
**fall** 15:16
**familiar** 10:14 22:5 24:20 30:9,12 40:22 66:24 90:2
**family** 56:21 67:7 67:24
**far** 7:3 54:9 58:20 58:21 62:15
**feasibility** 50:9
**feature** 82:3,22 83:5 84:24 86:12 87:11,18
**features** 51:15
**federal** 91:12
**feed** 35:12
**feedback** 9:14
**feeling** 46:5
**felt** 61:15,16 85:7
**Fetterly** 2:4 3:5 4:11,13 10:25 11:3,10 13:3,8 23:16 29:25 30:3 32:7 33:3 36:9 37:17 45:14 47:23 48:20 53:18 54:4 66:1 71:2 81:19 90:16,20
**file** 12:24 18:14 27:25 30:20 38:3 38:6,14 39:3,7,11 39:14,19 40:23 41:7 46:1 56:16 82:4 89:22
**filed** 5:15 12:20

37:21 55:8 56:1 69:12 85:6
**filer** 39:23 40:9 41:9 54:5,24 64:18,19 65:1
**filer's** 56:14
**filers** 58:16,17,19 62:18
**filing** 49:16 55:8,18 58:8,17,23,24 59:1,1,7,12,17 62:19 64:9,10 67:15 89:11,20
**filings** 31:23 39:24 40:1 56:15 57:20 62:22 63:19 82:25 82:25 83:16,19,19 85:4 90:9
**filter** 64:14 65:7
**filtered** 62:21
**filtering** 53:20
**finance** 10:3
**financial** 9:12
**find** 27:10
**fine** 10:18
**finish** 7:6
**firm** 4:14 5:5 34:3
**first** 4:6 12:14 24:1 24:4 36:25 54:1 54:20 82:8
**Fisher** 43:14
**five** 86:20
**five-minute** 37:12
**five-year** 86:16
**Floor** 2:5
**foggy** 54:19
**folks** 9:22,24 19:19 21:23 27:15,18 33:21 62:5,6
**follow** 31:23
**follow-up** 72:6,16
**following** 71:15,15 72:25 77:18 80:18 81:13,16
**follows** 4:8

**footprint** 25:24
**force** 5:22
**foregoing** 91:5,12
**form** 10:17 32:5 36:4 47:17 48:1 53:14 65:21 81:14
**former** 10:22 66:25
**forms** 60:22 61:17 62:5,6 73:18
**formulate** 45:5
**forth** 15:9,17 20:9 28:3 45:18
**forward** 8:5,25 9:5 80:6 87:21
**foster** 77:16
**found** 79:4 84:10
**four** 22:13
**frame** 41:22 45:20 60:18 72:9
**Francisco** 2:6
**FRCP** 90:25
**front** 48:10,13 50:1
**frontline** 26:11
**full** 4:16 61:16 62:2
**full-time** 21:15 61:21 62:9
**fully** 90:4
**function** 27:3 28:10 38:3 40:23 49:25
**functional** 10:11 16:2,3 18:1 23:6 26:16
**functionality** 28:6 46:17 51:15 59:3 59:5 86:25
**functions** 15:1 27:5 27:8,13 38:15,19 51:1
**further** 46:20 47:24 50:12,15 90:17 91:10,12
**future** 60:10

**G**

G 2:4
**gather** 45:5

Courthouse News Service v. Omundson

Carley Nelson

Page 97

**gathered** 78:5
**gears** 32:20
**general** 43:4 45:1,4
  45:10 57:23
**generalities** 52:6
  67:21
**generally** 17:11
  25:1,20 26:9 27:1
  53:13 54:10 61:14
  67:12 70:10
**gestures** 7:11
**getting** 9:23 26:18
  43:2 47:3 90:8
**give** 6:7 7:10 12:25
  13:1 15:20 19:4
  20:7 21:11 23:13
  44:16 79:10 86:17
**given** 5:20 6:15
  54:25 82:18
**Glascock** 66:15
  67:4
**go** 5:3,12 8:5 13:4
  24:25 38:17 47:18
  56:19 59:7 78:4
  78:10 87:11 90:12
  90:22
**going** 4:20 23:12
  27:25 29:22 31:15
  32:24 35:24 37:11
  37:18 39:4 56:4
  56:19 64:11 66:1
  66:7 69:19 70:22
  79:1,2
**good** 4:12 7:3 33:13
**Gotcha** 28:7 54:4
**graphic** 22:7
**great** 7:13 8:4
  37:25 87:2,3
**ground** 5:3
**group** 10:3 17:13
  25:19,20 26:1,3
  27:1 28:1 29:13
  29:16,18 49:22
  56:2 57:2,9 60:7
  62:15,16,20 63:2

64:20 65:6,18
  68:4,21,25 69:2
  69:16 70:5,12,18
  84:12,14,15,21
  87:24 89:5,24
**groups** 22:25 29:15
  54:23 64:24 65:13
  89:15,15
**groups'** 29:20
**guardianship**
  56:21
**guess** 6:5 15:6
  35:12 45:21 59:9
  61:8,10 64:16
  75:4,8,8 76:5
**guys** 78:3

**H**

**H1** 57:21
**half** 11:22
**hand** 7:11
**handled** 20:6
**handles** 38:10
**handling** 26:4
**Hansen** 14:1,2,9
  24:6
**happened** 74:12
**happens** 7:19
**hard** 51:6
**hardware** 15:24
  16:20 23:11 26:12
  29:1,3
**head** 7:11 51:23
**health** 56:21
**healthy** 18:1
**hear** 13:18
**heard** 40:25 41:4,6
  71:18 86:8
**hearings** 17:19
**Heidi** 18:8 44:7
  77:22
**held** 9:15 14:4,9
  24:10,21
**help** 21:21 25:7,24
  59:8
**Hey** 84:22 87:2,3,9

87:17
**high-level** 76:3
**highlight** 66:7
**highlighted** 67:5
**hire** 77:12
**history** 13:22
**hmm** 27:9 49:11
**hold** 11:21 12:1,6
  12:12
**holding** 17:19
**host** 76:6
**hosted** 16:16 35:11
**hosts** 35:10 51:3
**hour** 37:11 70:22
  71:13
**hours** 61:12,12
**HR** 9:10 10:1
**humans** 64:11,11

**I**

**iCourt** 33:19,19,24
  34:12,16,20 39:4
  40:7
**ID** 2:12
**Idaho** 1:2,8,15 3:14
  5:16 9:20 10:22
  11:15,18 12:15
  13:17,22 15:19
  17:13 19:10 20:21
  21:1,2,15,17
  24:11 33:24 34:24
  35:5,5,19,21,25
  36:16 38:24 41:16
  44:14,25 46:11
  47:24 53:11 54:12
  55:4 57:1 62:17
  65:5,13,16,19
  66:18 70:11 71:6
  75:12 76:13,13
  77:4 84:7 89:9
**Idaho's** 19:10
  78:23
**IDENTIFICATI...**
  3:9
**identified** 32:3,14
**identifying** 47:11

63:13,15
**II** 22:12,13,16
**image** 27:17
**imagine** 42:7
**impact** 51:8 60:17
  62:3
**impactful** 27:22
**impacts** 9:6,11,13
  45:10 51:7 60:1,9
  81:9
**implement** 34:24
  35:5 41:23 45:2
  50:10 52:15 60:19
  87:19
**implementation**
  33:19 36:13,20,24
  37:2,6 51:6 85:12
**implemented** 43:2
  51:19 52:9 73:16
  82:8 88:12
**implementing** 43:7
  59:13 82:13 83:3
  83:11 84:5
**important** 7:2,10
**in-house** 20:6
  77:13
**inadvertently**
  47:12 50:2,6
  79:12 88:4 89:4
**included** 35:23
  64:17 88:25
**incorrectly** 56:1
  64:8 85:7
**increments** 61:7
**independent** 80:4
**INDEX** 3:3,8
**individual** 85:24
**individually** 87:22
**individuals** 15:6
  20:4 24:13 28:13
  62:2,13
**info** 67:7,25
**information** 3:14
  6:8 9:24 10:21
  11:20,24,25 12:4

