```
                                                                    FILED
             UNITED STATES COURT OF APPEALS
                                                                    MAR 12 2025
                    FOR THE NINTH CIRCUIT
                                                                MOLLY C. DWYER, CLERK
                                                                 U.S. COURT OF APPEALS
```

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | No. 24-6697 |
| Plaintiff - Appellee, | D.C. No. 1:21-cv-00305-DCN District of Idaho, Boise |
| v. | |
| SARA OMUNDSON, in her official capacity as Administrative Director of Idaho Courts, | ORDER |
| Defendant - Appellant. | |

The opening brief submitted by Appellant Sara Omundson is filed.

Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant are filed. Within 7 days of this order, Appellant is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT