| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | APR 3 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

COURTHOUSE NEWS SERVICE,

    Plaintiff - Appellee,

 v.

SARA OMUNDSON, in her official capacity as Administrative Director of Idaho Courts,

    Defendant - Appellant.

No. 24-6697

D.C. No. 1:21-cv-00305-DCN
District of Idaho, Boise

ORDER

The panel that decided cross-appeal Nos. 16-55977 and 16-56714 has voted to deny the motion to assign this appeal as a comeback case. The motion (Docket Entry No. 13) is denied.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT