# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** 24-6697

**Case Name** Courthouse News Service v. Omundson

**Requesting Party Name(s)** Katherine Keating

**I am:**
- [ ] The party requesting the extension.
- [x] Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- [x] Brief (you must also complete the Declaration on page 3)
- [ ] Motion to proceed in forma pauperis
- [ ] Motion for a certificate of appealability
- [ ] Response/opposition to a pending motion
- [ ] Reply to a response/opposition to a pending motion
- [ ] Motion for reconsideration
- [ ] Petition for panel/en banc rehearing
- [ ] Certified Administrative Record
- [ ] Response to court order dated
- [ ] Other *(you must describe the document)*

**The requested new due date is:** May 21, 2025

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Counsel for Courthouse News Service has been diligently working on its answering brief in this appeal. However, given the complexity and importance of the issues, the volume of the factual record, demands from co-pending litigation, and unavoidable conflicts based on pre-planned travel, counsel for Courthouse News is unable to adequately complete the brief within the time currently allotted.

**Signature** /s/ Katherine Keating     **Date** April 23, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**                         1                         *Rev. 12/01/2018*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) *(select one):*

☐ I have **NOT** filed a previous request to extend time to file the document.

☒ I have previously requested an extension of time to file the document.

This motion is my | Second | request.

*(Examples: first, second)*

Bail/detention status (*select one*):

☐ The defendant is incarcerated. The projected release date is: ☐ .

☐ The petitioner is detained.

☐ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** /s/ Katherine Keating      **Date** April 23, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the  answering  brief.

   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: May 7, 2025

3. The brief's first due date was: April 7, 2025

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Counsel for Courthouse News Service has been diligently working on its answering brief in this appeal. However, given the complexity and importance of the issues, the volume of the factual record, demands from co-pending litigation, and unavoidable conflicts based on pre-planned travel, counsel for Courthouse News is unable to adequately complete the brief within the time currently allotted.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☐ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/ Katherine Keating   **Date** April 23, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**                                    3                              Rev. 12/01/2018