# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-6697

**Case Name** Courthouse News Service v. Sara Omundson

Hearing Location (*city*) Portland

Your Name Keely E. Duke

List the sitting dates for the two sitting months you were asked to review:

December 1-5
February 2-6

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

February 2-6, 2026. I have a 10 day jury trial in Juneau, AK beginning on January 26, 2026 which is expected to go through February 6, 2026 in the Superior Court of the State of Alaska, First Judicial District at Juneau entitled Deitrick v Todd (Case No. 1JU-20-00524 CI, Judge Marianna Carpenti.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

n/a

**Signature** /s/Keely E. Duke    **Date** 09/10/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*