14:1,5,8 15:5
  16:19 17:17,18,19
  19:9,10,16 20:15
  23:19 24:5 25:6
  25:10 26:6 27:13
  29:13 33:22 34:11
  35:12 43:12,16,18
  47:10,11,14 50:2
  50:5 53:4,8,21
  55:17 59:6 63:4,7
  63:13,16,25 64:8
  70:17 76:13 77:9
  77:25 78:5,8 79:5
  79:11 81:2 88:4
  88:21,24
**infrastructure** 15:8
  15:15,23 16:15
  23:10 28:22,23,24
  29:18 31:14
**initial** 43:22 51:6
  55:21 57:20 89:11
  89:19
**initially** 52:17
  55:10
**initiative** 27:14
  72:24
**initiatives** 25:25
**Injunction** 3:13
  30:8
**input** 9:14
**inquire** 59:20 60:4
**inquiring** 44:20
**inquiry** 59:16
  72:21
**inside** 58:15
**instance** 15:7 16:7
  27:24 29:8,17
  39:15 54:11 57:19
  63:9 89:11,19
**instructs** 6:4
**integrations** 25:4
  25:10
**intended** 53:9
**intent** 28:11 83:3
**intention** 73:23

Courthouse News Service v. Omundson

Carley Nelson

Page 98

**interactions** 9:7
10:15
**interacts** 78:19
**interested** 91:11
**interface** 9:19,21
9:22 39:23 40:1
75:3
**interfaces** 74:25
**interim** 11:20,24
14:7 41:23 84:4
**internet** 88:20
**interspersed** 61:23
**intervention** 85:5
**interviews** 85:10
**investigate** 43:6
**investigation** 50:12
60:8 61:2,9
**involved** 31:16
36:9,15,20
**involvement** 29:20
**issue** 13:4 26:14,17
85:21
**issues** 23:8 32:12
32:16,18
**it'd** 87:2,3
**items** 55:10 56:1
88:3

**J**

**January** 8:15 9:16
11:13,17,19 44:15
67:4 72:25 74:15
**Jessi** 43:14 44:5
**job** 8:20 10:19
**Jon** 4:13
**jon.fetterly@bcl...**
2:7
**Jonathan** 2:4
**Jones** 66:16
**judge** 85:5
**judges** 17:20 88:2
**judicial** 3:14 19:17
**jurisdiction** 52:5

**K**

**Katherine** 2:4

**katherine.keatin...**
2:7
**Keating** 2:4
**ked@dukeevett....**
2:13
**keep** 7:14 16:5 19:1
19:1,23
**keeping** 19:20 25:8
29:2 68:22
**kept** 17:25
**kind** 10:7 15:13
20:7 21:23 49:20
54:23 61:13,24
65:7 76:25 77:16
85:11 86:17
**kinds** 45:4 86:12
**knew** 21:13 31:25
50:16,22 59:24
60:8,10,16 61:1
64:3 79:1,4 82:21
82:23 83:14
**know** 5:19 6:21 7:6
7:21 10:14,18,19
10:21,22,23 15:15
17:9 18:10 20:5,8
21:7,10,14,17,18
21:23 24:14,18
25:15 30:23 32:2
32:8 34:16,19,22
36:12,16 37:22
39:5,5 40:24 41:3
42:2,11,20,21
43:1,7,23 44:5,24
45:1,19 47:14
50:9,22 52:22
53:25 54:3 55:24
57:4 59:6,11,17
59:22 60:4,20,25
62:5,7,21 64:2,10
65:1,5,7,17,19,22
66:5,10,25 68:6,8
68:9,10,10,14,23
70:2,17 72:6,16
72:22,25 73:1
74:11,16,18,21

75:6 76:9,12,14
76:15,18,19 77:5
77:13 78:2,3,4,7
78:18,22,24 79:7
79:25 80:8 82:5
82:23 83:18,24
84:6,8,21 85:4,7
85:12,17,24,25
86:2,7,8,11 87:1,4
87:7,9,25 88:1
89:13 90:5,11
**knowing** 19:17
52:25 61:17 83:16
85:18
**knowledge** 6:2,6
22:20 38:2 41:11
59:4 69:14 74:19
**Kristina** 66:15 67:4

**L**

**label** 13:11 56:20
**labeled** 56:10 66:4
**labeling** 49:17
**lack** 80:12
**landed** 74:18
**laptops** 15:25
27:14
**large** 46:12 48:17
73:21 74:3
**Lastly** 7:18
**late** 44:19
**lateral** 10:8
**law** 4:14 5:5,23
67:7,25
**lawsuit** 5:14
**layers** 74:1,4,9
**lead** 15:8,8 17:10
18:8,10 22:9
28:22 31:7,13,13
44:7 77:23
**leadership** 42:3,7
**leads** 24:8
**learn** 71:22 72:11
**learned** 44:22
71:18,21 72:7
**leave** 55:11

**led** 79:19
**left** 28:11 55:24
72:24 74:15 90:11
**Leighton** 2:5 4:14
**let's** 13:4 37:12
57:6 66:2 70:23
90:12,22
**level** 53:18 77:5
79:10 80:9 83:23
**leverage** 86:6
**leveraging** 61:20
**license** 30:19
**likewise** 14:18 55:2
70:4
**limit** 49:2 57:18
**limiting** 57:15
89:10
**links** 40:7,8
**list** 34:22 59:3
74:18
**listed** 22:5 57:20
72:23 74:10
**little** 15:12 22:7
33:7,9 43:1 46:20
49:11 56:22 73:11
**live** 18:22 27:25
29:5 52:18
**LLP** 2:5
**log** 40:16
**logged** 40:17
**logistics** 90:23
**long** 8:13 11:21
12:1,6,12 61:1
71:10 82:23 84:17
84:19
**longer** 68:11
**look** 19:4 23:22
72:2,19 75:16
78:12 79:13 81:3
81:6 84:22
**looked** 76:5
**looking** 13:24
26:22 57:6 59:2
60:11 67:3 83:1
**looks** 13:14,20

22:12 56:14
**lot** 51:12,13 72:11
73:16,19 84:14
85:14 87:25
**lots** 50:18 60:1

**M**

**M** 4:10
**main** 31:16 35:10
**maintain** 64:21
**maintaining** 18:22
**maintenance** 16:4
30:19
**making** 27:21 29:5
32:14 80:7
**management** 12:11
14:19,19 16:11
17:5,25 18:12
19:14,25 27:21
28:20 36:17,18
52:18 60:12 68:25
69:1,2 83:2 84:13
86:7,24 87:12
**manager** 8:19
10:12 12:5,9,11
12:16 14:11,18,24
15:7,15,23 20:24
21:3 28:23 31:14
35:9,15,17,19,23
37:1,10 39:17
40:23 41:6,11,12
42:17 43:10
**Manager's** 51:2
**managers** 10:4,6,9
20:14,18 24:7
**Manley** 18:8 22:9
44:7 77:22
**MARICOPA** 4:1
**marked** 4:4,20
12:18,23 13:11
23:15 30:6 32:25
33:4 56:5 65:25
69:20
**marking** 23:16
**marks** 67:15
**matched** 53:3,6

Courthouse News Service v. Omundson

Carley Nelson

Page 99

matter 47:24 80:20
McMullen 66:15
mean 10:18 39:12
  48:4,10 51:20
  60:10 79:1,2 85:2
meaning 27:4 51:3
  59:7 85:12
means 18:2 39:18
  67:11 70:7
meeting 81:13
meetings 86:9
mem@dukeevett...
  2:13
member 40:3
members 22:21
  71:17
mental 56:21
mentioned 19:24
  77:18
merely 59:9
Microsoft 28:18
mind 68:20
mindset 79:3
minute 31:15
minutes 25:16
  71:13 90:11
mistake 85:6
mistakes 64:11
Mitchell 2:10 10:17
  32:4 36:4 47:16
  48:1 53:14,22
  65:21 81:14 90:19
Mm-hmm 20:17
  37:4 56:8 73:12
  82:11
modern 16:5
modified 19:23
modify 51:5
module 34:24 35:9
  41:6
modules 35:4,13
  36:1,3,8,10 38:7
  60:11,22 78:18
  81:10 87:8
Molly 2:10

moment 12:25 13:1
  23:13 30:2,4
  32:20 33:1
Monday 4:2
months 4:23 11:22
  28:11 60:9,17
  61:4,5 74:14
more-detailed 47:1
morning 4:12
Motion 3:12 30:8
move 63:24
moved 80:6
movement 33:23
moving 14:25
  16:22 17:8 18:4,7
  25:14 26:24 28:21
  38:13 41:13 57:5
  70:4 83:21
myriad 16:25

—————— N ——————
N 2:1 4:10,10
N-e-l-s-o-n 4:19
name 4:12,17,18
  25:15 40:25 42:13
  52:23 85:24 91:17
names 66:12,14
naming 46:16
Nate 42:11,11,15
naturally 19:15
nature 53:1
necessary 23:1
need 20:5,8 28:19
  29:19 33:6 40:14
  40:16 45:3,4,7,8,9
  45:12,23 46:25
  47:13,21 50:3
  51:10,12,13 52:13
  52:14 54:6,12
  55:10 61:20 62:3
  62:7,13 71:23
  72:2,3,7,18,19
  73:4 74:5 75:25
  76:10 78:12,12,14
  80:21 81:17
needed 16:17 17:4

19:7 20:12 45:9
  47:5 50:18,24
  55:18,18,19 60:10
  72:1 79:11,13
  80:2,14 81:8
  88:19 90:1
needs 19:22 53:2
  54:18 72:14
negotiated 36:7
negotiating 36:10
neither 91:10
Nelson 1:12 3:1,10
  3:11 4:5,12,18,18
  8:9 12:20,22 13:8
  13:19 23:21 24:2
  30:1,3,7,9 37:18
  71:2 90:17
network 15:16,24
  16:8,10 29:1
  40:15
never 40:25 41:4,6
  64:6 67:22 83:9,9
  83:10
new 9:10 17:6
  27:14 28:10 31:24
  36:18 46:1 76:11
  86:8,8,25
new-code 31:4
newer 31:9 84:19
News 1:3 4:13,15
  5:14
Nicole 1:24 91:21
NOD 3:10
nods 7:11
noes 6:22,22
nonpublic 54:25
  62:22 65:17
Nos 4:4
notably 33:23
Notary 91:3
note 12:18
noted 19:20 80:1
notice 4:21
November 1:23 4:2
  91:17

number 13:25
  52:25 60:21,22,22
  61:12,17,18 63:11
  89:1

—————— O ——————
O 4:10
o0o-- 2:16 3:18 4:3
oath 4:6 5:20
Object 10:17 32:4
  32:5 36:4 48:1
  53:14 65:21
objection 47:16
  53:22 81:14
objections 91:7
occur 55:16
occurred 23:4
  86:14
occurring 86:18
Odyssey 18:13 19:6
  20:2 26:4 27:19
  28:15 29:9 33:20
  34:16,17,20,23
  35:2,9,11,13,14
  35:17,19,23 36:18
  36:21,24 37:7
  38:8 73:16 76:16
offered 43:19
offers 35:3
office 8:19,21 10:10
  13:16 17:3
officer 8:21 11:20
  11:24,25 12:4
  14:1,5,8 15:5
officers 19:16,17
official 1:7 5:15
  8:18
oh 30:4 68:19 69:20
okay 8:8,20 12:17
  13:8,21 14:15,22
  15:12,23 16:7,13
  16:22 18:4,16
  19:3 21:20 22:1
  22:20 23:12 24:4
  25:14 26:1 27:7
  29:16,22 30:5,14

30:17,24 31:18,21
  32:2,20 33:14,17
  34:15 35:18,24
  36:12 37:11,17
  40:2,22 41:4,13
  42:21 44:18,20
  45:14 48:20 49:8
  50:7,21 53:18
  54:9 55:2 56:4,9
  56:23 57:5,17
  58:1,22 61:4
  62:15,24 63:5,15
  65:4 66:14,23
  67:3 69:6,14,19
  69:22 70:10,16,20
  70:24 71:15 72:20
  74:19,22 75:11,22
  77:11 80:18 81:11
  82:7 86:14 88:9
  90:6,11,16,20
old 69:13
Omundson 1:7
  5:15 13:25 41:16
  41:19 42:2,9,19
  71:17 78:1
once 6:17 18:4,21
  24:5,9 30:23 37:1
  40:17 67:8 69:9
  70:22
ones 9:22 22:5
  26:14 66:21
ongoing 10:14
open 55:11
operating 62:11
operation 9:6
operations 28:23
  29:2
opportunity 90:21
Opposition 3:12
  30:7
ORAL 1:11
order 7:1 16:17
  17:4 19:23 20:16
  32:1 39:7 47:14
  49:24 52:15 59:11

Courthouse News Service v. Omundson

Carley Nelson

Page 100

59:17,22 75:24
81:5
**org** 13:23 31:9,12
68:23
**organization** 3:15
8:23 15:1 23:20
76:24 77:17
**organizational**
13:14,15 22:22
**original** 91:12
**outcome** 91:11
**outside** 8:23 26:17
45:22 58:25 85:15
**overall** 35:15
**oversaw** 15:10,23
16:10 17:23 24:23
27:9,23 37:1
86:22,23
**oversee** 8:22 9:23
10:6,11 15:5 23:9
23:10 28:13,16
**overseeing** 25:4,10
25:23 26:3 29:1
**oversight** 28:19
34:5

**P**

**P** 2:1,1
**P-o-p-p-i-n-o** 42:14
**p.m** 4:2 13:7,7
37:16,16 71:1,1
90:15,15,24
**packages** 18:24
**page** 3:4,9 5:13
24:4,25 26:24
40:7 49:9 56:9,11
57:5
**pages** 23:22
**Paisner** 2:5 4:14
**Pam** 66:16
**paper** 83:19
**paper-based** 83:21
**paragraph** 30:18
30:22 31:1 38:2
38:13,21 41:14
**Paragraphs** 38:16

38:16
**part** 9:9,18 18:18
20:2,25 21:6 22:2
22:14,18,21 26:5
29:13 31:19 32:3
32:14 33:18 36:19
37:7,10 38:8
41:11 42:3,6,10
42:12 47:21 48:3
62:13 75:17,20
76:23 77:9 78:1
80:15 87:4
**participants** 77:20
**participated** 71:4
**particular** 67:24
79:19 80:3
**parties** 66:10 77:5
77:14
**partner** 17:22 23:8
87:11
**partnering** 17:15
31:16
**partners** 9:19
10:15
**partnership** 20:11
31:19 84:12 86:6
**parts** 45:12 47:21
71:23 72:2,15
78:17 82:19
**party** 91:10
**patches** 30:19
**pause** 13:2 23:14
31:15 33:2
**peel** 78:14
**peeling** 60:12,13
**people** 10:1,3 22:1
24:17,18 31:16
42:3 52:2,3 56:15
62:1 66:17 76:25
87:7
**percent** 78:6,7
**perform** 31:18
**performance** 32:12
**period** 15:4 44:9
84:2,3

**person** 26:19 42:5
43:13 62:10 90:3
**personal** 6:1,6
47:11 50:5 63:4,7
63:15 64:8 88:21
88:24
**perspective** 10:11
17:24 28:20 80:10
81:7 84:23
**pertains** 91:12
**phone** 43:21,22
44:2
**phones** 26:15
**physical** 16:17
**physically** 83:1
**pieces** 45:12 72:15
**PII** 47:11 88:24
89:3
**place** 53:6 67:17
75:18 85:16
**Plaintiff** 1:5 2:3
**plan** 60:10
**planned** 61:6,7
**planning** 72:25
74:15
**platform** 26:25
27:5 28:8,17,20
32:11 43:24,25
44:2,3
**platforms** 29:4
**play** 20:8
**please** 4:16 6:3 7:6
7:14,21 11:2
30:22 33:9 37:22
**PLLC** 2:10
**PO** 2:11
**point** 7:18 62:17
84:11
**poor** 7:19
**Poppino** 42:11,15
42:19
**portal** 18:14 33:24
48:17
**portfolio** 86:24
**position** 8:16,18

9:15,18 11:18,21
11:23 12:1,3,6,10
12:12,14 14:4
16:8 22:17 24:7
24:10,10,15 28:22
31:8,8
**positions** 13:25
15:6,9,13,18
22:13 24:14,17,19
24:20,22
**possibilities** 44:24
**possibility** 43:3,7
79:2 84:5
**possible** 18:3 29:6
72:13,13,23 79:14
86:4
**possibly** 47:10
**posture** 25:23
**potential** 52:12
53:6
**Preliminary** 3:13
30:8
**premarked** 29:25
**prepare** 5:11
**prepared** 6:14
**prepped** 50:18
**present** 44:3
**preserved** 18:3
**press** 41:17 42:23
42:25 43:7 46:10
46:24 47:3,9 49:3
50:10,11,14 51:19
51:21 52:8,15
57:14,14,18 59:13
59:18,22 60:5,19
71:7 74:25 75:3,5
75:10,13,24 78:22
78:22 80:7,11,25
81:1,20 87:16,21
**pretty** 66:20 77:22
**previously** 12:23
13:9,11 32:25
37:21 56:5 69:20
**primary** 16:2
**prior** 4:20 11:11,11

11:23 12:3,8
32:16 36:17
**prioritized** 16:6
34:25 45:8 72:3
73:1,4 74:11,17
**private** 50:2 53:21
54:7,13 55:6
79:11
**probably** 39:21
68:16 74:16 76:10
79:24 80:2 86:19
87:4
**probate** 56:21
**problem** 50:17
**problems** 32:2,8
**proceeding** 6:11
**proceedings** 13:2
23:14 33:2 91:9
91:13
**process** 19:11
27:23 31:22 36:15
37:2 54:21 73:8
82:18 83:12,16,22
84:23 85:2
**processes** 72:22
**produced** 13:9,10
23:17 66:3
**product** 14:19 15:8
18:8,10,12 21:20
21:23 22:2,14,24
25:15 26:2 27:19
29:8,11,16 31:14
41:17 68:25 69:1
**products** 14:12
20:1,2 22:8 26:4
28:18,19 29:9
33:20 34:17,20
35:16,22 38:8
51:2 78:19
**program** 8:19
38:14 74:24 75:3
**programming** 77:6
**project** 9:22 10:1,1
10:2,4,6,9 12:11
12:16 33:25 36:21

Courthouse News Service v. Omundson

Carley Nelson

Page 101

36:24,25 37:7,9
69:2 86:24
**projects** 11:8 12:5
12:9 14:19
**prompted** 69:7
**prompts** 39:6
**properly** 28:2
**protect** 47:9,9
49:18,25 53:3
55:9 65:19 67:20
81:2
**protected** 10:21
55:11,18 81:8
**protecting** 47:22
88:21
**protections** 53:5
**provide** 7:24 19:12
50:14 57:19 77:5
77:14 81:12
**provided** 16:10
33:21 34:5,12
**provider** 39:16
**provides** 30:18
**providing** 76:17
**public** 27:25 39:23
40:3 47:11 52:18
52:21 53:1,4 54:6
54:13 55:5 56:14
62:19,22 63:2,3,3
63:8,10,19,22
64:4,4,18,24
65:14 89:23 91:3
**public-facing** 38:22
39:2,8,10 40:4,9
41:10 56:16
**publicly** 65:9,20
**pull** 23:12 30:2
**purchased** 19:5,5,8
76:16
**purposes** 5:4 6:11
40:19 59:12,18
**pursuant** 5:20
90:25
**pursue** 72:21
**put** 9:10 12:24

19:12 23:18 32:21
37:18 65:8 66:4
72:21 73:8
**putting** 9:12 67:15
83:1

**Q**

**quality** 12:5,9
14:12,12 26:25
27:4,8,9,11,18
28:1 29:17 31:7
31:13
**quarter** 61:9,16,21
61:22,23 72:4,8
74:15 78:12 81:16
**quarter-long** 72:22
**quarters** 61:7,13
72:5
**question** 6:3 7:5,19
7:22,24 10:25
11:4 26:23 31:5
42:4 49:5 64:16
65:11,16 66:9
68:14 85:9 87:17
87:20
**questions** 5:2,25
6:15 7:4,7,15
10:19 23:23,25
37:20 41:21 43:4
45:2,4,11,18 50:1
72:12 79:6 84:14
86:1 87:12 90:17
**queue** 39:17 41:17
41:24 42:24 43:1
43:8 44:25 46:10
46:24 47:4,10
49:3 50:10,11,14
51:16 52:15 57:14
57:18 59:13,18,23
60:6,19 71:7 73:8
74:1,25 75:4,10
75:13,24 76:5
78:22 80:7,11,25
81:1,20 85:15
87:16,22 88:8,15
**queues** 51:19

**quick** 13:4 90:12
**quickly** 79:4,8
84:10 85:11
**quite** 34:4 36:7
65:10
**quotation** 67:15

**R**

**R** 2:1
**raised** 32:8 51:9
85:10
**ran** 17:24
**range** 44:17
**reach** 22:24
**reached** 43:9,9
**reaching** 8:23
**read** 11:6 33:7
38:25
**readiness** 27:11
**reading** 22:6 34:11
**Reading/signing**
90:25
**real** 13:4 90:12
**really** 27:20 35:13
43:3 70:15 71:25
72:17 73:2 76:18
77:21 78:15 79:13
82:16 84:20
**realm** 9:5
**reason** 8:5 51:11
**reasons** 90:6
**recall** 41:20,25
42:9,18 44:5,6,6
45:19 46:9,12
47:22 49:5,22,24
55:1 57:17,22,23
58:20,21 59:19
71:8 75:1,9,14,18
75:22 78:6 82:1
83:14 84:25 86:2
86:13
**recategorization**
47:20
**receive** 33:22
**received** 79:5 85:1
87:23

**recognize** 13:13
24:13,16 33:14
56:10 66:12,14,17
66:24 69:25 70:2
70:6
**recollection** 6:2
21:11 49:19 54:14
**reconfiguration**
71:25
**reconfigure** 46:14
48:18 73:24
**reconsider** 73:24
**record** 4:17,20 7:1
11:6 12:17,18
13:4 23:16 26:22
37:14 90:12,23
91:14
**recorded** 91:8
**recording** 6:13
**redo** 73:13
**reference** 41:7
50:23 52:1,4 69:7
**referenced** 20:18
32:11 39:22 70:14
**referencing** 41:2
**referred** 41:12
46:15
**referring** 9:2 34:8
34:15 35:15 41:5
58:2 63:9 67:14
69:6 83:18,19
89:3
**reflect** 34:19
**reflected** 13:23
14:13,20 15:7
18:5 22:22 24:14
35:3 58:3,7 70:1
**reflects** 17:10 35:4
**regarding** 46:9
71:7,18
**register** 38:23
69:13
**related** 41:7 54:2
91:10
**relationship** 36:3

41:9 54:1,19
75:10 88:7
**relative** 15:19
**released** 50:3,6
**relevant** 20:15
**reliably** 65:7
**reliant** 77:14
**rely** 19:11
**remain** 24:19
**remember** 34:4
44:8,11 45:21,24
46:3,4,5 47:4
51:23,25 52:20,23
53:15 55:1 57:16
61:25 68:17 75:14
75:17,20 76:4
82:22 85:17 87:18
**remembered** 45:23
**remembering**
41:20
**remotely** 4:1 91:5
**reorganization**
14:25
**rep** 82:3
**repeat** 11:3
**rephrase** 7:23
**replacement** 29:3,4
**report** 10:7,10 78:9
**REPORTED** 1:24
4:1
**Reporter** 91:1,3
**reporting** 10:16
**repository** 33:24
**representative** 44:8
**represented** 5:4
**representing** 4:15
5:8
**represents** 70:9
**request** 41:18,23
42:1,23 43:17,22
74:1,8 81:25
**requested** 11:6
16:5 73:3 90:25
**requested/offered**
91:13

Courthouse News Service v. Omundson

Carley Nelson

Page 102

**requests** 41:15
86:25 87:9
**require** 29:19
45:24 46:11,13
59:25 85:5,14
87:25 88:1,2
**required** 9:25 39:6
46:22 53:19 59:11
59:16,21 60:5
80:20 81:11
**requirement** 31:25
**requirements**
82:17,18
**requires** 19:15
**research** 61:10
**resolved** 32:3,16,18
**resource** 20:20,21
20:25 21:3
**resources** 20:23
21:5,14 22:25
59:21 60:5 75:19
**respect** 14:18 17:13
18:17,19 20:1
25:17 29:8,19
36:3,13,23 55:2
**respective** 25:12
**response** 3:12 4:24
30:7 44:23 45:17
49:22
**responses** 7:11
**responsibilities**
8:21 24:20 25:2
26:10 27:2 28:9
28:25
**responsibility** 16:2
18:10 21:17
**responsible** 18:21
19:19 23:5 25:21
25:23 26:11,16
27:15 31:2,6
68:21
**result** 10:15
**resurface** 84:9
**resurfaced** 85:21
87:20

**resurfacing** 85:23
**returning** 40:20
**review** 6:17 30:22
31:23 36:12 39:17
40:1,18 41:17,24
42:23 43:1,8
44:25 46:10,24
47:1,3,10 49:3
50:14 51:13,14,16
51:19,21 52:8
55:13,13 57:14,14
57:18 64:5,15
71:7 72:8 74:1,25
75:4,5,10,13,24
76:4 78:22 81:20
83:23 85:15 87:16
87:22 88:8,15
89:24 90:2 91:13
**reviewed** 83:16
**reviewer** 39:24
40:8 41:10
**reviewers** 39:25
**revisit** 46:14
**rework** 50:24
**reworking** 73:4
**RFP** 36:15,19
**right** 12:19 13:5
17:18 20:15,16
24:24 26:8 27:10
27:17 28:4 37:13
47:3 51:23 55:15
68:24 90:9
**risks** 45:6
**River** 2:11
**role** 10:8 18:10
24:23 27:9,12
36:23,25 86:21
87:5
**roles** 16:2 25:2 28:9
**roll** 87:13
**rolled** 16:1 27:15
**roughly** 11:22 14:4
**route** 49:18
**routed** 85:4
**RPR** 1:24 91:21

**Rule** 90:25
**rules** 5:3 60:14
61:19 73:19

**S**

**S** 2:1
**San** 2:6
**Sara** 1:7 5:15 42:2
**sat** 42:2
**save** 86:5
**saw** 31:9 51:22,24
86:23
**saying** 49:22 85:20
**says** 26:24 31:1
35:9 67:5 69:8
**Schultz** 66:16
**Scott** 66:16 67:4
**screen** 12:25 23:19
33:8 37:19 66:5
**scroll** 23:21
**scroll-down** 58:8
**second** 54:2,20
**section** 66:7 67:5
**secure** 48:12 49:25
64:14
**secured** 62:21
**security** 25:19,23
29:18 30:19 46:14
46:21,23 47:2,7
47:25 48:9,19
49:6,21 50:4,24
50:25 51:4,9,14
52:13,14 53:3,12
53:16,24 54:18,23
55:23 56:2 57:2,9
57:12,25 59:25
60:7,15,25 62:15
62:16,20 63:2,10
63:22 64:20 65:6
65:13,18 67:18,20
68:4,9 69:16 70:5
70:5,12 71:25
72:10 73:5,6,13
73:25 74:3,4,7,9
78:13,24 79:7,22
79:25 80:1 81:4

88:6,16 89:1,5,7
89:14,15,24,25
90:9
**see** 14:2 16:13 18:4
22:8 24:5,7 30:4
33:3 37:22 51:16
56:7,18,20,22,23
57:6,6 61:11 66:2
66:5 69:11 81:5
87:12
**seeing** 55:25
**seen** 24:1 31:12
69:22
**segregate** 65:8,19
**select** 55:16 58:16
58:17,19 64:18
65:1
**selected** 36:16
54:24 55:15 64:4
64:8,19 89:6
**selecting** 39:5
**selection** 54:17
**selections** 56:19
**sells** 34:23
**sending** 17:19
**Senior** 15:16 16:7
22:17
**sense** 84:10
**sensitive** 53:1,4,7
**sentence** 31:1
**separate** 35:25
39:10,12,18 76:6
**sequester** 64:21
**sequestering** 53:20
**series** 19:9,9 23:24
**Serve** 18:14 27:25
30:20 38:3,6,14
39:3,7,11,14,19
40:23 41:7,8 46:1
56:16 82:4
**served** 4:22 5:17
28:17
**server** 16:15
**servers** 15:24
**service** 1:3 4:13

12:5 17:7 19:2
26:8,9,14 28:18
31:3 39:16 85:25
86:22,23
**ServiceDesk** 3:16
**ServiceNow** 28:16
**services** 12:10
14:12 20:2 29:13
32:11 77:7,14
**session** 77:25
**sessions** 37:9
**set** 54:18 55:8,12
55:23 56:3 70:12
80:6,24 81:19
82:17 83:20 86:10
90:1
**sets** 59:5 75:25 76:2
**setting** 67:20 70:13
**settings** 48:9
**seven** 62:2
**shared** 77:25 78:7
78:20
**Sharie** 66:16
**sheet** 67:7,25
**shelves** 19:7
**shift** 83:25
**Shorthand** 91:1,3
**show** 12:22 29:22
32:24 56:4,18
66:1 69:19
**showing** 13:9 30:5
56:9
**sic** 43:14
**side** 20:19,19 38:22
39:3,3,8,10,23,23
39:25 40:4,9,12
40:13,17 41:10,10
56:16 76:20
**sides** 38:15,20
**signed** 21:2 37:1
**similar** 23:25 28:14
**similarly** 7:10
**single** 36:1 61:8
**site** 30:19 33:18,25
56:14

Courthouse News Service v. Omundson                                      Carley Nelson

Page 103

**six** 62:1
**skill** 75:25 76:2
**sleeves** 87:13
**small** 33:7 56:22
**social** 63:10 88:25
**software** 11:9 17:5
  17:5 18:24,24
  19:12,21 26:12
  28:15,17 38:14
  41:12
**solution** 18:25
**solutions** 26:25
  27:5 28:8,12,15
  31:8
**solve** 26:18 50:17
**somebody** 85:21
**sophistication** 77:6
**sorry** 13:5 24:16
  40:8 44:11 65:10
  68:19
**sort** 27:19
**sound** 84:18
**span** 86:16
**speak** 7:2 52:7
  64:25 69:15 70:8
**speaking** 17:11
  51:1 67:21 76:8
  80:12
**specialist** 15:9 18:8
  18:11 21:20,23
  22:2,8,12,13,14
  22:16,17,24 25:16
  26:2 29:8,12,16
  31:14 44:7 69:4
  77:23
**specialists** 27:19
  28:14 68:18,19,20
  69:4 70:21
**specialize** 28:14
**specialties** 62:4,10
  76:10
**specific** 9:3 17:20
  19:10,13 28:12
  35:18 45:22 46:25
  47:8 49:16,17

**52:4 53:2 58:18**
  59:6,7 61:12
  62:12 72:11 77:9
  77:11,12 79:6,23
  81:6 82:19 86:9
  89:7,24
**specifically** 18:16
  18:19 43:24 44:21
  48:18 75:4,14,22
  76:5
**specifics** 79:25
**speculate** 6:5
**spell** 4:16 42:13
**split** 39:14
**splitting** 21:16
**spot** 14:8
**staff** 31:2,6 76:1
  88:2
**staff-facing** 40:12
**staffing** 85:8
**stage** 68:11
**stamped** 56:10
  83:17
**stamping** 82:25
**stamps** 83:19
**stand** 46:6 76:10
**standing** 76:5
**start** 7:3,13 50:19
  78:15
**started** 5:2 9:16
  12:15 37:3
**starting** 11:12
  12:14 15:15 24:4
  27:8 38:21 45:11
**state** 4:16 10:13
  13:17 16:1 17:21
  25:11 29:11 34:22
  44:13 51:20 52:5
  52:8 54:16 66:22
  75:8 79:4,10,18
  79:20 83:4,24
  84:17 85:12 91:3
**stated** 88:9
**statement** 50:21
  53:13,17 54:10

**57:23**
**statements** 72:6
**states** 1:1 38:2,14
  38:21 41:15
**statewide** 16:10
**status** 9:23 25:7,24
  88:10
**statutes** 19:16
**stay** 48:12
**stenographer** 6:12
  29:24
**stenographically** 91:8
**steps** 50:8 72:18
**stood** 45:23
**storage** 16:14,18,19
**stored** 25:7
**Street** 2:11
**strike** 18:6,17
  32:17 56:25 69:20
**String** 3:16
**strong** 20:10 84:12
**struggling** 44:16
  45:19
**study** 60:4
**stuff** 76:25 86:24
  87:5
**submit** 38:24 39:7
  39:24 55:22 56:15
  87:2,6
**submitted** 40:19
  53:4 54:16 55:19
  63:4 64:7
**submitting** 38:23
**subpoena** 3:10 4:22
  4:24 5:16
**subscribed** 91:16
**subsequent** 50:8
  77:25 78:2 80:15
**substantively** 6:21
**suite** 2:11 18:12
  20:2 26:4 29:9
  33:20 34:16,17,20
  34:23 35:2,15
  38:8 51:1 78:19

**suites** 28:19
**summaries** 71:20
**summarize** 42:21
**summer** 44:12,19
**Supervision** 18:14
**supplied** 34:13
**support** 3:11 18:15
  20:14,24 21:3
  22:25 25:5 26:12
  26:13 30:7 43:10
  46:1 47:22 52:17
  76:11,15 77:1
  85:8
**supported** 17:14
  18:13
**supporting** 16:20
  17:1
**supportive** 25:9
  26:20 47:2 63:21
  65:2 68:22 76:17
  76:23 80:11 81:1
  81:1 83:15 88:17
  90:1
**supposed** 89:4,23
**Supreme** 10:23
  11:15,19 15:19
  17:13 24:11 30:20
**sure** 15:22 20:22
  22:6 28:5 29:5
  33:10 34:18 40:2
  46:19 48:22 49:12
  63:5 64:12,23
  66:20 68:6 77:22
  84:11 85:25 88:22
**switch** 32:20
**sworn** 4:6 91:6
**system** 9:10 15:17
  16:12 17:5,25
  18:21,22 19:1,6
  19:14,22,25 25:8
  26:15 27:11,20,22
  31:24 36:17,18
  41:16 45:22 46:1
  46:1,17,18,23
  47:2,25 48:12,15

**49:17,18 51:1,6,8**
  52:16,18,20 53:16
  55:21 56:2 57:10
  58:16,20 60:2,12
  60:15,22,23 61:17
  61:18 63:20,25
  64:16,17,24 65:2
  67:17,22 68:3,22
  69:13 71:23 72:2
  76:16,18 78:15,18
  79:15 80:24 81:10
  81:17 83:2,9,11
  83:21,22 84:1,6
  87:2,3 88:18
**systematic** 50:18
  51:8 80:10 81:7
  88:16
**systematically** 48:8
  80:25 90:1
**systems** 16:3,5,13
  16:23 17:4 29:2,5
  65:19 73:18

**T**

**T** 4:10
**table** 70:8
**tables** 19:9
**tail** 18:18
**take** 23:22 28:5
  37:12 45:2 46:6
  46:13 48:14 50:8
  60:9 61:2,16 62:3
  67:17 70:23 71:22
  72:18 75:16 81:5
  82:16 85:16 86:25
  90:12
**taken** 1:15,23 13:6
  37:15 51:12 70:25
  90:14 91:5
**talk** 35:2 38:19
  58:6 61:2,4 75:16
  86:10
**talked** 44:20 72:1
  82:5
**talking** 13:21 39:2
  46:20 49:12 52:12

Courthouse News Service v. Omundson                    Carley Nelson

Page 104

61:5 62:16 64:12
64:15 65:12 84:11
88:23
**team** 10:2,3 18:11
21:21,25 22:2,14
22:18,21,24 23:9
23:10 25:3,16
26:2,5,6,6 29:8,12
42:3,7 50:8,13
52:7,11 61:22,25
62:1,12,12 71:11
81:24 82:12 84:4
87:10,25 88:11
**teams** 45:9
**technical** 13:3 38:3
39:21 75:6
**technological** 64:13
**technologically**
84:18
**Technologies** 8:12
8:14,17 71:6
**Technologies'** 9:4
**technology** 8:25
9:5 15:8,25 17:9
23:9 37:5,7 82:19
**tell** 5:21 45:17
**ten-minute** 37:13
70:23
**terms** 39:21 41:7
46:8 66:24 75:7
78:9 80:12
**test** 27:16 50:19
81:20
**tested** 19:22 72:14
**testified** 4:7
**testimony** 5:19,22
6:14 8:6 71:8
85:20 91:7
**testing** 18:25 27:12
28:2 31:20 51:13
68:21
**tests** 28:4
**text** 34:9
**thank** 5:1 8:8 26:21
33:11 34:10 39:13

90:16,19
**that'd** 22:9
**theoretically** 63:3
76:8
**thereof** 91:9,11
**thing** 10:8 64:13
72:1 88:23
**things** 5:12 16:25
32:13 41:8 55:25
59:8 60:14 73:20
**think** 36:14 42:5,14
42:14 44:19 52:22
54:8 59:3,3,4,14
62:1 68:20 69:3
70:19 71:20 72:12
72:16 77:22 78:5
79:1,2 81:22
86:11 90:18
**thinking** 61:24
79:3
**third** 52:22,22 77:5
77:14
**third-party** 5:17
**thoughtful** 62:4
82:20 83:25 90:8
**thread** 66:11
**three** 22:13 42:23
**three-minute** 90:13
**three-month** 61:7
61:13
**ticket** 86:1,22,23
**tickets** 17:7 19:2
**tier** 26:19
**time** 7:3,19,20
14:24 15:4 17:11
18:9 21:1,16,18
34:21 36:5 41:22
43:11 44:9,14,17
45:1,20 46:6 47:4
48:21 49:2 52:20
54:14 55:3 59:21
60:1,5,18 61:1,6
61:10,24 62:17
64:3 66:18 68:13
71:22 72:1,3,9,19

73:9 77:8 78:14
82:14 83:3 84:3
84:17,20 86:5,10
90:18 91:5,5,7
**timeframe** 46:4,5
60:17
**timeline** 12:8
**times** 84:21 85:10
86:3
**title** 21:24
**titled** 23:19 30:6
**titles** 15:16
**today** 4:24 5:9,12
5:19,25 6:6,12,15
6:16 8:6
**Today's** 5:13
**told** 83:9,9,10
**Tool** 51:21 52:8
57:15 75:5
**top** 51:23
**trained** 77:1
**transcribed** 91:8
**transcript** 6:14,17
7:2,12 90:22 91:8
91:12,13
**transformation**
8:18,21 9:9
**transformative**
8:23
**transition** 31:3,19
32:3,9,10,14
33:23 36:17
**trepidation** 46:6
89:8
**tried** 84:20
**troubleshoot** 26:15
**true** 20:1 53:13
91:8
**truly** 53:15
**truth** 5:21
**try** 47:14
**trying** 26:15 27:10
42:4 54:8 64:13
68:17 72:12,17
79:16 89:17

**turning** 85:13 88:5
88:14
**two** 11:22 12:2,7
14:4 21:13 22:12
24:10 27:5,7
38:15,19 49:14
**two-** 90:13
**Tyler** 8:12,13,16
9:3,15,16 10:20
10:23 11:12 20:5
20:19,21,23,25
21:4 26:4 30:18
31:3,6,17,19
32:12 34:23 35:3
35:5,20,22,25
36:16 38:23 39:22
43:15 44:8 45:15
45:17 49:2,20,22
50:13 51:18,20
52:2 57:13,17
58:5 59:10 71:5
71:16,19 74:23,24
75:4 77:5 80:18
81:13,19,25 82:2
82:3
**Tyler's** 9:19 10:14
**type** 46:17 49:4,6,7
49:10,12,13,15,16
49:21,21 50:4,4
50:25 51:5,10,15
52:13 53:3,6,12
53:12,17,20,20,24
53:24 54:11,13,17
55:4,5,6,15,16,23
57:7,7,8,12,24,24
58:1,2,6,10,14,23
59:6,17,23,25,25
60:6,6,15,16,24
60:24 62:20 63:3
63:21 64:4,9 65:6
65:6,15,15,18,18
68:4,7,8 69:16,16
69:25 70:2,13
71:24 72:10,10
73:5,5 74:4,4,9,9

78:24,24 79:6,7
79:25 81:4,4 88:6
**types** 46:15 51:5
52:14,25 53:1
54:24 55:3,7,12
57:15,19 58:2,7
58:15,18,19 59:2
59:12 60:21 61:18
63:18 70:1 79:22
84:6,7 88:16
89:10,12,16,20,25
90:4,9
**typically** 23:8

**U**

**Uh-huh** 31:10
**ultimately** 16:25
32:18 45:7 48:17
80:13
**umbrella** 9:4
**unclear** 7:20 22:7
**underlying** 38:3
**underneath** 13:24
14:2 24:7,14
58:17,19
**undersigned** 91:3
**understand** 5:4,23
6:9,24 7:8,16,18
7:22,23 8:2 11:1
13:23 20:22 21:21
45:10 46:19 56:2
57:11 58:4 60:16
62:6 64:13 65:10
79:17 80:21 81:17
89:18 90:4
**understanding**
4:23 14:15,22
15:13,20 34:18
36:2 37:4 38:18
39:13,19 40:3
41:1 46:22 48:23
49:1,8,10,14
58:10,13,22 62:11
62:17 63:6,18
65:4 67:10,13
70:6,11,16 73:7

Courthouse News Service v. Omundson

Carley Nelson

Page 105

75:2 76:3 88:23
**understood** 7:25
  11:10,10 15:3
  35:1 48:21 53:10
  58:4 77:3 82:24
  83:2,11
**undertake** 43:6
  46:11 59:15 60:4
  71:24
**undertaking** 48:18
**unique** 84:21
**UNITED** 1:1
**units** 8:24 9:1
**unpack** 78:15
**unsure** 36:6,7,8
**update** 19:21 20:5
  20:12
**updated** 17:25
**updates** 9:24 18:24
  19:15 25:8 27:21
  34:1 76:17,18
**updating** 18:22
  19:19
**upgrade** 20:8 27:24
  28:5
**upgrades** 20:16
  27:11,19
**uptime** 18:2
**URL** 39:5 40:5,14
**use** 16:20 30:20
  49:17 57:24
**user** 26:16,19 39:3
**users** 17:1,1,2
  27:22 38:22
**users'** 38:23
**utilize** 19:13 61:8

**V**

**v** 1:6
**vacant** 14:2,3 18:5
  24:6,9,14
**vague** 36:5
**validate** 27:16
  53:17
**validating** 18:25
**validation** 27:12

**vendor** 19:11 20:11
  76:17
**verbally** 7:14
**version** 19:1 51:22
**versus** 62:22 64:18
**video** 43:24 44:2,3
  71:5,16 74:22
  75:11 77:18 82:2
**Videoconference**
  1:11,16
**view** 62:2 64:5
  83:23 89:24
**viewable** 48:16
  64:25 76:7
**virtualization**
  16:14,18
**vis-à-vis** 10:8 46:22

**W**

**W** 2:11
**WA** 1:24
**wait** 7:4,6
**walk** 35:8 38:17
**walking** 39:6
**want** 5:3 6:5 9:13
  12:13 13:23 15:12
  22:6 23:24 24:25
  34:17 38:17 45:20
  46:19 56:18 63:5
  76:8,9 87:13,19
  88:22
**wanted** 44:24 45:1
  68:14 73:14 82:20
  84:15 86:22
**wasn't** 50:2 52:4,4
  52:4 61:11 64:6
  73:9 80:5,8 82:15
  83:15 84:11 87:6
**way** 7:23 33:21,25
  39:20 47:1,9 52:1
  52:16 63:16 64:25
  67:9 73:2 76:6
  78:18 80:6,25
  81:8 88:17 91:11
**ways** 51:18 88:11
**we'll** 37:12,13

**we're** 5:21,21 7:3
  7:13 9:11 26:22
  34:7,11 37:17
  39:2 49:8,9 57:5
  58:2 63:5 64:12
  78:17 88:22 90:18
  90:20
**we've** 30:5 34:15
  37:11 70:22
**web** 32:10 76:3
**webpage** 33:15
  34:19 39:24,25
  40:10 56:11
**website** 34:12 39:4
  45:22 62:18
**Wendy** 66:16 67:4
  69:8
**went** 74:13 79:12
**weren't** 33:21 83:4
  86:9 88:20,21
**whereof** 91:16
**witness** 4:5 5:18
  91:6,7,16
**word** 67:16
**words** 27:10
**work** 8:12 9:4,18
  9:25 10:2,3,4 17:6
  17:20 20:4 26:1,2
  27:15 29:7 31:18
  32:13 45:8,8
  46:23 47:25 50:18
  50:22 61:6,14,23
  62:12 68:11 72:9
  72:22 73:8,13
  74:7,19 79:21
  81:15 85:15 88:1
**worked** 8:13 11:16
  17:2,3 25:22 27:3
  27:12,18 28:1
  29:12,17 43:15
  52:11 54:14 68:13
  72:5
**working** 8:24 9:16
  11:8,11,12 12:15
  19:2 20:13 23:6

28:2 31:2,6,22
  33:22 84:17
**works** 20:25
**workstations** 15:25
**would've** 23:4
  29:17 44:15 68:16
  81:11 89:17
**wouldn't** 29:14
  39:20 48:4,7
  50:17,17 70:8
  76:7,8 79:10,11
  83:6
**write** 87:14
**written** 6:13 7:12
**wrong** 52:19 55:16
  56:1 64:9,9 88:4
  89:5
**wrote** 77:2

**X**

**X** 4:10 52:5

**Y**

**Y** 52:6
**Yeah** 19:5 32:7
  42:11 44:24 65:12
  74:16 77:8 80:17
  83:20 88:14,22
  89:2
**year** 8:15 9:16
  12:13 86:15 87:19
**years** 12:2,7 14:4
  24:10 34:5 86:20
**yeses** 6:21
**Yup** 66:6

**Z**

**Z** 52:6
**zoom** 2:4,10 33:6
  43:21,24 44:10
  56:22 71:3,4,10

**0**

**000450** 23:18
**005447** 3:16
**013286** 56:20

**013287** 56:10 57:6
  58:3

**1**

**1** 13:11 25:17
**1/12/16** 3:16
**1:01** 37:16
**1:17** 37:16
**1:21-CV-00305-...**
  1:6
**100** 78:6,7
**1087** 2:11
**12** 30:18 67:4
**12(a)** 30:22
**12:04** 4:2
**12:21** 13:7
**12:22** 13:7
**13** 32:25 33:4 41:14
**14441** 1:24 91:21
**15** 90:11

**2**

**2** 12:24 13:12
**2:13** 71:1
**2:44** 71:1
**20-20** 12:21
**2014** 11:16
**2016** 67:4 82:8
**2021** 44:19
**2022** 1:23 4:2 11:13
  11:17,19 44:15
  91:17
**208** 2:12
**23** 3:15
**28** 1:23 4:2
**29th** 91:17

**3**

**3** 2:5
**3:15** 90:15
**3:18** 90:15,24
**30** 71:13
**30(e)** 90:25
**300** 2:11
**3384** 1:24
**342-3310** 2:12

Courthouse News Service v. Omundson                                    Carley Nelson

Page 106

**37** 56:6

**4**

**4** 3:5,10,13
**415** 2:6
**43** 69:20
**44** 69:22
**453** 24:25
**456** 26:23
**457** 26:24
**458** 28:21
**49** 3:10 4:4,21

**5**

**50** 3:11 4:4 12:18
  29:23 30:1,6
  32:22 37:19
**50955** 1:24
**51** 3:14 23:15,17
**52** 3:16 29:24 65:25
  66:3
**5447** 66:4

**6**

**6** 38:2
**65** 3:16
**675-3400** 2:6

**7**

**7** 38:13,16
**7387** 2:11
**7th** 2:5

**8**

**8** 38:16,21
**83707** 2:12

**9**

**9** 38:16
**94111** 2:6

Keely E. Duke
ISB #6044; ked@dukevett.com
Molly E. Mitchell
ISB#10035; mem@dukeevett.com
DUKE EVETT, PLLC
1087 West River Street, Suite 300
P.O. Box 7387
Boise, ID 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Sara Omundson*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | CASE NO. 1:21-CV-00305-DCN |
| Plaintiff | **DECLARATION OF EMILY CARROLL** |
| vs. | |
| SARA OMUNDSON, in her official capacity as Administrative Director of Idaho Courts, | |
| Defendants. | |

I, Emily Carroll, declare as follows:

1.      I make this Declaration based on my own personal knowledge and I am competent to the matters herein.

2.      I am a Data and Evaluation Manager for the State of Idaho Judicial Branch. As the Data and Evaluation Manager, I am responsible for the management of all research and data analytics for the Idaho Supreme Court, its committees, and for the District Court leadership. I also serve as the primary point of contact for all data analytic research efforts for the Idaho courts statewide.

3.      I am aware of the license the Idaho Supreme Court has with Tyler Technologies,

**DECLARATION OF EMILY CARROLL - 1**

Inc. ("Tyler") for use of the eFile & Serve software program. Tyler is a third-party software provider that provides its software solutions and applications to numerous court systems across the United States. With respect to eFile & Serve, Tyler is the custodian of the data maintained on eFile & Serve.

4.      On a weekly basis, Tyler sends the county clerks data from eFile & Serve regarding the volume of filings, distribution of clerk work, and rates of review. Tyler will send the same data to me and my team upon request. This data is pulled directly by Tyler from information in eFile & Serve and is collected, maintained, and housed by Tyler on its servers. Because the data in eFile & Serve is Tyler's data that is collected, maintained, and housed by Tyler, it is not the Idaho Supreme Court's data and, therefore, I cannot independently verify and check the data to review for possible discrepancies in the data.  Rather, I need Tyler to pull such data for me.

5.      It is my understanding that Courthouse News Service ("CNS") is now only seeking earlier access to submitted but not yet accepted complaints in filing fee category A.A. to Appendix A of the Idaho Rules of Civil Procedure. I requested data from Tyler relating to complaints submitted in this filing fee category. The data Tyler provided was incomplete for 2020 and, therefore, I have only analyzed data from 2021 and 2022, which was complete from Tyler.

6.      Attached as **Exhibit A** is a true and correct copy of a spreadsheet I prepared based on the data Tyler provided for complaints submitted in filing fee category A.A. between January 1, 2021 and July 31, 2022. "Business Time from Submission to Review" was calculated based on the difference between the effective submitted weekday and time from the reviewed date and time. Business hours were based on Monday through Friday 8:00 a.m. to 5:00 p.m. During this time frame, a total of 8,645 complaints in this filing fee category were submitted to Idaho Courts (if non-A.A. filing fee categories are included, the volume of filings, both civil and criminal,

**DECLARATION OF EMILY CARROLL - 2**

submitted between January 1, 2021 and July 31, 2022 is 2,961,279 as reflected in Exhibit B, as discussed below). Limiting review to just A.A. filing fee category complaints as reflected in Exhibit A, the spreadsheet shows the following:

a.  3,311 of 8,645 complaints were reviewed within one business hour of submission;

b.  4,774 of 8,645 complaints were reviewed within two business hours of submission;

c.  5,641 of 8,645 complaints were reviewed within three business hours of submission;

d.  6,193 of 8,645 complaints were reviewed within four business hours of submission;

e.  6,591 of 8,645 complaints were reviewed within five business hours of submission;

f.  6,877 of 8,645 complaints were reviewed within six business hours of submission;

g.  7,145 of 8,645 complaints were reviewed within seven business hours of submission;

h.  7,319 of 8,645 complaints were reviewed within eight business hours of submission;

i.  7,495 of 8,645 complaints were reviewed within nine business hours of submission;

j.  8,248 of 8,645 complaints were reviewed within twenty-four business hours.

**DECLARATION OF EMILY CARROLL - 3**

7.      I am also familiar with the Idaho Supreme Court's Data & Evaluation Dashboard, which provides analytics relating to the volume of filings and time between submission and review based on the data Tyler provides.

8.      Attached as **Exhibit B** is a true and correct copy of a screenshot of the Idaho Supreme Court's dashboard, showing the total number of filings statewide from January 4, 2021 through November 18, 2022. During this time, there were 2,961,279 total filings (i.e. initial and subsequent filings for civil and criminal cases). The average time between submission and review was 3.68 business hours. The rejection rate was 6%.

9.      Attached as **Exhibit C** is a true and correct copy of a screenshot of the Idaho Supreme Court's dashboard, showing the total number of initial filings statewide from January 4, 2021 through November 18, 2022. During this time, there were 403,246 initial filings. The average time between submission and review was 4.82 business hours. The rejection rate was 11%.

10.     Attached as **Exhibit D** is a true and correct copy of a screenshot of the Idaho Supreme Court's dashboard, showing the total number of initial filings in Ada County from January 4, 2021 through November 18, 2021. During this time, there were 107,616 initial filings. The average time between submission and review was 2.56 business hours. The rejection rate was 9%.

11.     Attached as **Exhibit E** is a true and correct copy of a screenshot of the Idaho Supreme Court's dashboard, showing the total number of initial filings in Adams County from January 4, 2021 through November 18, 2021. The rejection rate was 10% and, of those rejected submissions, 58% were rejected for incorrect jurisdiction. Statewide, only 4% of initial filings were rejected for incorrect jurisdiction (see Exhibit C).

12.     Attached as **Exhibit F** is a true and correct copy of a screenshot of the Idaho

**DECLARATION OF EMILY CARROLL - 4**

Case 1:21-cv-00305-DCN   Document 60-18   Filed 12/15/22   Page 5 of 6

Supreme Court's dashboard, showing the total number of initial filings in Boise County from January 4, 2021 through November 18, 2021. The rejection rate was 22% and, of those rejected submissions, 64% were rejected for incorrect jurisdiction. Statewide, only 4% of initial filings were rejected for incorrect jurisdiction (see Exhibit C).

13.     Attached as **Exhibit G** is a true and correct copy of a screenshot of the Idaho Supreme Court's dashboard, showing the total number of initial and subsequent civil filings statewide from January 4, 2021 through November 18, 2022. During this time, there were 1,724,522 initial and subsequent civil filings. The average time between submission and review was 4.69 business hours. The rejection rate was 9%.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

DATED this _15_ day of December, 2022.

_____
Emily Carroll

**DECLARATION OF EMILY CARROLL - 5**

ER-2126

## CERTIFICATE OF SERVICE

I hereby certify that on 15th day of December, 2022, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Amber K. Dina                    amberdina@givenspursley.com
Katherine A. Keating             katherin.keating@bclplaw
Jonathan G. Fetterly             jon.fetterly@bclplaw.com


/s/Keely E. Duke
Keely E. Duke

**DECLARATION OF EMILY CARROLL - 6**